# EXHIBIT A

Wednesday, August 5, 2020 · 9:29 AM

Call when you can.

Saturday, August 29, 2020 · 5:15 PM

Chad in Florida.  Did you get your boat all sorted?

Hey Chad. Engine rebuild underway. We will finish interior (wood) in the fall when the boat is back in Florida. Perhaps you can give us a quote for what we want to do, in November.

Of course.  I was just checking to see how things turned out.

Im looking at a 52 Hattaras Convertible currently.

Detroits.

Nice. Who do you rely on for complicated electronics?

Myself.  Im a electrician.

And my business partner. He is a electrical engineer.  And Coast Guard Auxiliary

For this?  Back lighted?

We should have you provide a quote on Troca One up in Boston.

What do you need done?

Thats the floating hotel correct?

We've been upgrading the electronics and electrics on a 2005 Inara 70'.

Garmin and JL Audio with new service panels and wiring systems.

Yes. Floating hotel. It's a bit complicated. Let chat tomorrow if you're around

I am.   Call anytime.   Im currently on Central Time zone fyi.

Exhibit A
Page 1

Tuesday, September 1, 2020 · 12:40 PM

Text me when you have a sense of where you guys are on this project.

Will do.

Here very shortly

Chad - what's your last name and the name of your company?

Chad Fuller

Black Widow Boat Works

1720 Main Street NE
Palm Bay FL 32905

Chadly48854@yahoo.com

Do you have a car service in BOS?

Not that we use regularly in place of Uber. Uber is very good in the city.

Ok.   I might use that or get a rental car.

Thursday, September 3, 2020 · 8:54 PM

Booked.  $700 total for both pf us.

Please get me the billing address and whom to bill to so i can get invoice over for deposit and CC auth form.

Bill to Troca / TTH, 733 Turnpike Street, Suite 226, North Andover MA 01845.
Email to accounting@trocahotels.com

Awesome.

Include a complete d W-9 form for the entity or person being paid. Thanks.

Exhibit A
Page 2

I have manual from Atlas. Waiting on Electrical Schematics from Cantaloupe

No problem

What areas of legal does your firm practice.

I think your dad does engineering.

We have a few engineering pattens.

We do corporate, investment transactions, structural engineering consulting and forensics, real estate, entrepreneurship, some litigation. A boutique legal practice.

I have a company we bough out of New Hampshire. Were now preparing to sue the former owner for breach of contract.    We can talk more about it if its something you might be interested

Small potatoes compared to your legal forte.

Sure. Happy to see if we can help. What did the former owner do or not do?

Its long and complicated.    I want to legally put the screws to him. This has been going on for two years

I have 4 companies with various market sectors.

This is just one of them

I think from a legal perspective it would be labor related in NH and Breach of Contract.

Happy to chat. We have a strong litigator on our team. Sounds like a nightmare.

Exhibit A
Page 3



~~So when he runs out of money he will just e-file ot legal. I have 700,000 worth of assets in my warehouse in Florida. I can seize permanently once he gets a judgement. I think thats the approach~~

Covid hit and he disappeared. This is his normal behavior.

So my thoughts to you is maybe we can have a long term relationship and barter some services.

Let's definitely chat when you are here. Sounds like a lot to consider and discuss.

And as far as Troca 1 I think i can lease that out to the entertainment segment of what i do. Rappers and musicians are my long term passion. Im very well connected in that world.

Options anyways

Maybe a casual dinner Friday night.

My good friend's father owns Davios

Do you know Dave Malekpour?

Name sounds familiar.

I did alot of civic events at Harvard and for the City including Boston Calling

I was the mouthpiece for sales and marketing about 7.5 million a year in entertainment business.

He is the studio builder. Yes i know of him. Ive built 3 studios over the years.

Yup.

He is a friend of DJ Pooh who handles Dogg's studios

Thats DJ Pooh in the background.

Thats Dogg's 'mothership'

I do all of Dogg's live concerts and production, I own a production company that services touring and corporate audio, video, lighting and staging, we also have a company that builds set's for artist and tours. Plus Black Widow Boat Works which is my passion.

👍❤️

You know Dave?

I would love to meet him personally.

I will ask Kerry to invite him out for drinks

That would be awesome.

Tuesday, September 8, 2020 - 3:31 PM

 Do you know if theres a case of drawings and manuals on the 105?

Wednesday, September 9, 2020 - 9:39 AM



Will be in Boston at 11ish.   Can I get hotel information and also address of marina where Troca 1 is located.   Planning the trip logistics.



Will be in Boston at 11ish.   Can I get hotel information and also address of marina where Troca 1 is located.   Planning the trip logistics.





Exhibit A
Page 5

Will be in Boston at 11ish.   Can I get hotel information and also address of marina where Troca 1 is located.    Planning the trip logistics.

Thursday, September 10, 2020 - 3:22 PM

We are in Atlanta.   Flight arrives around 8.   Ill let you know once were in route to marina

Thursday, September 10, 2020 - 5:18 PM

On Boston plane

Safe trip

Two rooms right?

Non smoking please

Thank you.  See you shortly.

Thursday, September 10, 2020 - 8:07 PM

Landed.

Great. Long travel day. Does it make sense to meet for a drink / dinner when you're ready?

Were night owls.   Up to you.   We can meet at boat.  Have conversations and then regroup tomorrow night once we have data.

Were working most of night

Are you hungry?

Are you out of the airport?

At Car rental.   Im national executive elite so its grab and go.

Not super hungry.   We could shoot for a goal to do that tomorrow night or Saturday lunch

Starbucks around there?

Not too close to the marina.

Dunks?

My condo is between the marina and the hotel. There isn't much open near the marina. There is a dunks near North Station that's open. Near the marina, only a 7-11

Ok.  Ill figure it out.

Exhibit A
Page 6

 Be on way soon.

My girlfriend and I are leaving the condo now. Let's meet at Blackmoor which is near your hotel.

Parking should be easy there. We can group there and move from there

Ok. Sounds good

 Ok. Sounds good

1 Chelsea St, Charlestown, MA 02129

 Yessir.

We are at Blackmoor. See you in a bit

 Almost there.

 Here. Walking to door

Friday, September 11, 2020 - 1:15 PM











 A series of unqualified people not properly restoring faults to there original method by the factory.

Friday, September 11, 2020 - 2:54 PM



Signs running.

Getting a-lot of forensics figured out.

At lunch at blackmoor fyi

Nice! How's it going?

Sorry, we've had a crazy day. Will plan to head to the marina with Eric around 5/5:30?

Actually really good

We will be here.  Got alot of systems figured out.

What time you thinking.

What time you might make it down here.

Friday, September 11, 2020 - 7:02 PM

Hey Chad. Sorry for the delay. I can head over there now.

Ok.  Cool.  Were documenting things

Saturday, September 12, 2020 - 10:13 AM

Were heading to Troca 1

Great. Hope you guys slept well? I will try to swing by.

Ok cool

This chick in the office is giving us flac.



At the marina.

Il tell you what she said when I see you.

I talked to the head of the marina. You're all set. If you can get me your insurance on Monday so I can shut them up it will be good

Yeah. Thats easy.

Ill ask my agent to get on monday.

Sunday, September 13, 2020 - 11:07 AM

Morning.   Couple of research questions as I have my Detroit/MTU mechanic on board for this project.   Do you have contacts for the remaining parts not on Troca 1 as for i would like to try to locate all of them.

And any invoices/estimates/timeline info pertaining to bank taking. And do you have info on the marina where the boat was moved to. Want to see what shore power they had there.

Im thinking that the breaker was burned up on starboard side when they could not get buss A to power up.

If its what I think it is they paralleled both shore cables having no knowledge how to operate the Atlas System and they fed 220 volt to 120v appliances and electronics.

Follow me here.

All appliances do not work.
Switching and dimming do not work
Air conditioning does not work properly

Cantalupi systems have significant interior wiring bypass and loss of functionality.

THEY SHORTED IT.   THEY SENT THE WRONG POWER TO IT WHY MANUALLY TRYING TO GET IT TO POWER UP.

THEY SIGNIFICANTLY DEVALUED THE VESSELS APPRAISAL.

We can prove these actions.

They left a trail.

Sunday, September 13, 2020 - 1:31 PM

https://www.bloomberg.com/news/articles/2020-09-13/michael-bloomberg-to-spend-100-million-in-florida-to-help-biden?utm source=facebook&utm content=business&utm campaign=socialflow-organic&utm medium=social&cmpid=socialflow-facebook-business&fbclid=IwAR0goxPFena9 PXyY7F6vEpXzLPeH421xO-57fqVteJYsEcCYVpHJRkhjo0

I will believe it when I see it. He's been pretty quiet this far

*thus

Sunday, September 13, 2020 · 3:30 PM



MTU 16V short block.

Im going to look at

Sunday, September 13, 2020 · 7:08 PM

FYI.

I know your busy.

We have lined up MTU mechanic, parts and spare engine block/crank/heads/pistons.

Also have two Captian's both 100 ton certified.   So we've got the team together once were ready.

Could pull it off in a month or so if all goes right

Technically, boat is registered as 200T but that's part of a documentation error w USCG. That said, we have all the other parts for the engine at a mechanic nearby. We would need a team to pick it up. Grab a u-haul and transport it

Tom and i can do that no problem.

Plus ive got two shop guys. One of which is a Marine Tech Institute Grad

Young and willing to learn.

I showed my canvas and upholstery guy as well today. He said he could do

As far as captians i think they are certified for more. Thought it was only a 100t registry. Buy no biggie. Both Captians are Coast Guard Aux guys Tom works with

Great. Whenever you're ready. I won't have time to help on anything tonight. Let's catch up late tomorrow.

Tomorrow is fine. Out with family. I just like to keep people updated

Monday, September 14, 2020 · 9:47 AM

Monday, September 14, 2020 · 11:57 AM

When might you have some time later today?

Monday, September 14, 2020 · 1:17 PM

Its super cheap right now.

Monday, September 14, 2020 · 3:15 PM

eric sent over the smoking gun invoice.

The battery?

More than that.

Exhibit A
Page 12



Lippencott.

"Tried to Jump Around Atlas system"

Battery guy

"Tried to understand circuitry"

All involved with banks touching.    And we have conclusive proof.

Monday, September 14, 2020 - 5:46 PM

And we called the marina that they took the boat to.

You're boat has 100 Amp 3 phase 4 wire.

The Marina they took it to only has 50 AMP "Single Phase".

Tuesday, September 15, 2020 - 8:53 AM

Let me know when you have a few minutes today for Tom and I.

Tuesday, September 15, 2020 - 11:21 AM

Would you be interested in being legal council and 1/3 partner in our entertainment company?

Insurance sent to marina

Fyi

Thanks Chad

I will get back to you later this afternoon on a time that chat

Ok copy that

Tuesday, September 15, 2020 - 5:38 PM

Did to your recollection Seth try to "Hotwire" Buss a by feeding it with a big cable or extension cord to your knowledge.

BUSS A.

I don't recall



Cable would have looked like this. Either one.

Tuesday, September 15, 2020 - 9:07 PM

Seems like you've been really slammed. I home your dad is ok.

Hope.

Thanks Chad. Are you up late?

Exhibit A
Page 14

Yes. I am.

So many things we've found out.    Every step leads to a more clearer picture.

Yes. We should chat. I will call later. I've been swamped

All good.    Were your quarterbacks.

Wednesday, September 16, 2020 - 1:06 AM

Hey Chad - can we try to catch up tomorrow? 11am?

Wednesday, September 16, 2020 - 6:56 AM

11AM is perfect.    Tom and i will be at office till noon.    Earlier works as well.

Wednesday, September 16, 2020 - 4:29 PM









Wednesday, September 16, 2020 · 6:08 PM

Question.  Whos Balazs?

And who is the mechanic who has the mtu parts.

Balazs was a Troca employee



Copy.  I was reading about him in a report from Brian

9/16/20

Ya. He's a good guy. Drug issue though so we finally parted ways

Copy that.

Since you towed the boat back you had clear intentions of fixing it up right.    You've demonstrated good faith.    What a series of misfortunate events.    Seth is like the Covid 19 that took down the nursing home.    And Brian was the Dr trying to save the life.

Im really sorry this boat is in this condition.    It all started when they took it the first time.

Thursday, September 17, 2020 · 4:04 PM

What time did you want to chat today?

Thursday, September 17, 2020 · 5:54 PM

Hey Chad. Let's push until tomorrow, please. Swamped today

Not a problem at all.



Made great headway today.

Friday, September 18, 2020 · 3:59 PM



Any time today?  Later?

Exhibit A
Page 16

And i always wondered how you came up with the name Troca?   It sounds prestigious.

Yes. This evening would be great. Long story behind Troca. Happy to share

Ok.  Sounds good.

This captian Joe.  Sloppy log books.

Friday, September 18, 2020 - 7:18 PM

Sending you the rough draft.   Let me know when you have time to discuss later.   Going to dinner with family for a bit.

Check email.  Out to dinner be done by 10 ish

Great. 11:45?

Perfect.

Sunday, September 20, 2020 - 1:55 PM

We still on?   Tom is available as well in about 10 min

We can do tomorrow as well if your still tied up.

Im around all day if you have time to discuss

What ever happened to the Tender?

And Ruth Bader...   RIP    Did you know associates being in Law?

Did you get the prelim report?

Im avail late tonight as well.   Hope all is well.

Check email.  More sent.

The tender is a different one.

Exhibit A
Page 17

We still have it. It needs some work too. It's now a 30ft Mako

Ok cool.    When you have time today?

No rush.  Im working around house all day.

Gary Gillespie the engine surveyor when you bought the boat is sending over the engine survey he did for you.   If you could forward it im putting all vessel docs in binders and on flash drive to go on vessel and back up digital copy.

Sunday, September 20, 2020 - 4:42 PM

Sunday, September 20, 2020 - 6:05 PM

You thinking later tonight?

That would be good. 10pm

Perfect.

Up above is why batteries didnt charge while in bank posession.  Why you had to tow it back.

Talk soon.

Sunday, September 20, 2020 - 8:25 PM

10 going to work.  Trying to coordinate with Tom.

U good for 10?

Awesome. Can we make it 10:30p? Will send a zoom link.

10:30 perfect

Monday, September 21, 2020 - 1:16 AM

Looks like a lost you both

Exhibit A
Page 18

Shall we chat again tomorrow?

Monday, September 21, 2020 - 11:02 AM

 Morning. Did Gillespie send the engine survey?

Not that I can see

Ok.

Do you have the contact for the guy with the engine parts?

Read last part... batts are going to go dead... no working charger... this was done by Ken Krauss and the bank under their possession.



 So they put new batteries in and still did not have it working.

Monday, September 21, 2020 - 1:14 PM

Do you also have the business plans you were talking about sending over. We have ours we put together on a smaller vessel but looking at yours would be great



Exhibit A
Page 19





Doggs Private G6

Damn. Nice aircraft

I just wanted to say personally were invested in this project with Troca One.

We are working on estimate now.

Check email.   We revised the conclusion per our conversation last night.

Monday, September 21, 2020 - 4:34 PM

Got a min?

Monday, September 21, 2020 - 6:19 PM

Time to chat tonight?

Hey Chad. Hectic day. Yes. We can chat later tonight.

Ok.    Perfect.    Tom was up all night going thru everything and now im putting the rest together.

Water came from the hatch over electrical panel.

Sent you a email re the conclusion revisions.

Monday, September 21, 2020 - 9:07 PM

What time you thinking?

Won't be early. Likely 11:30. Can message you. With clients.

Ok.

Monday, September 21, 2020 - 11:47 PM

Still up?

I may have missed you. Let's catch up tomorrow. Sorry. Crazy day

Tuesday, September 22, 2020 - 9:34 AM

Yes.  Please do.    I have more forensic info from when bank took boat to quincy and Ken Krauss involvement.

Tuesday, September 22, 2020 - 2:25 PM

When do you have time today.    We figured out what happened under bank posession.    I have a verbal statement from the quincy marina. Finger points to Ken the yacht broker who was involved both times.

Tuesday, September 22, 2020 - 4:27 PM

Exhibit A
Page 21







Stabalizer





How long did this sit in Newport shipyard?

The captian who drove it up to Newport said he took heavy seas and thats why battery charger had to be replaced.

Same guy who let engine blow up.

 After Atlantic City

Tuesday, September 22, 2020 - 7:24 PM

I can find out who did what when. I was campaigning then, so not fully with it. Joe, as I recall was a decent guy, but again, I don't remember

Ive already figured out everything.  Call when you can.   You have been a victim to alot.

Tom can chat too.    Chris from marina called.  He found us a diver. Chris is a stand up guy.   He speaks highly of you.

 Said hes known you for a long time

Ya. Chris is a decent guy. He tries to help where he can.

 What time you thinking tonight?

I'm home by 10:30

Ok.   10:45 call?

I can be available at 11 if that works.  So can Tom.

Exhibit A
Page 23



11:15-11:30?

11p works

Will send a zoom around. Join when you're ready

Ok.

About 15 min.

👍

| DR ZINC DIVING | 5/10/18 |
| DR ZINC DIVING | 5/11/18 |
| Newport Shipyard | 5/16/18 |
| BANK POSESSION | 8/29/18 |
| Safe Harbor Marina Quincy | 9/21/18 |
| Accurate Marine Service | 10/9/18 |
| BANK RETURNED' | 10/30/18 |
| Sea Tow Boston | 5/3/19 |
| Lippencott Marine Electrical | 6/5/19 |
| Lippencott Marine Electrical | 6/11/19 |
| 'Jppencott Marine Electrical | 6/11/19 |

Wednesday, September 23, 2020 · 2:01 PM

Im going to need to get on parts ordering if were going to get this thing on her feet in October.   These breakers come out of England and Italy.   Plus all the other things necessary to right this.   I will be completely transparent with invoices for parts and expenses such as flights etc.   If we hit the bank with all the electrical failures including refrigerators and air conditioning units, electronics on helm and bridge that may be fried due to electrical that do not work we are talking a hefty number.   Ill put it in a quote for the bank.

To order things i would need a deposit and we will negotiate independently on the back end between us.   But the Bank number needs to be consistent with industry standard pricing i feel.

And we need to order things this week and book flights today or they keep going up.   Flights are $367 a person right now.   7th of Oct thru 18th October.

Let me know your thoughts.

Wednesday, September 23, 2020 · 4:34 PM

4.43" of rain from September.   No wonder it flooded with the door open.   winds up to 60 MPH.



See meta data on right of photo.   September 21.

Wind was blowing from East/Northeast

Gust at 48 mph

https://www.google.com/maps/place/Marina+Bay,+Quincy,+MA/
j42.3006278,-71.0302785,42m/data=!3m1!1e3!4m5!3m4!1s0x89e37b
16f007c7bd:0x51972723890c7fbd!8m2!3d42.2983403!4d-
71.0274904

Please zoom in to see your boat.    This is google maps and satellite
image.   Obviously older



333 Victory Rd

Google maps.  Shows boat direction and how water would blow in the hatch on starboard side



Wednesday, September 23, 2020 - 6:13 PM

Thanks Chad. My dad is back in the hospital. Sorry. Been a very dramatic day. Will reach out to you later

Hope all is ok with your Dad.   I heard he's back at hospital. Prayers going up

Its all good.   Reach out whenever.   Nothing is more important than Dad

Thursday, September 24, 2020 - 12:32 PM

Thinking of your family.  Hope all is ok with your father.

Thursday, September 24, 2020 - 4:07 PM

On another note.   Can i book flights to boston 7 oct thru 18th and when I get you the estimate for Electrical over can we get the parts ordered.   I need to order things to have by 7th.

Thoughts?

Spreadsheet coming over on yacht leasing.

Heres a snippet.

Would be around $2.5MM gross sales per year...$1MM covers crew, dock, fuel....then $500k towards boat payment...remaining $1MM for maintenance and company profit...vessel should be on 5 year depreciation schedule to offset taxes

Friday, September 25, 2020 - 3:09 PM

Hows your dad doing?

Friday, September 25, 2020 - 5:08 PM

Happy Birthday.

Friday, September 25, 2020 - 6:29 PM

Thanks Chad. Dad is ok. He looks a bit better. His spirits are high. I'm hoping he keeps improving.

Awesome. Have a great evening. Reports finalized by Tuesday with the rest of the timeline.

Saturday, September 26, 2020 - 6:31 PM



Were clearly not thinking big enough!

Sunday, September 27, 2020 - 10:58 AM

Hope you had a great birthday.    Will have estimate for bank and a final report on Tuesday.

Flying back today.    Want to get things moving on repairs if thats the direction you want to go.

Sunday, September 27, 2020 - 6:11 PM

FYI Lots of interest from snoop camp on boat for Miami and video shoots.    At sea shoots etc.   Could be a money maker for vessel.

Monday, September 28, 2020 - 1:48 PM

You have time today to chat?

On plane to Charlotte.  3 hour layover

And most important how is your Dad?

Tuesday, September 29, 2020 - 5:56 AM

Hey Chad. I can chat Tuesday late morning. Just got back from the hospital. Crazy. Dad was on the mend but has now been readmitted. Not sure what is going on. As for Troca One, let's connect to finalize the report. On another matter, the sea trial for our boat is Wednesday morning. Do you have any resources in Jacksonville who could captain the boat and test out Mario's work?

Tuesday, September 29, 2020 - 9:02 AM

Yes to sea trial.   Im only two hours away and can take up a Captian with me.

Tuesday, September 29, 2020 - 2:55 PM

Do i need to go to Jacksonville tomorrow?

That would be great

What time?

Who all will be there?

Hold up. The tech may not be available

I'm so frustrated with this process. Will be in touch in a bit

My dad was just admitted. Kidney failure. Reversible we hope and are being told

Im sorry.   Ill be praying for him.

Please let me know.  Ill take charge and get it done.

Thanks Chad. We are on.

Will call you in a bit

We are on for sea trials??

Do you have a time   I have to drop off a paper at my Daughters school 8:30 then I can drive up.

Yes we are

Shall we say 10:30-11 start?

Exhibit A
Page 28

Lets say 12 noon just to be safe.  Never know with traffic around Daytona.

Tuesday, September 29, 2020 - 7:18 PM

Ok. The boat is at Huckins Boat

Ok. Im taking Ethan.  He is my diver and 6 pack licensed Captian.

If we need to dive to clean bottom and check props and anodes.

Ill get you sorted to get this project done.

Thanks brother Chad

No worries.  Take care of Dad.

Amen.  How does he feel.  Do they have to give him dialysis?

On another note I found the two 46" impellers here in Florida.

Spares are apparently on Troca 1 currently

Wednesday, September 30, 2020 - 1:32 PM





How is she running

Pretty good.





IMG_3357.3gp.3gpp
Unknown size



21knts





Wednesday, September 30, 2020 - 10:51 PM

You up around 7:30 Am.

Twas a long day.   And ill have my laptop to write the changes and send you time lines and wintesses.

I may have some late conference calls with Hong Kong so probably not. Are you available later in the am?

Thursday, October 1, 2020 - 6:05 AM

 Yes.  I am all day.

Thursday, October 1, 2020 - 11:10 AM

Huckins called.   We can be underway tomorrow if we order the gear leg and prop for the thruster.   Its shot.  New motor you put on is good.  $1000 and your aft thruster is all new.

Gotta give them a go ahead to overnight part

And they need your CC to pay bill.

 Call when u can

Exhibit A
Page 31

Thursday, October 1, 2020 · 2:01 PM

Thursday, October 1, 2020 · 8:30 PM

Sent you a estimate on Charlestown Marina trip for Uma.   Talk later tonight?

Yes. Sounds good.

Friday, October 2, 2020 · 11:08 AM

Reaching out.   Let me  know when you have time.   I am going thru and editing the report and adding the Bio's and relative information.

Friday, October 2, 2020 · 3:23 PM

Everything good with Dad?

Hey Chad. Let's chat this afternoon. Will call you shortly

Ok.  Cool. Im around.

Just making sure all is well.

Friday, October 2, 2020 · 6:01 PM

Tried your cell

Tried you back.   Ill be driving.

If you want to set the precedent we could present the findings to Eric and the bank next week.   To really set your position.

Exhibit A
Page 32



Saturday, October 3, 2020 · 11:42 PM

 Up late?

Up early. Up late. Combo.

Sunday, October 4, 2020 · 1:08 AM

Printing your report now

Sunday, October 4, 2020 · 8:55 AM

 Let me know what you think and when you would like to go over it so it can be finalized.

Have already made some edits. Will send the whole thing back later this afternoon with complete thoughts

Ok.  How did it come across initially?

Sunday, October 4, 2020 · 8:37 PM







Only 4 photos travis who watches yhe boat for the bank has in his posession.  Looks like a dead engine room no lights and oil slurry under a dead engine.









 Only 4 photos travis who watches yhe boat for the bank has in his posession.  Looks like a dead engine room no lights and oil slurry under a dead engine.

Sunday, October 4, 2020 - 10:23 PM

 Will you be sending that report revisions over tonight?   I might stay up late.

I'm reading through it now. Can we chat in the early afternoon tomorrow? Did you send me a PDF or doc file?

 Pdf.   Ill have to put it in dropbox to be a doc file.

 Yes. We can chat in the afternoon.   I really need to order parts tomorrow to make this work for Friday.   Fyi.   Plus uma is done tomorrow.

Great. Let's chat early afternoon

 Ok. Sounds good.

Ok. Sounds good.

Monday, October 5, 2020 · 12:34 PM

What time you thinking today

Uma Rita is done and in the water.

Monday, October 5, 2020 · 2:34 PM

Awesome. My day is crazy. Did you send me a word version of the report? It might be easier for me to propose edits right on the doc and send back to you with redline.

Then we can discuss

Ok. Give me a min. Will send link

Re: Uma Rita, let's have a quick call at 2:45 to discuss next steps

And should I book this travel?

For Friday

Am i calling you?

Sent dropbox link to Trocahotels email

Sent you a new PDF copy as well.

Thanks. Will call in a bit. What do we need for Uma Rita transportation?

Pay a Square invoice and i already have the rest all set. I have float of $1000 cash and a company credit card fir fuel for Ethan.

Give me a Cc or tell me if you want me to use the one Kerry Anne sent for Huckins? However you want to sort it

We have virtual CC's. So single vendor. Will you be the vendor?

Yes.

Black widow will be

Awesome. Ok. Will create a new CC for you

Ok. You need my W9 correct?

Or do you have a Site?

Yes. Please send along the W9 when you have a chance

Sent to email.

Dud you get dropbox link

Its a revised version of what you had now in word format

Exhibit A
Page 37



Thinking flying on Thursday if we can pull together and get parts ordered by tomorrow.    Flights are up to $430 each today.

Monday, October 5, 2020 - 8:11 PM

Time later tonight?

How late can I call?

What works for you.

Im usually a night owl

Not sure yet. Will advise. I've been buried

Ok.  LMK what works.  Ill make myself available.

Tuesday, October 6, 2020 - 9:05 AM

Around all day.  Whenever works for you.

Tuesday, October 6, 2020 - 1:36 PM

Following up on Uma and trip up north.   Did you get the new card sorted?    When can I tell Ethan he can chart the trip

Tuesday, October 6, 2020 - 3:21 PM

Re: Ethan. Go ahead. I will have a CC for you when I get to my office

Have him start tomorrow

Did you talk to him re: price for his GF

Yes.

$4000 all in.

Ok. Do it.

Need $30 and could have most of her up and running before we leave on the 19th

And ive secured a engine for tender.

$30?

30K gets everything except engine running on troca for parts and partial labor.

30,000.

 Parts are about 27,000

Plus some flights and labor for tom.

Tuesday, October 6, 2020 · 8:19 PM







My buddy's boat Hatt Mill.

Tuesday, October 6, 2020 - 10:19 PM

Did you want to talk tonight?

Tuesday, October 6, 2020 - 11:21 PM

Still up?

Yessir.

Quick zoom?

Let me grab my laptop.

Click https://us02web.zoom.us/j/2483381239 to join a Zoom meeting.

Im in waiting on ya

Exhibit A
Page 40





I tentatively have you at two hotels in Cambridge. A Marriott and a Le Meridien. Still looking for Charlestown or North Station. Something must be going on because those hotels are not available on owner rate at the moment

Air bnb $1500 ish.

Looking for more

Yeah. Not a easy find.

If we get the boat up and running we could have a suite.   And use it for showers and such amd stay on the boat once we get systems rocking.

Hyatt regency boston harbour

How much is that?

The Hyatt?

$80 a night on expedia

Let me look and see what else. The harbor hyatt is in eastie. The Marriott cambridge is much closer. I will figure something out.

Friday, October 9, 2020 - 9:59 AM

About to land in Boston.

Landed

Hey Chad - please communicate with me primarily on repairs, etc. Eric was not aware you were coming in because he and I have not had time that discuss all of it

I'd rather keep the compartments separate.

Working on your hotel now. Have also called Chris at the Marina. I want to speak with him before you show up at the marina.

Spoke to Chris. You're all set there. I am working on hotels.

Copy to all.

Hotel name would be great so we can drop baggage off

Columbus day on Monday

Thats what the dealio is with hotels.

Sorry on Eric.

I was trying to keep the convos seperate.

I will head to the Meridien shortly. I will be required to check in. Please don't make changes to the reservation, because it affects the owner rate we get

Exhibit A
Page 42



I will head to the Meridien shortly. I will be required to check in. Please don't make changes to the reservation, because it affects the owner rate we get

No changes necessary.

Thank you. Were on Troca One

Let me know when you head out. We need some food here shortly.

Fyi all bilge pump alarms were going off when we arrived today.

I can stop in to Troca One briefly before I head to the hotel that check you in

Ok cool.

Do we have time for lunch before you come over here.

Meaning do Tom and I have time to run out prior

I'm 30 mins away

Ok. Were grabbing some food real quick

Were at the blackmoore

Let me know when you head this way.

I will stop in

Ok cook

Cool

I ain't cooking

Haha.

You need food?

We just ordered

Friday, October 9, 2020 - 7:39 PM

Be right over.

Friday, October 9, 2020 - 10:02 PM

I think that went well.   I like Eric.

Saturday, October 10, 2020 - 9:37 AM

Heading to Troca and then to Home Depot

Fyi

Do you have keys to the Engines on Troca One?   And the davit. Missing some control keys.

I can get a locksmith to come rekey everything if thats what you thinks best.  Cant be that expensive to hit 7 doors and a few service keys to secure every aspect of the boat.

Saturday, October 10, 2020 · 11:35 AM

The engine keys, meaning the keys at the helm station for the engine? They should be at the helm station or nearby

No keys in helm station.  Will look around more.

Picking up engine parts on Monday.

Spoke with Tony

Nice.



Uma will be in Charleston tonight.

Saturday, October 10, 2020 · 5:51 PM

How are the systems running?

Fuel polisher needs new pump.

Grey water pumped out.

Fresh water pumps are working but we are checking plumbing first

Should be able to start a generator tonorrow and maybe the stbd mtu

Fuel currently.



Lots of moisture in water separators.

And its evident bank let it freeze.    Lots of broken fittings

Were heading to hotel

Wow. Ok. Looks like you made some progress.

Would you guys mind if we push dinner until tomorrow? I'm still at the office and swamped

All good.  Were going to go where we did last night.

IMG_9017.3gp.3gpp
Unknown size





Found more evidence of corrosion.

Saturday, October 10, 2020 - 9:53 PM

Travis has engine keys

He's a jackass

Yup.

Hes delivering them tomorrow

Great. Make sure you lock your tools down. He's stolen shit before, I'm quite certain

Maybe now that he knows credible people are onboard, he won't.

I will have a locksmith out monday

Secure secure secure

Nice 👍

When were done you will not be able to get into the lazarette or engine room without a key for the electronics.   Side doors will be re-keyed

Good. It's been a free for all for some time

Sunday, October 11, 2020 - 10:24 AM

https://www.youtube.com/watch?v=jl8Tdox02v8

Sunday, October 11, 2020 - 2:46 PM

Extreme water in fuel.   Weve moved 300 gallons so far to the forward tank for waste pump out.

We have all the keys

Exhibit A
Page 47

500 gallons of water so far

600-700 gallons finally seeing fuel.

Damn

Tuesday, October 13, 2020 - 7:49 PM

We will be here late tonight

Have you had dinner?

No.

Just Tom and I.  The kid back at hotel

You want to join us?

Where at?



I'm still at work. We can pick a place not far

Ok.   What time you thinking?

9:30?   Give us a chance to finish what were currently working on.

Ok. We may get there a touch earlier

Around 9. But take your time.

Where you thinking?

Were packing up here to head where ever.

Very successful day

Awesome.

Let's meet at Monument

In Charlestown

Ok.

Kerry and I will join.

Were here.

Wednesday, October 14, 2020 - 12:10 AM

Nice dinner tonight.   Goad were making progress on Troca One.
Cant wait to see the look in your dads eyes when he sees the video

Wednesday, October 14, 2020 - 12:03 PM

At blackwater for lunch.   Incase your near by

Nevernind still covid closed

Blackwater? Where is that? I am downtown - post office square - if you want to done around here

Were at boat. Stopped at coffee shop

Thursday, October 15, 2020 - 12:36 AM

Thanks for Dinner.

Thursday, October 15, 2020 - 1:41 AM

Sure thing. Thanks for the company

Thursday, October 15, 2020 · 11:23 PM



Friday, October 16, 2020 · 2:38 PM





Sunday, October 18, 2020 - 6:33 PM



How late are you able to meet comfortably?

I can do anything.  We head out at 4AM to airport.

Im a night owl.  What u thinking??

Were back at hotel just relaxing.

Dinner at South Street Diner?

Sure.

What time?

9:30/9:45p

Yeah. I can meet you there.  I think tom is knee deep in homework thats due at midnight.

But yes. I can definetly meet up.

Tom might join.

Fyi

9:30 confirmed?

Im getting around to head there.

Can be a bit later if needed

Can we push back

What u thinking?

How late still works?

11ish. Need a lil sleep before travel.

10:15?

10:15 ill be there

Im on my way.

Here

Monday, October 19, 2020 - 12:00 AM

Thanks for dinner and conversation.

Thanks for coming. We get a lot done when we collaborate in person. Here's to the future

Loved "Thanks for coming. We get a lot done when we collaborate in person. Here's to the future."

Im already discussing with Tom.

Hes into it.

Yes we do get a-lot done in person.    Late nights don't bother me a bit.

Monday, October 19, 2020 - 2:26 PM

Tony the engine guy.  $5000.  Done deal.

Monday, October 19, 2020 - 5:43 PM

Actually beat him up more.  $4500.

Draw up the release.

Working on the prop guys and the windlass guy.

Exhibit A
Page 52



Thursday, October 22, 2020 - 8:09 PM

Am i adding a addemdum on the findings of last week?

All the air conditioning units and the leak in the closed chiller loop for said AC units.

Yes. Why not?

"while investigating the electrical components of HVAC, we found..."

Ok. Im just figuring how to add it to end or make it seperate report

Ideas?

What would the addition be called.  Follow up report?

No. We put it in this report. As I noted above, "while investigating the electrical components of HVAC, we found..."

We can create a more comprehensive separate report later. For now, we need to get this in front of the bank

Ok. Copy that.  Typing away.  You will have late late tonight

Saturday, October 24, 2020 - 10:25 AM

Ill have this report done by tomorrow for you to review.

Thank you for your support on Emily.    Much appreciated.

Monday, October 26, 2020 - 6:44 PM

Sorry about that.   Lota stress last few days.

No worries. Just a little confusion in the mix. I hope we got the right one. The cover still wasn't right.

I see his email and I will finish here shortly as instructed.

Monday, October 26, 2020 - 8:15 PM

Do you have further comments and edits per Eric's email?

Sent with your page one edits accurately represented.    I checked 3 times this time.

I Bcc you on it.

Tuesday, October 27, 2020 - 1:37 AM

Thank you. Let me know about 9:30a

Tuesday, October 27, 2020 - 9:38 AM

Meeting?

Tried to join a few times.

Exhibit A
Page 53

Tuesday, October 27, 2020 - 11:11 AM

Can you send link again.

It says you have another meeting in progress

Hey Chad - any luck?

Tuesday, October 27, 2020 - 1:45 PM

Check inbox

Tuesday, October 27, 2020 - 5:24 PM

Good meeting i think... U?

Tuesday, October 27, 2020 - 8:46 PM

Any comments back from the report?

Not yet. Bank has it. Our investors have it. It will take a day or teo

No worries. Just working on this spreadsheet for tomorrow.

Wednesday, October 28, 2020 - 1:18 PM

Conference today?

Wednesday, October 28, 2020 - 4:42 PM

Thursday, October 29, 2020 - 10:03 AM

Conference call today?

Thursday, October 29, 2020 - 7:25 PM

We going to be able to do this tonight?

Emailed you. On a few calls now but can squeeze in a time but prefer tomorrow. Asked for your zelle details

Exhibit A
Page 54

Tomorrow is fine.

Zelle is my cell

2134449746

Or my email.

Chadly48853@yahoo.com

Thursday, October 29, 2020 - 9:24 PM

We sent $4650 on zelle today. We will send another $4500 tomorrow (apparently limited to $4750 daily). I will look at your materials tomorrow to plan capital required etc

Ok.  Sounds good.  Thanks.

Well get there.

I have faith in this and u.

Agreed. We will get there for sure. Just need to put our heads together and be smart and efficient

Gotta get her out of the weather.

The dock here in FL is cheap cheap cheap parking spot.

Tom said earlier today at least get her to Florida where its cheap and we can buy time for cashflow.    Trust me we know what your going thru.

Yes. Agreed. Ok. Let's chat tomorrow. Thanks for the hard work.

NP.

Friday, October 30, 2020 - 11:10 AM

Time today?

Friday, October 30, 2020 - 2:15 PM

I dont have a marriott rewards fyi.

Saturday, October 31, 2020 - 11:11 AM

Hey bud.  Are we planning on coming to Boston.  I have these guys asking me like every hour.   Can I give them some sort of update.

Hey Chad. I always presumed you were traveling on Nov 2. That said, if you don't have a need for the full crew and since flights aren't booked, let's scale back if everyone isn't needed. How are flights looking?

Exhibit A
Page 55

$387

What can we afford to fix next week.   Im assuming you are waiting on client cashflow to keep it moving?  How can I help foster the movement.   Would really like to bring the guys.  We will stay on boat once we have heat.

Whatever it takes to keep it moving.

Saturday, October 31, 2020 - 12:58 PM

$250 one way determine return date once we nail down parts and Engine progress

Do we have $10-$15k to work with next week?   Can you cover the motor parts too?

Saturday, October 31, 2020 - 2:24 PM

Yes. We will have $25k to work with by mid week if not earlier

Ok.  Can you get me $5 for travels and inital pumps and stuff i need to move on quickly and a team of 4 will be there.

Saturday, October 31, 2020 - 3:33 PM

Yes. Will send from the office

Ok.  And trust me.  I know where you are at.   Just tell me.  So you and I can sort it and keep it moving.

Saturday, October 31, 2020 - 4:55 PM

Will that be today.  I want to get flights sorted.   And confirm with the team.

Yes

Can't log in from my app but will try from desk

Ok cool

Can you get the cash for the motor parts too?  We want to get that at least moving forward.

Saturday, October 31, 2020 - 8:49 PM

Yes. When you are here we can take care of that

Ok.

Flights have gone up as of this evening $467.   The 10:30 am arrival flight gone.  All sold out.  Now its a noon one.

Is it damp cold up there or just brisk.  I know the weather has been fluctuating.  Telling the guys what we need to take for clothing.

Exhibit A
Page 56





Using to clean bilges

Sunday, November 1, 2020 - 12:35 PM

Were you able to send funds?    I want to get this travel booked.

No. I won't be in the office until this afternoon. With my dad, so everything else is on hold.

Ok.  Is he ok?

Sunday, November 1, 2020 - 5:26 PM

Sent a few hours ago

Thanks.  Coordinating travel.

We all got our covid test today.   Now they have a 15 min test.

Monday, November 2, 2020 - 12:08 PM

When are you all arriving?

Tomorrow evening.

Earliest i could get without it being $700 or more a ticket.

Okay. I wish I knew earlier  because we will waste all the hotel rooms tonight

I ordered a few parts and pieces for pumps and ac units to get things bandaged.

I thought we discussed it.    Tom will be flying in on Thursday early. He has a appointmemt on Wednesday.   But we can stay till the 16th.

No. We didn't.

Can you call?

I kept running out of ticket options.

I can't right now. I will see what can be done on hotels. Probably nothing. I hate wasting resources when things are tight. At any rate, so we don't need rooms tonight and only three until Thursday?

Correct.

Can we make it wednesday morning arrival instead of late Tuesday?

It will save alot of grief.   If i need to eat a few hotel rooms.    Ive got kid grief with my daughter.   It will mean the world to her.

Trying to juggle here with tight resources but still trying to move forward.

Exhibit A
Page 58

 And once were there we got a monster team to get it done.

Sure. Tonight is gone anyway. They will cancel the rooms and I will try to rebook at the owner rate.

Monday, November 2, 2020 - 5:49 PM

An update. All hotels pushed back to Wednesday. I told them we had trouble with flights. No rooms wasted. Travel safely.

Ok.  Beautiful.  Amen.  What a shitty week ive had.  Soooo ready to come work on some machinery.

Flights are officially booked return on 16th to Florida so we will get a ton of work in.

Sorry bud. I feel you. I sent out some massive invoices so should have some cash to throw at it later this week.

Its just kid drama.  Its stressing my household and i need to get us all in to a therapist for course correction.   Shes a good kid with good grades and Vanderbilt bound (her choice of colleges) were just getting over the hump of loosing her mom.

I really want to get the engine done this trip and the second generator. So we can after thanksgiving jettison to Florida.   But once we dive into the engine its all in and all hands on deck.









Love the fiberglass fly bridge.

















Love the fiberglass fly bridge.

I bet. That's a hell of a thing to deal with. I cannot imagine

Wednesday, November 4, 2020 · 4:10 PM

What are your travel plans ?

Were in ATL on the next plane to Bos at 5ish.

We get in around 8:40

Grab rental car and were going to boat tonight to get game plan list.



Ok. Will go get your hotel rooms. Four of you?

3 tonight.   Tom flying in Friday morning.

Was going to fly him on late night Thursday but didn't make sense.

What hotels you splitting us up at?

What a crazy election

Seriously. Trump is evil

You're at the residence inn in Charlestown and the courtyard across the bridge

I hope Joe Gets it.   He deserves it at this point.

I think he will

He's close

Going to be a huge war most likely.

6 to go

Courtyard is for Ethan and Andrew correct.  Tom and I at the Residence Inn?

Kristen came back up on her dime to hang out and If we need her shes a great cleaner.

We have two rooms at residence and one at courtyard until Friday

Then you have two at each

Ok.  Cool.

So if you want to move people around, do it when Tom arrives?

The courtyard is a good hotel too, and very close

Yes.  Thats what Ill do

What are the end dates for reservations

16

Wednesday, November 4, 2020 - 8:04 PM

Are restaurants like the 24 hr south street diner still open late or do you have curfew again?

Curfew effective Friday. Not sure what will happen then

Ok.

Is blackmoor open later tonight?   10?

Monument will be

Ok.

Are you on the ground?

Cool.

About 20 min

Landed

We can meet you for dinner.

I'm just getting your hotels

Call me when you can

Monument??

Leaving logan

We're at Monument on Main St in Charlestown

Thursday, November 5, 2020 - 10:25 AM

When could we get the engine funds for Tony to pick up all that stuff.

Thursday, November 5, 2020 - 7:55 PM

Can we meet on Uma Rita in 25?

Sure.

My friend Jason is there. I'm heading there now

Ok.

We're here. Stop in and say hello

Thursday, November 5, 2020 - 10:02 PM

Georgia 1902 votes to go and its over

Thursday, November 5, 2020 - 11:39 PM

Are we able to do engine parts tomorrow?





Most of them are. They are out of work roadies.

And i can get the penske trucks.

And Im outta funds for parts too. Spent the last today at ebay and graingers for stuff.

Im trying to stay ahead of the parts with the work but were making headway and alot is needed.

I'm pushing for client funding today. We have a big payment due but can't do much until that is received.

I am getting you the pressure washer too

A gas one, correct?

Gas one please. Plus a gas tank if you got it.

Let me know what we are looking costwise for re: movers. Need them activated

Ok. Can you give me a route, whats being moved, how many stops, how we gain access. Etc.

Well get trucks here in Boston and send them to first stop.

Hey Chad. Please call re getting movers and logistics for Daniel

What kind of stuff.

How heavy and bulky

$250 per day per guy.

$350 for crew lead.

$1200-1800 in trucks plus mileage, fuel.

Furniture, tables, sofas, art, computers, records, snowblowers, lawnmowers, misc bookshelves, etc

When can we mobilize? I need to advise the property caretaker. There's also a truck there that needs to be brought south using a tow

It's a plow truck

I can probably get it sorted for tomorrow morning.

Im going to need funds to get it going. These guys are cash only.

If we plan for Monday it will work then too, correct?

Yea.

I can mobilize more people

Can you send $2K to get parts for weekend?

Yes. Will do tomorrow. Same security issue - need to be at my computer to use zelle on chase.

Were you able to check out Uma Rita? Can you send me your communications with Huckins? In worried that I'm going to be stuck with this repair even though it is well within the warranty period

You will not get stuck with it.  Be right over

Friday, November 6, 2020 - 5:18 PM

Hey - call when you can.

Gotta have you check Ethan and Kristen in.

Tried to call.

What's Ethan's last name?

Hotel will allow him to check in once I approve it. I will stop in later

Perry

Kristen Vanderveer

Ethan Perry

Thank you. They will need a card to swipe for incidentals. I will replace that card when I arrive.

Ok.

Got it.

Friday, November 6, 2020 - 7:33 PM

Troca One sign on Blue Wave!

Well done!!

Saturday, November 7, 2020 - 11:59 AM

Following up on funds.

Saturday, November 7, 2020 - 12:59 PM

I'm not going into the office but have asked Kerry to zelle from her account. I will reimburse her tomorrow

She's very upset about the electronics on Uma. Can you spend a bit of time looking at it today?

Exhibit A
Page 67



Yes. Going over shortly.

Sunday, November 8, 2020 - 12:31 PM

Do you need anything for.Uma at West Marine?

Just more fuses.

Looking like we need to order a power supply on line.  Its about $300

Thats what they say on forums anyways.

So the radar's power supply is the issue? Also, I've discovered one of the sources for the water that's accumulating in the bilge area where the thruster motor is. Will show you

Ok on location of leak.  And it appears.  Need to unplug power supply to radar and then put fuse in to test output

Sunday, November 8, 2020 - 2:24 PM

Let me know when you plan for that. As for mobilizing a moving crew, can we discuss? I need a team for a day.

Yes.

At US Constitution heading back here in a few. Its a 20 min tour.

Sunday, November 8, 2020 - 5:23 PM

Hot water on T1 now.

Nice work. That's a good step.

We're back if you want to say hello.

Ok.  We will.  Pressure testing the heating/cooling loop.

So far we've isolated the blow outs.

Sunday, November 8, 2020 - 7:51 PM

Were at dinner and just read that your back.

How do I need to arrange crew for round up of stuff.

I dont have anyone lined up yet.  Im reaching out to my guys here.

Ok. What's your timeline to find people? Let me know so I can either source another team or plan with your team. Thanks bud

Whats the biggest heaviest item.

Exhibit A
Page 68



Sunday, November 8, 2020 - 10:38 PM

Crew can be organized for Tuesday if need be.   Need to know size of stuff to know how many big guys will be needed.

Monday, November 9, 2020 - 8:21 AM

Biggest heaviest items are small pizza oven, sofas, bookshelves. This is a four guy job. There are lots of small items. We will need boxes and tape. I have a list of items, so a good foreman who can organize the gathering will be key. I will try to get Kathleen to go up to assist

Ok. Ive got the good foreman and truck driver.

Ill have crew lined up.   Need advance to get trucking sorted and cash to pay guys day of.

How's big is the truck?

26' non cdl straight truck.

Tuesday, November 10, 2020 - 9:44 AM

Money for Tony

He asked for cash again.

Can you write me a check and Ill cash it and take to him to get it done.

We are treating it as an expense from the company, hence it will be reported on a 1099. Tony is free to cash the check but we can't do cash

Ok.   Let me see how I can get it done.   When can I get the check.

Tuesday, November 10, 2020 - 11:42 AM

Heading to puck up boys after a morning of errands and were heading to boat.

You still there?

Tuesday, November 10, 2020 - 1:52 PM

Hows the funds looking.   And can we get that check from ya so we can pick up the engine parts.

Tuesday, November 10, 2020 - 3:21 PM

Can you make do with $15k today?

Plus tony's check

Yes.  I can

Its a start



You guys on uma?

Yes. We are coming back in.

Wednesday, November 11, 2020 - 9:57 AM

Following up on tony check, other $10K for Troca and need a $3000 advance for Thursday/Friday Hotel furniture round up.

Need to get engine parts today.

Did you take a power washer?

Wednesday, November 11, 2020 - 11:20 AM

Power washer? No.

Ok.  ethan thought there was three

Wednesday, November 11, 2020 - 12:26 PM

From above

Following up on tony check, other $10K for Troca and need a $3000 advance for Thursday/Friday Hotel furniture round up.

Chad: I will give you a check for the $3k this afternoon, am trying to login from Uma on Chase (with IP issues) to do a wire. Will update shortly

I have the tony check. am working on release. Should be ready in a bit

Ok

Wednesday, November 11, 2020 - 2:39 PM

Are you wire transfering to my suntrust account?

And do you have tony release?

Houston we have a problem

Capcom this is Houston

Whats up?

Is everything ok?

Sent you the spreadsheet all laid out.



Looks like this.

Wednesday, November 11, 2020 - 6:13 PM

Are you all set for movers? Tomorrow and Friday are both acceptable. I will email you a list of items.

Im talking with him right now

Cool. Keep me postee

Friday it is.  Carlos is my lead guy and Driver.  Plus 4 guys.  Boxes and packaging materials.

Need address to both location.  Kathleen number again to put her in touch with. Carlos.

Wednesday, November 11, 2020 - 9:06 PM

At T 1 charging fridge.

How's it going?

No bueno.  Has a leak.



I need another can of 134a in morning for drawers.    Didnt get that far they only had one

Ugh. Ok. Should I give you tony's check? I will email you the release and tax form in a bit. I may leave for the night.

Heading back to hotel.    No luck.    Fridge a no go.    Drawers I Dont know yet.

Yes.    Ill swing by.

Here.

Can you drop kerry home?

Sure

Dropped off shes safe.

Thank you bud

NP.

Thursday, November 12, 2020 - 9:29 AM

No wire transfer this morning.    Fyi.

Need to get Mako from Richard $2900.

Need to get diver in on Friday

Zincs are $1500.    Pre pay item.

Diver is about $2000 for cleaning and dive time.

Fyi.

I will check when I'm in the office. It showed as pending approval yesterday.

Ok.

Thank you

Can you get me a check for Richard and he will bring the Tender up here and well park It next to T1.

Thursday, November 12, 2020 - 10:52 AM

Yes. Have you checked his invoice? All ok?

Yes.    Its ok.

He was fair

Where is the items being stored at?

Exhibit A
Page 72





She stuck the check in the scanner.

Our branch is calling them now

They apparently dont know what they are doing here.

Brand new branch

Yep, Ian said they were new

Got it done.

Thank you.

Well done. Jesus. Everything is a challenge somedays

Yup.

Thursday, November 12, 2020 - 6:47 PM

We have all engine parts and w9 as well as signed release.

All loaded and on way to T1

Well done. Parts to your liking?

Yes    They are clean and corossion free.    Pistons will inspect tomorrow in daylight

Thursday, November 12, 2020 - 9:32 PM

I got it sorted.

Call me.

What tools will be needed?    Kathleen is sending me pics of the list.

We are all set.

For tomorrow?

Were goong to meed both days.

Need

19 pages and this is a Semi's worth of stuff.

And is there a Saco location.

Kathleen will direct the team. Not all that stuff is still there

Friday, November 13, 2020 - 12:04 AM

Spoke to Kathleen. Arrival time to Brunswick should be around 10-11. The list is over inclusive. I don't think it will be as extensive as the list suggests. I will message destination information tomorrow

Friday, November 13, 2020 - 1:51 AM

Ok.

Friday, November 13, 2020 - 9:32 AM

Diver is here.

Fyi.

Friday, November 13, 2020 - 12:23 PM

Troca One has heat.  Fyi

Did you send the second wire.    Ordering engine parts today.

Exhibit A
Page 75



Friday, November 13, 2020 - 1:53 PM

IMG_3849.3gp.3gpp
Unknown size

This is a semi load

Kathleen should direct them to load as much as they can load and then Carlos can go back for the heavier items. These items were on the list.

Thats my plan

The bank is not available tomorrow. Kathleen will check and see if they are available Mondays

I need to see if carlos is available.

Thanks

Re: wire. Yes. Second wire was sent earlier today

Please start transmitting receipts so we can start the accounting process

Ok. How much did you send.   Engine parts are going to be $32K plus shipping.

Will make a decision on heating purchases once we get the main safety systems going.

No wire as of yet fyi.  I just checked.

12,500 just hit account

Fyi.

Location of storage for this stuff.  1St truck is about full.

Friday, November 13, 2020 - 5:11 PM

Ethan needs to know if were unloading tonight.

His truck is full.

Saco will take a truck and theres another truck load up in Brunswick to my knowledge.

Carlos is on with crew for Monday.

Yes. I'm meeting them at storage. I have arrived.

Sweet.

Plan worked out for a change.

Did you still need a ladder? I thought I saw one on T1

Chris brought me one.

Exhibit A
Page 76

Friday, November 13, 2020 - 7:51 PM

Did yall get it unloaded?

Friday, November 13, 2020 - 9:17 PM

Yes sir. I guess we have another big load left but this was a good first haul. They worked really hard today. Will see y'all tomorrow. How did it go on T1

Heat

Hull is clean.

Anodes coming.

Boat will be going on a victory lap tomorrow afternoon in the Charles

Through the locks?

That's bold. What time?

No.  Isnt this the charles here?

No. That's the mystic

Mystic then.

Right here within sight of the dock.

Friday, November 13, 2020 - 11:09 PM

Got the Sub Zero working

Whaaaat? And it will keep working? Damn

Will see in morning.  Kitchen Aid fridge is tomorrow.  Its half out.

Saturday, November 14, 2020 - 10:31 AM

What time are you planning to take T1 out?

Late afternoon.    Like 3

Take out Uma to get photos.

Thursday, November 26, 2020 - 12:43 PM

Can you confirm Toms hotel for tomorrow night when u get a moment

Sure. What dates

Tomorrow thru 4th for tom.

Engine crew arrives 3rd thru 15th.

It was in the email I sent yesterday with all the important dates.

> Was a long multi topic email and I had a crazy day - so will need to have Kathleen help action it.

> What do we need for critical parts orders this week

> Oh, and Happy Thanksgiving! I'm glad you survived what must have been an exhausting week

I really need the $32k plus shipping on the engine.   We can have it running by 15th if I order the parts tomorrow.    Some are in stock in Boston, rest are in Detroit

Next week we need about $15k to finish heat system.   Then its ready to travel.

Zincs and diver going back to t1 on Monday/Tuesday and the bottom side will be ready for travel.

Oh and oil and coolants are $4500 for all engines.   36 gallons of synthetic oil and 30 gallons of coolant per engine plus generators.

Friday, November 27, 2020 - 1:31 PM

Tom will be there around 12:45.    Same hotel?

And can we get these engine parts ordered.  Ive booked our travel for the 3rd thru the 15th

We will stay on boat.  I would like one room at hotel for showers etc.

Keeping the cost down now that we have heat

Tom has arrived.

Sunday, November 29, 2020 - 1:09 PM

Checking back on Engine.   Are we going to be able to move forward. My flight is for Thursday the 3rd with engine crew.    Really want to have it running by the 15th.

> I really need an accounting Chad. Go/no-go can happen thereafter. You mentioned you were working on it. I need to true up accounts prior to that point. When can that happen?

Ok. Ill send over what I have tonight.   Were $55,000 off from completing major repairs.  Hot water heater failed yesterday and Now will officially need to be replaced.   Its going to take $40K to get it to Florida.    If its looking like winterizing Ill fly up on Wednesday and we can take care of that.   Otherwise lets figure out how to keep moving.

Sunday, November 29, 2020 - 4:44 PM

> Yes. I need to prepare a full accounting and then we can make the decision. It will take me 24-48 hours to process so please make it as much of a priority as you can.

> We need to get company and game plan signed off on as well so let's focus

11/29/20 - SMS

Exhibit A
Page 78

# EXHIBIT B

| | |
|---|---|
| **From:** | James Fuller <chadly48854@yahoo.com> |
| **Sent:** | Tuesday, September 15, 2020 1:09 PM |
| **To:** | marinaoffice@charlestownmamarina.com |
| **Cc:** | James Fuller; Chad Fuller; Abhijit "Beej" Das; Eric Kfoury; Tom Hejnicki |
| **Subject:** | COI (Certificate of Liability Insurance) Black Widow Troca One Engineering Study |
| **Attachments:** | Certificates of Insurance.pdf |

Hello All.

Here is my COI for Troca 1 General Liability for the Engineering Study being done.

Please call with any questions.

Thanks.

Chad.

# Chad Fuller

Production Manager
Snoop Dogg/BLE COMPOUND
Black Widow Boat Works

Chadly48854@yahoo.com
213-444-9746

SnoopDOGG.com

Exhibit B
Page 1

Attachment: Certificates of Insurance.pdf



BLACWID-01                          CHENRY

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 9/15/2020 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:   If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Carlene Henry | | |
|---|---|---|---|
| Dealer Risk Services, Inc. 341 4th Avenue Melbourne, FL 32903 | PHONE (A/C, No, Ext): (321) 733-6253 | | FAX (A/C, No): (321) 733-6232 |
| | E-MAIL ADDRESS: chenry@dealerriskservices.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Ohio Security Ins Company | | 24082 |
| INSURED | INSURER B : | | |
| Black Widow Cases Inc 1720 Main St NE Ste 6 Palm Bay, FL 32905 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES            CERTIFICATE NUMBER:                         REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | BLS 62009071 | 9/11/2020 | 9/11/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Pe accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y / N ☐ N / A | | | | | PER STATUTE ☐ OTHER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Repair of Audio cases

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Proof of Coverage Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

Exhibit B
Page 2

BLACWID-01                                                                    CHENRY

# ACORD®  CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
**9/15/2020**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:   If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Carlene Henry | |
|---|---|---|
| Dealer Risk Services, Inc.<br>341 4th Avenue<br>Melbourne, FL 32903 | PHONE (A/C, No, Ext): (321) 733-6253 | FAX (A/C, No): (321) 733-6232 |
| | E-MAIL ADDRESS: chenry@dealerriskservices.com | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : Ohio Security Ins Company | 24082 |
| Black Widow Cases Inc<br>1720 Main St NE Ste 6<br>Palm Bay, FL 32905 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE  X OCCUR | X | | BLS 62009071 | 9/11/2020 | 9/11/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  ☐ PRO-JECT  ☐ LOC<br>☐ OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Pe accident) | $ |
| | | | | | | | | $ |
| | ☐ **UMBRELLA LIAB**  ☐ OCCUR<br>☐ **EXCESS LIAB**  ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**   Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N / A | | | | ☐ PER STATUTE  ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Repair of Audio cases

Certificate holder is listed as an additional Insured under the General Liability as per written contract.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Samuel Rogers<br>Charles A. Von Stein, LLC<br>626 Old Dixie Highway SW<br>Vero Beach, FL 32962 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD

Exhibit B
Page 3

**From:**        James Fuller <chadly48854@yahoo.com>
**Sent:**        Saturday, September 19, 2020 10:28 PM
**To:**          Abhijit "Beej" Das
**Subject:**     Re: Troca 1 Electrical Failure Diagnosis

Did you actually receive this,  was showing a error on my end.

Hope all is well.    Looking forward to hear what you think of this.    We put a lot of time this week in it as for we are intrigued about the project and the work scope.

Let me know when you have a moment to talk, sounds like you have been busy the last few days, and the passing of RBG.    RIP Your Honor.

C,.

# Chad Fuller

Production Manager
Snoop Dogg/BLE COMPOUND

Chadly48854@yahoo.com
517-230-3405

SnoopDOGG.com

**From:** Chad Fuller <chadly48854@yahoo.com> on behalf of Chad Fuller <chadly48854@yahoo.com>
**Date:** Friday, September 18, 2020 at 8:10 PM
**To:** "Abhijit "Beej" Das" <adas@trocaglobal.com>
**Subject:** Troca 1 Electrical Failure Diagnosis

Draft.   Please check it out.

Thanks.

C.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

**From:**        Chad Fuller <chadly48854@yahoo.com>
**Sent:**        Tuesday, October 6, 2020 7:48 PM
**To:**          Abhijit "Beej" Das
**Subject:**     Re: Credit Card

Im on it.  Im going to call them tomorrow.  Thats not what they told me originally and i will defend that.

Also.  Can we get rocking on Troca one.   Time is running out and we have a solid plan with Ethan being there to do the diving for me.    I need funding for parts ($30K)and flights.    Ill give you my 100% A Team to make you shine to the bank with this project.    Trying to give Tom a idea of when we need to go to Boston.     Ill work with you as much as I can financially.

Thanks.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

**From:**      Chad Fuller <chadly48854@yahoo.com>
**Sent:**      Monday, October 12, 2020 1:30 PM
**To:**        Beej Das
**Subject:**   Batteries


Can we get the batteries yet.    I bought two today for the generators.   Need 6 more plus house batteries.    How far you want to keep going.   Were hoping to start generators today and maybe MTU.   Parts are starting to show up to make basic repairs so things function.

Let me know.   Were talking about $12K in batteries.

Thanks.

C.

Also.  Can i run the card for the other $5.   Ive been spending like a drunken sailor to get this all done

Thanks

C.



Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

**From:**       Abhijit "Beej" Das <adas@trocaglobal.com>
**Sent:**       Monday, October 12, 2020 2:09 PM
**To:**         Chad Fuller
**Subject:**    Re: Batteries

Hey Chad

Let's hold off until tomorrow ordering the batteries.  I need to get all this stuff over to accounting, which I haven't yet done. As it stands, the advances for everything have gone into a trust account. Is there a way you can start shooting invoices against the advances over to t1revival@trocayachts.com -- we have a small accounting team and I don't want to get them overwhelmed and also want to keep them updated on our budgets and expenses for the initial repairs.

I will get another authorization opened up for your $5k -- give me a few hours to get back to the system. I have to run out. When are we planning to meet?

Chat in a bit.

Beej


---


**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

**From:**          Chad Fuller <chadly48854@yahoo.com>
**Sent:**          Thursday, October 15, 2020 2:59 PM
**To:**            Abhijit "Beej" Das
**Subject:**       Re: Invoice 3827 from C-Systems & Services Inc.


We can get when boat is down there.  Lets focus finances on parts and repairs critical to full operation for CG inspection for travel.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

**From:**      Chad Fuller <chadly48854@yahoo.com>
**Sent:**      Thursday, October 15, 2020 7:33 PM
**To:**        Abhijit "Beej" Das
**Subject:**   $$$

Hey Beej

Following up.

How are the funding options looking.  Need more parts, pumps, contactors, motors etc.    Making major headway.

Thanks

Chad.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

| | |
|---|---|
| **From:** | James Fuller <chadly48854@yahoo.com> |
| **Sent:** | Sunday, October 25, 2020 10:53 PM |
| **To:** | Abhijit "Beej" Das |
| **Subject:** | Version 5 revisions. |

Her is V5 revisions with addendum of our second trip.

Enjoy.    Dropbox Link to Word Docx

https://www.dropbox.com/sh/3cdizly62lrfayh/AADfoevlj-Qmk5liqjyA1anOa?dl=0

Word and PDF Versions with EK mark up.

Check it out and I will send it once you approve.

Estimate coming over for the Engine repairs.

WE NEED TO ORDER PARTS BY TUESDAY or we will have nothing to do on November 2nd.     Plumbing Parts, Choose a budget Heat/AC replacement for minimum operation of systems I think you mentioned $20K to begin with till we get it to Florida.     Electrical Parts to complete the Cantalupi systems and the Atlas integration.

Ill send you a estimate for Engine, AC Systems, Electrical Systems.    You tell me how far we can go monetarily.

# Chad Fuller
Production Manager
Snoop Dogg/BLE COMPOUND

Chadly48854@yahoo.com
517-230-3405

SnoopDOGG.com

Exhibit B
Page 10

| | |
|---|---|
| **From:** | Abhijit "Beej" Das <adas@trocaglobal.com> |
| **Sent:** | Wednesday, December 2, 2020 12:17 PM |
| **To:** | James Fuller |
| **Cc:** | Tom Hejnicki; Thomas Hejnicki |
| **Subject:** | Re: Troca Invoices and balances. |

Chad

Thanks for the data I have been requesting. To date, we had only received Uma Rita invoices and accounting, which is not connected with this project. As I mentioned, this will take a few days for us to process. As we had discussed, advances are to be applied to critical parts and third party labor, with the handling of Black Widow principals' labor to be discussed in the future.

As for the initial assessment trip, You should reach out to Eric asap. He has been looking for you to square that away with the bank. Odd that both of you suggest the other is not reachable. Copy me in on your email. I haven't seen either of your communications to each other.

If we decide to mothball the project for the winter, what is the cost to winterize? Given the time frames you suggested and the workload we have at the moment, not sure we can turn this around until beginning of next week at the earliest. Our principal investor besides my father contacted me two weeks ago looking for an accounting and we simply had nothing to show. It will take me a few days to get in front of him to have a discussion once this is processed.

Finally, please share with me your proposal for operating T1 so that we can make that assessment along with this analysis.

Hope your travels went smoothly.

Beej

**From:**       Chad Fuller <chadly48854@yahoo.com>
**Sent:**       Wednesday, December 2, 2020 12:58 PM
**To:**         Abhijit "Beej" Das
**Cc:**         Tom Hejnicki; Thomas Hejnicki; chadly48854@yahoo.com chadly48854@yahoo.com
**Subject:**    Re: Troca Invoices and balances.


Beej, Outside of this latest invoice you have been sent multiple times the invoices pertaining to Troca One.   We have not formulated any company arrangement or agreement for labor pertaining to myself and Tom towards a future project.     I cannot offset labor for Black Widow pertaining to Troca One as a company as for it would be individual's and not a entity.    We have not formulated a new company let alone come up with any operational aspects.    Until there is a solid documented plan in place I nor Tom have agreed to any partnership.   We told you our position, made a proposal to get this boat back in operational condition to travel, that has and always will be right around $120,000 not including the trip to Florida.

We have provided multiple quotes, estimates, and multiple conversations regarding the required amounts to get this project underway, we have had multiple promises of funding only to be shortchanged time and time again with the most recent promise of $60,000 to only have delivered $22,500 of that initial funding amount.

We have put our heart and soul into this vessel as if it was our own and taken great pride in returning Troca One to its former operational condition.

We have made more progress with Troca One in 2 months than in the last two years than anyone has.

We have been transparent, precise and clear with you time and time again while understanding and respecting the past and financial woes pertaining to Troca One.   We have bent over backwards to fix situations that are in the past and be flexible with helping clean up other projects such as Troca Hotels.

I feel we have demonstrated how agile and capable we are.

If you winterize T1 we are basically going back to ground zero.   Things will rust including all engine parts that need to be re-installed.    It will require antifreeze and blowing out all lines with compressed air and placing RV antifreeze in all the plumbing lines, toilets and tanks.    Were talking $4-5k.

We have personally put our credit and reputation on the line here to bring back some creditability with the vessel and to its history and defending your position as to why it sits as it did when we first inspected it.

Tom and myself would like to meet to further discuss.   As I have stated before, be upfront and we can help.    It has been frustrating as for we cannot make any arrangements with people on Troca One because the promises made have not been delivered when necessary.   When we tell someone we need something done we get it done and pay them as for they expect it to be that way.

Let us know when you can do lunch or dinner tomorrow to place a plan in action in whatever direction is decided to go.

Thanks and lets figure out a plan.

Chad.

| | |
|---|---|
| **From:** | Abhijit "Beej" Das <adas@trocaglobal.com> |
| **Sent:** | Wednesday, December 2, 2020 1:25 PM |
| **To:** | Chad Fuller |
| **Cc:** | Tom Hejnicki; Thomas Hejnicki; chadly48854@yahoo.com chadly48854@yahoo.com |
| **Subject:** | Re: Troca Invoices and balances. |

Chad

I don't appreciate your tone nor the litigious nature of your note. I have neither made promises to you, nor have I shortchanged you.  I have made clear from the VERY beginning that I will do what I can personally to fund Troca One's return but that if such funding is insufficient, it will need to come from other, yet undefined sources. Moreover, contrary to your assertions, we have discussed several times your interest in working together as partners to operate T1. I was shocked to learn in your most recent email that such is not the case. If all we are doing is paying a service provider for services, this is not the way we would have done so.

I cannot proceed without a clearer understanding of the path forward. Given that you have raised what amounts to a claim against us, it is time we stop and reevaluate. We are not in the business to create more problems for ourselves; the previous management did enough of that.

**Please stop all further work on the project, including any further travel.**

Beej


---

**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

**From:** Chad Fuller <chadly48854@yahoo.com>
**Sent:** Wednesday, December 2, 2020 1:42 PM
**To:** Abhijit "Beej" Das
**Cc:** Tom Hejnicki; Thomas Hejnicki
**Subject:** Re: Troca Invoices and balances.

Beej.  Its very simple.

Come up with a business plan.   We will appropriate towards that what sweat equity necessary.

My tone is not that of which you describe.   Im simply trying to figure out what you want to do here.   Ive scheduled people, parts and resources to keep the ball moving forward.

I will be in Boston tomorrow at 10:30.   Find time in your day to meet to discuss.

Im not going to do a disservice to the bank, Dr. Bhat, or your father by leaving the vessel in distressed condition.

So maybe you need to read my email again to understand we have only had your best interest in mind.

Regardless I will be in Boston tomorrow at 10:30 to winterize T1 and gather all tools until some formidable plan can actually be put in place.


Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

**From:**      Chad Fuller <chadly48854@yahoo.com>
**Sent:**      Wednesday, December 2, 2020 2:19 PM
**To:**        Abhijit "Beej" Das
**Cc:**         Tom Hejnicki; Thomas Hejnicki
**Subject:**   Re: Troca Invoices and balances.


Please share your business plans you previously mentioned.    I don't think you still understand me.      Im not asking you to run a business.    Im simply asking for a legitimate plan as is Tom.    Im not angry, upset or disappointed.    Im only trying to figure out what were doing here.    If you told me today, Hey Chad, I only have $25k to put towards T1 until we can get it to a point of a new company or sale I would be ok with that, however we have been on a path of "How can we get it to Florida".

If you can past the money and labor and tell me how we can help you.    Ive asked this same question multiple times, let us know, and we can be flexible.    I have never not wanted to start a Charter company.   I simply want it in writing.

If its a issue with finances I have a investor who will just purchase the boat outright if that makes it easier for you.    Otherwise I will be up to winterize the vessel and secure tools until we can actually have a meeting and actually discuss what and when.

I will be up tomorrow and I hope you have the time to discuss in person with both Tom and myself.

Thanks.

Chad.


Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

| | |
|---|---|
| **From:** | Chad Fuller <chad@blackwidowcustomcases.com> |
| **Sent:** | Thursday, April 1, 2021 5:05 PM |
| **To:** | Beej Das; Eric Kfoury; Kerry McAnistan; Abhijit "Beej" Das |
| **Cc:** | Perry.usmarines@gmail.com; Andrewbray89@yahoo.com; Thomas Hejnicki; Thornton, Tom; Msnyder3@mtb.com; mbialy@mtb.com; cgiroux@charlestownmamarina.com; travis@bostonyachtservices.com |
| **Subject:** | Personal Tools and Equipment aboard Troca One |

Final Notice to the ownership representatives of Troca One


Greetings -

We, the undersigned made arrangements with M&T Bank to retrieve our personal belongings from Troca One (Tools, Clothing, SCUBA gear, Rigid Shop Vac equipment, Fluke Oscilloscope, Fluke Megohm Meter, Fluke 87 Multifunctional Meter etc.). We have just been informed that these items are no longer aboard the vessel. Our items have been under adverse possession for over three months; the removal of our property from the vessel, without permission or notification, suggests malfeasance and bad faith. Furthermore, failure to assist with the return of our property demonstrates the intention and promotion of larceny or complicity therein.

Please respond with instructions to recover these items.

Travel to Boston has already been arranged with arrival around 12:00 Noon EST on Friday, April 2, 2021.

Your prompt reply and cooperation are appreciated and expected.

Respectfully,

James Chad Fuller
Thomas Hejnicki
Ethan Perry
Andrew Bray


Chad Fuller
PM/FOH
213-444-9746
Chadly48854@yahoo.com

# EXHIBIT C

**From:** Chad Fuller <chadly48854@yahoo.com>
**Sent:** Friday, December 4, 2020 10:54 AM
**To:** Tom Hejnicki <thomas.hejnicki@acousticallies.com>; Thomas Hejnicki <thomas.hejnicki@gmail.com>; Chad Fuller <chad@blackwidowcustomcases.com>; Snyder, Matthew <msnyder3@mtb.com>
**Subject:** Invoices and spreadsheets pertaining to Troca One

> **External Email:** Use caution & trust the source before clicking links or opening attachments.

 Greetings Matt.

 We will provide a further analysis with up to date progress and future requirements to keep the ball moving with winter approaching later today.

We have a call with Eric K regarding his conversation with your boss today at 11.  Lets follow up after that when you are available.

Estimates are estimates.   And things change as we get into each project, and projected cost are going down as we complete tasks required for the triage portion to bring this back to stable running condition.

The Excel spreadsheet is a worst case scenario and we have been continuously coming in under budget with Monthly updates as the invoices reflect.

Invoices for 10/30 day and 14 for 12/01 day trip respectively.

$49,000.00 has been paid to date by Beej Das out of $120,000 triage estimate to return Troca One to minimal operational characteristics (see spreadsheet) Travel estimate is around $40-$50k including captain, provisions, engineering team, first mate.

Again.   Im extending grace and trying to work with him although we are up against a hard timeline of December with the Marina.

Hope this info helps with the open and honest reality of this situation.

Currently the boat can travel.    While risky without second engine it can be done by hugging the coast line in case we need tow.

We are $71,000 off from original triage estimate of $120,000 to make ready for travel.     ($49,000 paid to date)

Might as well budget travel to Florida at $40-$50k.     Fuel is approx $10,000 to fill per stop and it will take 3.5 tanks est.   fyi.

Dockage in Fort Pierce FL is $1500 a month including electric and taxes.     Location would be at Hutchinson Island Causeway Cove Marina.

The original report required over 200 hours of investigation and research with sworn statements from individuals involved including all captains and shipyards.   We offset that 200 plus hours into a escrow account hypothetically with promise of a future management endeavor and promises of opportunity to maintain and manage Troca One.   All of which is yet to be seen.

Thanks.

C.

Chad Fuller

Engineer
BWBW/Black Widow Customs

PM/FOH @ Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

Exhibit C
Page 1

# EXHIBIT D

| | |
|---|---|
| **From:** | thomas.hejnicki@acousticallies.com |
| **Sent:** | Wednesday, December 16, 2020 12:17 PM |
| **To:** | 'Abhijit "Beej" Das' |
| **Subject:** | RE: Final Request |
| **Attachments:** | BWBW_Troca_CashFlow_Tracking_WIP_1a.xlsx |

Greetings –

Please accept the attached Excel Workbook, which contains my accounting of the project to date as a preliminary response made in good faith. The worksheet contains the requested information as distilled from the original sales receipts, invoices, etc. We are currently scanning the physical documents and will submit a PDF when completed. In addition, a statement will be issued containing progress of the various work performed, confirmation of materials on the vessel (of all, there are only two line items not fully on board), and suggested follow up for time-sensitive matters that should be addressed.

If we are truly ending our working relationship in this most disappointing turn of events, I would sincerely appreciate your thoughts on the final book-closing and rectification of any equity interests accrued by Black Widow thus far.

Thank you again for your patience.

Respectfully,

Thomas Hejnicki

FINANCE

EQUITY ACCOUNT

| | Debits | Credits |
|---|---|---|
| Labor /Time | $32,292.50 | |
| Equity Earned | $32,292.50 | |

BILLING

| | Debits | Credits |
|---|---|---|
| | | |
| Balance Due | $0.00 | |

September 2020   October 2020  I  November 2020  I  December 2020  I   ⊕

# FINANCE

## EQUITY ACCOUNT

| | Debits | Credits |
|---|---:|---:|
| Equity forwarded | $32,292.50 | |
| Labor /Time | $41,945.00 | |
| Materials, Fixed | $8,071.42 | |
| Materials, Expendable | $1,049.93 | |
| Materials, Freight | $480.61 | |
| Materials, Sales Tax Paid | $611.47 | |
| Reimbursables | $2,818.83 | |
| Invoice #246 Labor Sub Total | | $11,250.00 |
| Invoice #246 Materials Sub Total | | $9,746.36 |
| Invoice #246 Reimbursables | | $2,726.07 |
| Invoice #246 Tax | | $878.63 |
| | | |
| Equity Earned | $62,668.70 | |

## BILLING

| | Debits | Credits |
|---|---:|---:|
| Previous Balance | $0.00 | |
| Payment Received - 10/08/2020 | | $10,000.00 |
| Payment Fees 3.5% - 10/08/2020 | $350.00 | |
| Payment Received - 10/21/2020 | | $5,000.00 |
| Payment Fees 3.5% - 10/08/2020 | $175.00 | |
| Invoice #245 - 10/26/2020 | $3,500.00 | |
| Invoice #246 - 10/26/2020 | $24,601.06 | |
| | | |
| Balance Due | $13,626.06 | |

| September 2020 | **October 2020** | November 2020 | December 2020 | ⊕ |

FINANCE

EQUITY ACCOUNT

| | Debits | Credits |
|---|---|---|
| Equity Forwarded | $62,668.70 | |
| Labor /Time | $50,127.50 | |
| Materials, Fixed | $7,744.62 | |
| Materials, Expendable | | |
| Materials, Freight | $438.89 | |
| Materials, Sales Tax Paid | $611.02 | |
| Reimbursables | $4,471.27 | |
| | | |
| Equity Earned | $126,062.00 | |

BILLING

| | Debits | Credits |
|---|---|---|
| Previous Balance | $13,626.06 | |
| Payment Received - 11/02/2020 | | $4,500.00 |
| Payment Received - 11/09/2020 | | $2,000.00 |
| Payment Received - 11/10/2020 | | $5,000.00 |
| Payment Received - 11/12/2020 | | $10,000.00 |
| Wire Fees - 11/12/2020 | $15.00 | |
| Payment Received - 11/13/2020 | | $12,500.00 |
| Wire Fees - 11/13/2020 | $15.00 | |
| | | |
| Balance Due | ($20,343.94) | |

September 2020 | October 2020 | **November 2020** | December 2020 | (±)

FIINANCE

EQUITY ACCOUNT

| | | Debits | Credits |
|---|---|---|---|
| Equity Forwarded | | $126/062.00 | |
| Labor/ Time | | $10,910.00 | |
| Invoice #1039 Labor Sub Total | | | $24,760.00 |
| Invoice #1039 Materials Sub Total | | | $21,705.91 |
| Invoice #1039 Reirnbursables | | | $3,671.78 |
| Invoice #1039 Tax | | | $1,356.62 |
| Materials$_1$ Fixed | | $1/036.46 | |
| Materials$_1$ Sales Tax Paid | | $64.78 | |
| Reirnbursables | | $1,315.84 | |
| | | | |
| Equity Earned | | $87,894.77 | |

BI LLING

| | | Debits | Credits |
|---|---|---|---|
| Previous Balance | | ($20,343.94) | |
| Invoice #1039 | | $51,494.31 | |
| | | | |
| Balance Due | | $31,150.37 | |

| September 2020 | October 2020 | November 2020 | **December 2020** | ⊕

Exhibit D
Page 5

# Dropbox > **Troc,a Onie**



## Overview

Hid

*El* To edit this overview, ask the folder admin for access

+ Create v | .1:.Upload v  ...

| Name | | Mod ifi.ed ◆ | Members |
|---|---|---|---|
| III | BWBW_Tmca◆Cash ..._Trackiing_2a.x lsx | 1/4/20211, t 0 4 PM | 2 members |
| PDF | BWBW_TROCA11_SU ... FORMED_2020 ... | 1/4/20211, t 0 4 PM | 2 members |
| ◆ | BWBW_TROCA11_RECEIPTS_2020_1.zip | 1/4/20211, t 0 4 PM | 2 members |
| ◆ | BWBW_TROCA11_RECEIPTS_2020_2 ...... | 1/4/20211, t 0 4 PM | 2 members |

Exhibit D
Page 6

# EXHIBIT E

**From:**          James Fuller <chadly48854@yahoo.com>
**Sent:**          Thursday, October 1, 2020 1:50 PM
**To:**            Beej Das
**Subject:**       For your eyes only for review
**Attachments:**   TROCA ONE INITIAL ESTIMATE.pdf; Troca 1 Timeline 10_01.pdf


Look these over so we can wrap this up on Troca One.     Estimate Bank Ver 1..

I'm editing the changes,  have a few questions to go over.    Rain is the number one reason why this vessel is in the shape it is in..   During bank Possession,  anything after that just adds to the list.    Extreme Negligence and unqualified people during bank possession.

Call when you can.

Chad.



# Chad Fuller
Production Manager
Snoop Dogg/BLE COMPOUND

Chadly48854@yahoo.com
517-230-3405

SnoopDOGG.com

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



# Estimate

**ADDRESS**

Troca One

733 Turnpike Street

Suite 226

North Andover, MA 01845

Eric Kfoury-978-758-9595

**ESTIMATE #** 12614

**DATE** 10/01/2020

**EXPIRATION DATE** 10/31/2020

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 09/29/2020 | **Main Switchgear Systems** | Schneider Breaker/Contactors and Motors. Main Switchgear Contactors and drive motors with auxillary contacts per manufacturers spec's. | 4 | 14,800.00 |
| 09/29/2020 | **Buss Fuses** | Replace all 600V fuses in switchgear per manufatrurer specification. | 1 | 1,200.00 |
| 09/29/2020 | **Buss Fuses** | Replace all GMA 5mm x 20mm fuses in Wiedmuller fuse holders per manufacturer spec.. | 1 | 1,800.00 |
| 09/29/2020 | **Finder Relays** | Finder Relay's (55.34..8.240.0040) in control board per manufacturer spec | 1 | 1,644.00 |
| 09/29/2020 | **Finder Relays Sockets** | Finder Relay Sockets per manufacturer's spec. 94.04-Finder, Din-Rail/Panel Mount Screw Terminal Per Manufacturer Spec | 1 | 700.00 |
| 09/29/2020 | **Control Panel Lightbulbs** | Control Panel Light Bulbs, LED Replacement Per Manufacturer Spec | 1 | 387.00 |
| 09/29/2020 | **Selector Switches and Contacts** | Schneider Electronic Contact Block ZBE and Contacts NO/NC pairs x 3 Per Manufacturer Spec | 3 | 870.00 |
| 09/29/2020 | **Schneider Breakers** | Merlin Gerin  C60A/C10-3P, C60H/D25A-3P, C60H/D25A-3P, C60L/MA15-3P, C60A/C16-3P, C60A/  C10-3P, C60A/C10-3P, C60A/C16-3P,  C120H/C80-3P, C60A/C20-4P, C60A/C25-4P, C60A/C25-4P, C60A/C20 2P, DPNA/C6SP- SP , DPNA/C16 SP, DPNA/C16 SP, DPNA/C6-SP, | 19 | 5,484.35 |

Exhibit E
Page 2

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| | | DPNA/C16 SP X 2<br>Per Manufacturer Spec | | |
| 09/29/2020 | Schneider Breakers | Merlin Gerin<br> C60N/C50-4P, C60A/C10-3P, C60H/D25-3P, C60A/C20-3P, C60A/C20-3P (Temp Hydraulic unit Seth hooked up, originally from Buss A), C60A/C16-3p, C60A/C20-2P C60A/C10-2P, C120N/D80-4P, C60A/C32-4P, C60N/C25-4P, C60A/C20-4P, DPNA/C10-SP, DPNA/C10-SP, DPNA/C16-SP, DPNA C10-SP, DPN VIGI/C16-2P<br>Per Manufacturer Spec | 17 | 4,907.05 |
| 09/29/2020 | Schneider Breakers | `Merlin Gerin -<br> C120N/C80-SP, C120N/C80-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C16-SP, C60A/C20-SP, C60A/C20-SP, C60A/C20-SP, C60A/C20-SP, C60A/C16-SP, C60A/C25-SP, C60A/C10-SP, C60A/C16-SP, C60A/C10-SP, C60A/C25-SP, C60A/C16-SP, C60N/C63/MX+OF-2P Per Manufacturer Spec | 24 | 5,040.00 |
| 09/29/2020 | 24V Ceramic Fuses | 5 Total Ceramic Fuses Per Manufacture Spec on the 24 Volt Buss/Bridging system | 1 | 400.00 |
| 09/29/2020 | Schneider Motor Starters | GV2ME10, 16, 32, 14 | 24 | 3,000.00 |
| 09/29/2020 | Glendinning Repairs | New Glendinning CM-8 Cable Reel and Fiberglass repairs | 1 | 4,000.00 |
| 09/29/2020 | Main Buss A Circut Breaker | Schneider Breaker 4 Pole C120/C80N | 1 | 390.00 |
| 09/29/2020 | Engine A Batteries | Engine A Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 2 | 498.00 |
| 09/29/2020 | Engine B Batteries | Engine B Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 2 | 498.00 |
| 09/29/2020 | House Batteries | House Deep Cycle 2 Volt 1580 Mahr Sealed Cell Marine Battery per manufacturer spec | 12 | 10,188.00 |
| 09/29/2020 | Generator Batteries | Generator A/B Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 4 | 996.00 |
| 09/29/2020 | Battery Wiring and Jumpers | Battery Jumpers, Terminals, Heat Shrink, to bring back to Manufactures Specification | 1 | 860.00 |
| 09/29/2020 | Telemechanique Contactor | Telemechanique Current Sensing Contactor LC1F185 Merlin Gerin Requires 3 Per Manufacturer Spec | 3 | 9,273.51 |
| 09/29/2020 | Wiedmuller Fuse Holder Din Rail | Wiedmuller Fuse Holder GMA 5mm x 20mm fuses for control process wiring redundant systems and Atlas system. | 1 | 200.00 |
| 09/29/2020 | Bussmann Fuse Holder 4 Gang | Bussmann Fuse Holder 600V per Factory Spec Manufacturers specifications. | 1 | 30.00 |
| 09/29/2020 | 16Gauge MTW Control Wire | 16 Gauge MTW Control wiring, Assorted Colors, Black, Red, Grey, Yellow/Green, White | 1 | 400.00 |
| 09/29/2020 | Wire Marking | Misc Wire Marking Systems to manufacturer spec | 1 | 850.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| | Systems and Heat Shrink | and heat shrink | | |
| 09/29/2020 | Termination Crimps Color Coded | Termination Crimps, Color Coded per manufacture specifications | 1 | 500.00 |
| 09/29/2020 | Output Meter Atlas System | Output Meter Atlas System | 1 | 580.00 |
| 09/29/2020 | Onan Marine Genset A | Onan Marine Genset A Service Major/ Windings testing and Megger | 1 | 7,500.00 |
| 09/29/2020 | Onan Marine Genset B | Onan Marine Genset A Service Major/ Windings testing and Megger | 1 | 7,500.00 |
| 09/29/2020 | Onan Marine Genset A | Genset Repairs to return to normal operation after Electrical Panel "Improper Power Systems and Attempted Hotwiring" | 1 | 5,600.00 |
| 09/29/2020 | Bilge Pump Replacement | Bilge Pump Replacemnet 24V 4000GPH RULE | 3 | 1,098.00 |
| 09/29/2020 | Fire Supression Repairs | Fire Supression Systems control repairs and bring back to condition prior to bank Posession. Estimated, System is empty and has been discharged most likely due to no maintenance. Must be repaired to operate ventilation systems. | 1 | 8,000.00 |
| 09/29/2020 | Fire Alarm System | Fire Alarm Systems repairs to bring back to compliance and to operate electrical systems per original manufacturers spec..   Estimated. | 1 | 5,000.00 |
| 09/29/2020 | APC UPS Power Systems for Ships Computer's 24V | APC UPS Systems for Ships Computer Bring back to condition as it was prior to Bank Posession | 2 | 3,000.00 |
| 09/29/2020 | DC to DC Converter for FlyBridge 12V Systems | 24V to 12V DC to DC Converter, balanced clean power for 12V Bridge systems | 1 | 800.00 |
| 09/29/2020 | Bonding Systems Repairs | Repairs to Bonding systems due to  Battery Compartment Flooding return to manufacturers spec. | 1 | 1,350.00 |
| 09/29/2020 | Hull Cleaning and Painting | Hull Cleaning and Painting where affected Battery Boxes were flooded due to leaving engine room door and hatch open over electrical panel<br><br>HAZMAT CLEAN UP BATTERY ACID | 1 | 6,600.00 |
| 09/29/2020 | Electrical Engineering Technical Labor | Electrical systems labor, removal of old systems and componets, install new contactors, motorised switchgear and fuses, terminal blocks, return all systems to Original Condition prior to Bank Posession<br>Per Manufacturers specification.<br><br>3 MEN- Hejnicki, Fuller, Perry | 394 | 33,490.00 |
| 09/29/2020 | Flights | Flights Boston, Hejicki, Fuller, Cheek, Bray | 4 | 1,800.00 |
| 09/29/2020 | Freight and Shipping | Cumulative Shipping Estimate for Freight, Customs, UPS, DHL and YRC Freight Shipping | 1 | 3,800.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| 09/29/2020 | **Appliance Budget** | Replacement Budget for Associated electrically damaged appliances, Refridgerator, Drawer Freezer's, Trash Compactor, Dishwasher | 1 | 14,800.00 |
| 09/29/2020 | **Diver for Hull Clean Up** | Clean Hull, Barnicles on Propeller's, Rudder, Intake Skupper and pick up fittings and strainer baskets | 1 | 2,500.00 |
| 09/29/2020 | **Diver to replace all Zinc's** | Diver to replace all consumable zinc anodes back to condition prior to bank posession. | 1 | 860.00 |

TOTAL                                    $173,193.91

Accepted By                              Accepted Date

| VENDOR NAME | DATE | SERVICES PERFORMED | SYSTEM PERTAINING TO | COST OF SERVICE | | INVOICE # |
|---|---|---|---|---|---|---|
| DR ZINC DIVING | 5/10/18 | Propeller Removal/Installed Spares according to Dr Zinc Diving Invoice | Propulsion | $4,000.00 | Where are Spare Propellers?? | 29217 |
| DR ZINC DIVING | 5/11/18 | Propeller Reconditioning | Propulsion | $7,707.20 | Props Shipped to Shipyard on 5/11?? Shows in yard in Newport on 5/16?? | 33035 |
| Newport Shipyard | 5/16/18 | Battery Charger Replaced/Dry Dock Boat/Remove Props for Service | BATTERY CHARGER/PROPS SERVICE/ON Dry Dock | $13,520.34 | Shows Battery Charger was installed on 5/16/2018-Battery Failure on 10/9/2018 | 993407 |
| Captian John Wampler | 8/1/18 | Captianed the vessel from Newport RI shipyard to Charlestown Marina | Baatteries and overall condition of bilge were normal | | | |
| BANK POSESSION | 8/29/18 | Bank Posession | Ship Moved to Quincy Massachuusets | | | |
| September Rain #1 Boston | 9/10/18 | 2.5" Rain, 22mph gust rain and windo out of the South East | BOAT BOW POINTS TOWARDS NORTH slightly NE, 1st Flood | | | |
| September Rain #2 Boston | 9/19/18 | 1" Rain, 35MPH Gust ouf of South East | Second Time Flooding from hatch over electrical panel!!! | | | |
| Safe Harbor Marina Quincy | 9/21/18 | Removed Batteries/Battery Boxes Flooded | Andrew from Safe Harbor Marina Quincy confirmed w/svc tech | | | |
| Accurate Marine Service | 10/9/18 | NO POWER BATTERIES DEAD TERMINALS BURNED/CORODED/NO CHARGINGBATT | Technician said no power to battery charger, battery will die! | $7,019.12 | SEEINVOICE #6931. Indicates water in bilges, no power on most of boat | 6931 |
| BANK RETURNED` | 10/30/18 | Bank Returned Posession | | | | |
| Sea Tow Boston | 5/3/19 | Had to Tow Boat back to Charlestown Marina | All Systems not functioning | | | |
| Lippencott Marine Electrical | 6/5/19 | Went to boat to troubleshoot issue with Atlas System. Faulty Output Meter | Atlas System | $385.00 | Charged for this on 6/11 as well See Invoice | 992 |
| Lippencott Marine Electrical | 6/11/19 | Troubleshooting electrical power/phone with Atlas | Atlas and Shore Power Systems | $550 | | 998 |
| Lippencott Marine Electrical | 6/11/19 | Output Monitor on Atlas control found to be faulty | Atlas and Shore Power Systems | | | 998 |
| Lippencott Marine Electrical | 6/11/19 | Temporairly Connect Battery Charger to Boat | Atlas and Shore Power Systems and Charging Systems | $110.00 | Note, this is upon return from bank taking posession | 998 |
| Lippencott Marine Electrical | 6/11/19 | Purchased 2/4 SJO Cord | Shore Power and Atlas Systems | $460.00 | Per conversation with Eric, this cord was temporairly installed to power A buss | 998 |
| Lippencott Marine Electrical | 6/11/19 | Went to Boat and connected hydraulic pump to work on temp power | Hydraulic systems for Davit, Garage Door, Etc. | $440.00 | Double check power feeding Hydraulic Pump of Buss A?? | 998 |
| Lippencott Marine Electrical | 6/26/19 | Met with Carlos from Atlas. Advice from Carlos on how to fix it later | Atlas System | $685.00 | Parking was $25 of this invoice FYI | 1008 |
| Brian Afiero Marine | 7/13/19 | Report to Beej of inspection trying to get systems up and running | Atlas System, Air Conditioning, Coolant Loop Valves etc. | | Report states that he looked at all air conditioning systems found problems etc. | |
| Brian Afiero Marine | 7/17/19 | Beej connects Brian to Atlas contacts Carlos and Victor to set up meeting with Atlas tech's | | | | |
| Brian Afiero Marine | 7/18/19 | Report of findings on Atlas systems, over-temp warnings "RARE" | Battery Systems, AC Systems, Atlas System, Cantalupi System | | Report of findings states that there was a overtemp because of transformers and power in Engine Room showed overtemp on Atlas System. | |
| Brian Afiero Marine | 7/18/19 | Reports of finding manuals and Atlas System Schematics | Atlas System | | | |
| Brian Afiero Marine | 8/2/19 | Aufiero Timeline of systems up and running SEE EMAIL Indicates temporary cord installed by Lippencott also indicates of hotwiring battery charger to keep systems on line from A-Bus to B-Bus+A20 | | | | |
| Brian Afiero Marine | 8/14/19 | Aufiero Timeline of systems up and running SEE EMAIL | | | Power on All systems/repairs being made/steering working/generators working | email |
| Brian Afiero Marine | 8/21/19 | Working on Hot Water System, repaired two leaks/one left to fix under generator's | Hot Water System | | | |
| Brian Afiero Marine | 8/23/19 | Quote for 7-18Kbtu's&2-12Kbtu's/Water Valves | Air Conditioning Systems | $20,050 | Were any of these replaced? | email |
| Brian Afiero Marine | 8/27/19 | Payment to Brian Aufiero Marine Services | Invoice #000037 | $700.00 | 7 hours labor for Hot water systems/see square invoice in documents | email |
| Brian Afiero Marine | 8/27/19 | Payment to Brian Aufiero Marine Services | Invoice #000034 | $1,100.00 | Labor for Systems testing, see email, this refers to the Atlas System | Email |
| BANK POSESSION | 12/1/19 | Bank Posession | | | | |
| Travis and Seth Work on Elect | 2/23/20 | Under Bank's Posession Travis works on Yacht and Seth comes out to turn power on | | | Seth showed up with no tools and spent 5 minutes turning power on. | |
| BANK RETURNED` | 6/15/20 | Bank Returned Posession | | | NO POWER, Half of Boat works, A Buss inoperative/Engine Batteries disconnected | |

**From:**      Chad Fuller <chadly48854@yahoo.com>
**Sent:**      Monday, October 5, 2020 2:28 PM
**To:**        Beej Das
**Subject:**   Troca Electrical Study Invoice.
**Attachments:**  Troca Inspection.pdf

Heres the invoice.

How does it look.

We had over 190 hours into this.   If you can use that on the back end to bill out let me know ill work on hourly rate.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

Attachment: Troca Inspection.pdf



# BLACK WIDOW BOAT WORKS

| | |
|---|---|
| **Invoice Num** | 245 |
| **Date** | Oct 5, 2020 |
| **Due Date** | Oct 5, 2020 |
| **Terms** | 0 days |

1720 MAIN STREET NE #5
PALM BAY FLORIDA 32905
(213) 444-9746

CHAD FULLER
(213) 444-9746
chadly48854@yahoo.com

**Bill To**

Troca
733 Turnpike St.
Suite 226
North Andover, MA 01845

| DESCRIPTION | RATE | DISCOUNT | AMOUNT |
|---|---|---|---|
| Troca One initial inspection and survey of damages. Report of findings and opinion of path of damages to current condition.   Estimate of repairs to return vessel to original condition prior to 1st Bank Repossession. | $3,500.00 | $0.00 | $3,500.00 |
| * Labor | $110.00 | $21,340.00 | $0.00 |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $3,500.00 |
| Tax (0%) | $0.00 |
| Total | $3,500.00 |
| Paid | $0.00 |

## BALANCE DUE $3,500.00

## PAYMENT INFO

**Bank transfer**
Bank Name: SunTrust
Beneficiary Name: Black Widow
Account Number: XXXXXXXXXX
063102152 Routing Number

Exhibit E
Page 8

| | |
|---|---|
| **From:** | James Fuller <chadly48854@yahoo.com> |
| **Sent:** | Sunday, October 25, 2020 11:39 PM |
| **To:** | Abhijit "Beej" Das |
| **Subject:** | Bank Estimate for damages and Motor Estimate for parts/labor/freight/shipping |
| **Attachments:** | TrocaOne1.pdf; MTU16V2000M90 Rebuild.pdf |

Here is the Bank Estimate and the Engine Estimate.

Parts need to be ordered by Tuesday or we will not have them for Nov 2.    Let me know what you are thinking.

Thanks.

Chad.

# Chad Fuller

Production Manager
Snoop Dogg/BLE COMPOUND

Chadly48854@yahoo.com
517-230-3405

SnoopDOGG.com

Attachment Documental-31.pdf

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com

# Estimate

| ADDRESS | | | |
|---|---|---|---|
| Troca One | | **ESTIMATE #** | 12614 |
| 733 Turnpike Street | | **DATE** | 10/01/2020 |
| Suite 226 | | **EXPIRATION DATE** | 10/31/2020 |
| North Andover, MA 01845 | | | |
| Eric Kfoury-978-758-9595 | | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 09/29/2020 | **Main Switchgear Systems** | Schneider Breaker/Contactors and Motors. Main Switchgear Contactors and drive motors with auxillary contacts per manufacturers spec's. | 4 | 14,800.00 |
| 09/29/2020 | **Buss Fuses** | Replace all 600V fuses in switchgear per manufatrurer specification. | 1 | 1,200.00 |
| 09/29/2020 | **Buss Fuses** | Replace all GMA 5mm x 20mm fuses in Wiedmuller fuse holders per manufacturer spec.. | 1 | 1,800.00 |
| 09/29/2020 | **Finder Relays** | Finder Relay's (55.34..8.240.0040) in control board per manufacturer spec | 1 | 1,644.00 |
| 09/29/2020 | **Finder Relays Sockets** | Finder Relay Sockets per manufacturer's spec. 94.04-Finder, Din-Rail/Panel Mount Screw Terminal<br>Per Manufacturer Spec | 1 | 700.00 |
| 09/29/2020 | **Control Panel Lightbulbs** | Control Panel Light Bulbs, LED Replacement Per Manufacturer Spec | 1 | 387.00 |
| 09/29/2020 | **Selector Switches and Contacts** | Schneider Electronic Contact Block ZBE and Contacts NO/NC pairs x 3 Per Manufacturer Spec | 3 | 870.00 |
| 09/29/2020 | **Schneider Breakers** | Merlin Gerin<br> C60A/C10-3P, C60H/D25A-3P, C60H/D25A-3P, C60L/MA15-3P, C60A/C16-3P, C60A/C10-3P, C60A/C10-3P, C60A/C16-3P, C120H/C80-3P, C60A/C20-4P, C60A/C25-4P, | 19 | 5,484.35 |



Exhibit E
Page 10

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| | | C60A/C25-4P, C60A/C20 2P, DPNA/C6SP-SP , DPNA/C16 SP, DPNA/C16 SP, DPNA/C6-SP,  DPNA/C16 SP X 2<br>Per Manufacturer Spec | | |
| 09/29/2020 | Schneider Breakers | Merlin Gerin<br> C60N/C50-4P, C60A/C10-3P, C60H/D25-3P, C60A/C20-3P, C60A/C20-3P (Temp Hydraulic unit Seth hooked up, originally from Buss A), C60A/C16-3p, C60A/C20-2P C60A/C10-2P, C120N/D80-4P, C60A/C32-4P, C60N/C25-4P, C60A/C20-4P, DPNA/C10-SP, DPNA/C10-SP, DPNA/C16-SP, DPNA C10-SP, DPN VIGI/C16-2P<br>Per Manufacturer Spec | 17 | 4,907.05 |
| 09/29/2020 | Schneider Breakers | `Merlin Gerin -<br> C120N/C80-SP, C120N/C80-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C32-SP, C60A/C16-SP, C60A/C20-SP, C60A/C20-SP, C60A/C20-SP, C60A/C20-SP, C60A/C16-SP, C60A/C25-SP, C60A/C10-SP, C60A/C16-SP, C60A/C10-SP, C60A/C25-SP, C60A/C16-SP, C60N/C63/MX+OF-2P Per Manufacturer Spec | 24 | 5,040.00 |
| 09/29/2020 | 24V Ceramic Fuses | 5 Total Ceramic Fuses Per Manufacture Spec on the 24 Volt Buss/Bridging system | 1 | 400.00 |
| 09/29/2020 | Schneider Motor Starters | GV2ME10, 16, 32, 14 | 24 | 3,000.00 |
| 09/29/2020 | Glendinning Repairs | New Glendinning CM-8 Cable Reel and Fiberglass repairs | 1 | 4,000.00 |
| 09/29/2020 | Main Buss A Circut Breaker | Schneider Breaker 4 Pole C120/C80N | 1 | 390.00 |
| 09/29/2020 | Engine A Batteries | Engine A Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 2 | 578.00 |
| 09/29/2020 | Engine B Batteries | Engine B Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 2 | 578.00 |
| 09/29/2020 | House Batteries | House Deep Cycle 2 Volt 1580 Mahr Sealed Cell Marine Battery per manufacturer spec | 12 | 10,188.00 |
| 09/29/2020 | Generator Batteries | Generator A/B Optima Spiral Core Red Top Sealed 34/78-980 Per Manufacturer Specification | 4 | 1,156.00 |
| 09/29/2020 | Battery Wiring and Jumpers | Battery Jumpers, Terminals, Heat Shrink, to bring back to Manufactures Specification | 1 | 860.00 |
| 09/29/2020 | Telemechanique Contactor | Telemechanique Current Sensing Contactor LC1F185 Merlin Gerin Requires 3 Per Manufacturer Spec | 3 | 9,273.51 |
| 09/29/2020 | Wiedmuller Fuse Holder Din Rail | Wiedmuller Fuse Holder GMA 5mm x 20mm fuses for control process wiring redundant systems and Atlas system. | 1 | 200.00 |
| 09/29/2020 | Bussmann Fuse Holder 4 Gang | Bussmann Fuse Holder 600V per Factory Spec Manufacturers specifications. | 1 | 30.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 09/29/2020 | 16Gauge MTW Control Wire | 16 Gauge MTW Control wiring, Assorted Colors, Black, Red, Grey, Yellow/Green, White | 1 | 400.00 |
| 09/29/2020 | Wire Marking Systems and Heat Shrink | Misc Wire Marking Systems to manufacturer spec and heat shrink | 1 | 850.00 |
| 09/29/2020 | Termination Crimps Color Coded | Termination Crimps, Color Coded per manufacture specifications | 1 | 500.00 |
| 09/29/2020 | Output Meter Atlas System | Output Meter Atlas System | 1 | 580.00 |
| 09/29/2020 | Onan Marine Genset A | Onan Marine Genset A Service Major/ Windings testing and Megger | 1 | 7,500.00 |
| 09/29/2020 | Onan Marine Genset B | Onan Marine Genset A Service Major/ Windings testing and Megger | 1 | 7,500.00 |
| 09/29/2020 | Onan Marine Genset A | Genset Repairs to return to normal operation after Electrical Panel "Improper Power Systems and Attempted Hotwiring" | 1 | 5,600.00 |
| 09/29/2020 | Bilge Pump Replacement | Bilge Pump Replacemnet 24V 4000GPH RULE | 3 | 1,098.00 |
| 09/29/2020 | Fire Supression Repairs | Fire Supression Systems control repairs and bring back to condition prior to bank Posession. Estimated, System is empty and has been discharged most likely due to no maintenance. Must be repaired to operate ventilation systems. | 1 | 8,000.00 |
| 09/29/2020 | Fire Alarm System | Fire Alarm Systems repairs to bring back to compliance and to operate electrical systems per original manufacturers spec..   Estimated. | 1 | 5,000.00 |
| 09/29/2020 | APC UPS Power Systems for Ships Computer's 24V | APC UPS Systems for Ships Computer Bring back to condition as it was prior to Bank Posession | 2 | 3,000.00 |
| 09/29/2020 | DC to DC Converter for FlyBridge 12V Systems | 24V to 12V DC to DC Converter, balanced clean power for 12V Bridge systems | 1 | 800.00 |
| 09/29/2020 | Bonding Systems Repairs | Repairs to Bonding systems due to  Battery Compartment Flooding return to manufacturers spec. | 1 | 1,350.00 |
| 09/29/2020 | Hull Cleaning and Painting | Hull Cleaning and Painting where affected Battery Boxes were flooded due to leaving engine room door and hatch open over electrical panel<br><br>HAZMAT CLEAN UP BATTERY ACID | 1 | 6,600.00 |
| 09/29/2020 | Electrical Engineering Technical Labor | Electrical systems labor, removal of old systems and componets, install new contactors, motorised switchgear and fuses, terminal blocks, return all systems to Original Condition prior to Bank Posession Per Manufacturers specification.<br><br>3 MEN- Hejnicki, Fuller, Perry | 394 | 33,490.00 |
| 09/29/2020 | Flights | Flights Boston, Hejicki, Fuller, Cheek, Bray | 4 | 1,800.00 |
| 09/29/2020 | Freight and Shipping | Cumulative Shipping Estimate for Freight, | 1 | 3,800.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 09/29/2020 | Appliance Budget | Customs, UPS, DHL and YRC Freight Shipping Replacement Budget for Associated electrically damaged appliances, Refridgerator, Drawer Freezer's, Trash Compactor, Dishwasher | 1 | 14,800.00 |
| 09/29/2020 | Diver for Hull Clean Up | Clean Hull, Barnicles on Propeller's, Rudder, Intake Skupper and pick up fittings and strainer baskets | 1 | 2,500.00 |
| 09/29/2020 | Diver to replace all Zinc's | Diver to replace all consumable zinc anodes back to condition prior to bank posession. | 1 | 860.00 |
| 10/09/2020 | Flights | Flights for 1st 10 day trip to Troca One restoration project | 3 | 1,350.00 |
| 10/24/2020 | Marine Air 16,000 Kit/Control/Tstat/Valve | Marine air conditioning reverse cycle heating systems 24000 Btu 230V AC Yacht 50/60hz International model.   With Soleniod for loop coolant and control system with new digital networked thermostat. | 22 | 69,225.86 |
| 10/24/2020 | Electrical Engineering Technical Labor | Labor to install and repair loop system | 1 | 15,000.00 |
| 10/24/2020 | MATERIALS for AC Loop Repairs | Valves, Clamps, 1.5" hose 200' approx, 1 1/2" Valves, Stainless, Clamps, Glycol, MIP Adaptors, Flow Switch and Indicator Light. Lines froze during reposession control. | 1 | 7,483.65 |
| 10/24/2020 | Pump, Coolant Loop | Coolant Loop Scot Pump 1.5" Bronze with Bronze Impeller, chemical resistant ceramic shaft seal, existing leaking and frozen/cracked | 2 | 3,596.64 |
| 10/24/2020 | Pump, Coolant Loop | Sea Water Pump and Back Up Pump-existing froze and cracked leaking in bilge | 2 | 2,252.86 |
| 10/24/2020 | LUMUTEC Thru Hull Light | Lumitec RGBW Underwater Light, Existing Froze and cracked | 8 | 13,592.00 |
| 11/02/2020 | Flights | Flights for Repair Crew on Troca One November 2 | 6 | 2,700.00 |

TOTAL                                              **$288,714.92**

Accepted By                                    Accepted Date

Exhibit E
Page 13

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



# Estimate

| ADDRESS | | | ESTIMATE # | 12615 |
|---|---|---|---|---|
| Troca One | | | DATE | 10/25/2020 |
| | | | EXPIRATION DATE | 10/30/2020 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 10/25/2020 | MTU 16V2000M90 | Piston | 16 | 10,323.84 |
| 10/25/2020 | MTU 16V2000M90 | Liner | 16 | 9,728.00 |
| 10/25/2020 | MTU 16V2000M90 | 5360110359 SEAL RING | 16 | 610.56 |
| 10/25/2020 | MTU 16V2000M90 | 0229974948 RING | 32 | 693.12 |
| 10/25/2020 | MTU 16V2000M90 | 5410160920 HEAD GASKET | 16 | 1,742.40 |
| 10/25/2020 | MTU 16V2000M90 | 5310160021 VALVE COVER GASKET | 16 | 170.72 |
| 10/25/2020 | MTU 16V2000M90 | 5410160421 V/C GASK | 16 | 186.56 |
| 10/25/2020 | MTU 16V2000M90 | 0120371418 53103701 | 16 | 724.00 |
| 10/25/2020 | MTU 16V2000M90 | 0080379219 RING M | 16 | 564.00 |
| 10/25/2020 | MTU 16V2000M90 | 0090373419 PISTON RING | 16 | 1,347.84 |
| 10/25/2020 | MTU 16V2000M90 | 700429065002 SEAL | 16 | 52.00 |
| 10/25/2020 | MTU 16V2000M90 | 700429115001 SEAL | 16 | 152.00 |
| 10/25/2020 | MTU 16V2000M90 | 5410530226 LOCK | 64 | 92.16 |
| 10/25/2020 | MTU 16V2000M90 | 3669900240 WASHER, VALVE SPRING | 64 | 78.08 |
| 10/25/2020 | MTU | 0000533558 | 64 | 273.92 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| | 16V2000M90 | SEAL | | |
| 10/25/2020 | MTU 16V2000M90 | 915011002102 BOLT, LINE | 32 | 158.72 |
| 10/25/2020 | MTU 16V2000M90 | 700429036001 O -RING | 16 | 57.92 |
| 10/25/2020 | MTU 16V2000M90 | 915011002102Bolt Banjo A 2/3 | 32 | 152.32 |
| 10/25/2020 | MTU 16V2000M90 | 700429090005O-Ring | 16 | 824.80 |
| 10/25/2020 | MTU 16V2000M90 | 9150470004100Bolt Banjo A 4/5 | 16 | 671.04 |
| 10/25/2020 | MTU 16V2000M90 | (A)5410530126 new (A)5410530226Valve Keep | 64 | 1,792.00 |
| 10/25/2020 | MTU 16V2000M90 | Cylinder Shims | 32 | 223.36 |
| 10/25/2020 | MTU 16V2000M90 | Oil Pan Gasket Set | 2 | 688.50 |
| 10/25/2020 | MTU 16V2000M90 | Oil Pan Collection Box Gasket Ste | 2 | 824.00 |
| 10/25/2020 | MTU 16V2000M90 | Oil Filters | 2 | 451.30 |
| 10/25/2020 | MTU 16V2000M90 | Fuel Filters | 4 | 267.44 |
| 10/25/2020 | MTU 16V2000M90 | Oil Drum 15W40 Shell Rotella Full Synthetic | 1 | 1,585.45 |
| 10/25/2020 | Freight and Shipping | Estimated Shipping and Freight | 1 | 3,200.00 |
| 10/25/2020 | LABOR | Labor Re-Assembly of MTU16V2000M90 and all associated replacement parts | 200 | 13,000.00 |

TOTAL                    $50,636.05

Accepted By                              Accepted Date

| | |
|---|---|
| **From:** | Abhijit "Beej" Das <adas@trocaglobal.com> |
| **Sent:** | Friday, October 30, 2020 3:16 PM |
| **To:** | Chad Fuller |
| **Subject:** | Re: Project Timeline and budget outlay. |
| **Attachments:** | Reconciliation - Black Widow.pdf |

Hey Chad

Please see the attached reconciliation sheet. We're missing invoices for approximately $15k of expenses. We really need to stay on top of these -- can you send over what you have so far. Invoices and totals, so I can advance more funds? I have to patch together all the various companies and investors providing financing, so really need this.

Thanks
Beej

---

**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

**Type: All transactions; Black Widow Boat Works**

| Date | Type | No. | Payee | Category | Memo | Bill | Payments |
|---|---|---|---|---|---|---|---|
| 10/29/2020 | Payment | 10544916470 | Black Widow Boat Works | | Zelle | | 4,650.00 |
| 10/29/2020 | Bill | | Black Widow Boat Works | | Uma Rita Captain + Inspect | 4,650.00 | |
| | | | | | | | |
| 10/22/2020 | Bill | | Black Widow Boat Works | Airfaire | | 7,334.48 | |
| 10/21/2020 | Expense | | Black Widow Boat Works | Accounts Payable (A/P) | | | 5,000.00 |
| 10/08/2020 | Expense | | Black Widow Boat Works | Accounts Payable (A/P) | | | 10,000.00 |
| 10/07/2020 | Expense | | Black Widow Boat Works | Accounts Payable (A/P) | | | 8,000.00 |
| | | | | | | $  11,984.48 | $  27,650.00 |
| | | | Missing receipts | | | $  15,665.52 | |

Exhibit E

Page 17

**From:**       Chad Fuller <chadly48854@yahoo.com>
**Sent:**       Friday, October 30, 2020 3:51 PM
**To:**         Abhijit "Beej" Das
**Subject:**    Re: Project Timeline and budget outlay.
**Attachments:**   Troca One October Trip 10 Days.pdf


Heres a numbers at a glance.    Till we discuss our rates for labor I used $500 a day for Tom and I.    Andrew is $125 a day and also Credit Cards cost me 3.5% so $15,000 is actually like $14,475.

Lets discuss when you have time.    But this should get you out of hot water for your book keeping.

Thanks.

C


Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

Attachment: Troca One October Trip 10 Days.pdf



# BLACK WIDOW BOAT WORKS

| | |
|---|---|
| **Invoice Num** | 246 |
| **Date** | Oct 30, 2020 |
| **Due Date** | Nov 6, 2020 |
| **Terms** | 7 days |

1720 MAIN STREET NE #5
PALM BAY FLORIDA 32905
(213) 444-9746

CHAD FULLER
(213) 444-9746
chadly48854@yahoo.com

| | |
|---|---|
| **Bill To** | Beej Das "TROCA ONE" |

| DESCRIPTION | RATE | DISCOUNT | AMOUNT |
|---|---|---|---|
| * Labor Tom | $500.00 | $0.00 | $5,000.00 |
| * Labor Chad | $500.00 | $0.00 | $5,000.00 |
| Labor Andrew 10 DAY | $125.00 | $0.00 | $1,250.00 |
| Electrical Contactors and parts, fuses, breakers, misc plumbing parts for Troca One Triage. Have all receipts. | $9,746.36 | $0.00 | $9,746.36 |
| Rental Car | $595.00 | $0.00 | $595.00 |
| * Flights Tom, Chad, Andrew | $390.20 | $0.00 | $1,170.60 |
| Provisions 10 days meals, groceries, water and tea for Troca One. | $960.47 | $0.00 | $960.47 |

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $23,722.43 |
| Tax (7%) | $878.63 |
| Total | $24,601.06 |
| Paid | $0.00 |

## PAYMENT INFO

**Bank transfer**
Bank Name: SunTrust
Beneficiary Name: Black Widow
Account Number: XXXXXXXXXX
063102152 Routing Number

**BALANCE DUE** $24,601.06

| | |
|---|---|
| **From:** | Abhijit "Beej" Das <adas@trocaglobal.com> |
| **Sent:** | Friday, October 30, 2020 4:42 PM |
| **To:** | Chad Fuller |
| **Subject:** | Re: Project Timeline and budget outlay. |

Hey Chad

Let's not use the credit card transfer method -- I don't like wasting 3.5% in fees for what are essentially internal transfers. Not a wise way to use resources. Let's think about you refunding those cards so we can just wire you money. That will get the fees out of the equation.

As for labor, let's keep track of all labor but the funds being advanced are primarily for parts and expenses. Your labor proposal is reasonable. We do need to discuss the sweat equity - what the total equity component will be in exchange for your labor. As I mentioned, we are interested in working together if there is a significant amount of skin in the game from the Black Widow team.

I will add the parts and travel numbers in. Can you bring receipts so the accounts teams can get it all in. Did you produce an invoice for the initial evaluation for the bank?

Beej


---


**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

**From:**          Chad Fuller <chadly48854@yahoo.com>
**Sent:**          Friday, October 30, 2020 5:14 PM
**To:**            Abhijit "Beej" Das
**Subject:**       Re: Project Timeline and budget outlay.


I have everything to bring with me.

How ever you want to figure it out.   We can discuss labor/sweat equity while were all there.

I would love to get the ball rolling on it so the sooner it can go to Florida it can shove off.    Don't forget the $5K for the engine parts from Tony.   Have to have them asap.

Thanks.

C.




Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

| | |
|---|---|
| **From:** | Chad Fuller <chadly48854@yahoo.com> |
| **Sent:** | Wednesday, November 11, 2020 3:46 PM |
| **To:** | Beej Das; Abhijit "Beej" Das |
| **Subject:** | Troca One |
| **Attachments:** | TrocaOne_ProjectTracking.xlsx |

Heres the spreadsheet all laid out tab by tab.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com



## Troca One

Black Widow Boatworks

James Chad Fuller

Thomas L. Hejnicki

Project Start Date: 10/9/2020

Scrolling Increment: 15

Milestone Marker: 1

| Milestone Description | Assigned To | Funds Needed | Funds Received | Funding Received | Start | No. Days |
|---|---|---|---|---|---|---|
| **Travel Readiness** | | | | | | |
| Electrical Systems | TLH | $41,653.56 | $10,000.00 | 24% | 4/2/2021 | 45 |
| Engine Service | JCF | $55,247.43 | $0.00 | 0% | 4/26/2021 | 14 |
| Generator Service | JCF | $22,550.00 | $0.00 | 0% | 11/2/2020 | 10 |
| Fire Supression | JCF | $9,600.00 | $0.00 | 0% | 11/2/2020 | 3 |
| Air Conditioning | JCF | $36,533.56 | $0.00 | 0% | 11/2/2020 | 5 |
| Fuel Systems | TLH | $5,708.92 | $0.00 | 0% | 11/2/2020 | 5 |
| Preliminary Dive | JCF | $2,750.00 | $0.00 | 0% | 11/2/2020 | 1 |
| Nav Systems | TLH | $7,370.00 | $0.00 | 0% | 11/2/2020 | 5 |
| Communications | TLH | $7,370.00 | $0.00 | 0% | 11/2/2020 | 5 |
| General Maint. | JCF | $5,000.00 | $5,000.00 | 100% | 10/9/2020 | 45 |
| Module Subtotal | | $193,783.47 | $15,000.00 | | | |
| **Prep for Travel** | | | | | | |
| Captain Inspection | TLH | $2,500.00 | $0.00 | 0% | 11/28/2020 | 3 |
| Fuel Purchase | JCF | $5,000.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Provisions Stock | JCF | $1,500.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Contingency | TLH | $5,000.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Florida Dockspace (first mo.) | JCF | $2,000.00 | $0.00 | 0% | 12/1/2020 | 1 |
| Crew Travel | JCF | $5,000.00 | $0.00 | 0% | 6/5/2021 | 1 |
| Module Subtotal | | $21,000.00 | $0.00 | | | |
| **Voyage to Florida** | | | | | | |
| Fuel Purchase | JCF | $22,500.00 | $0.00 | 0% | 12/10/2020 | 6 |
| Crew Wages | TLH | $19,000.00 | $0.00 | 0% | 12/11/2020 | 7 |
| Hull Service | JCF | $13,300.00 | $0.00 | 0% | 12/12/2020 | 1 |
| Florida Dockspace (ongoing) | JCF | $16,500.00 | $0.00 | 0% | 12/18/2020 | 1 |
| Contingency | TLH | $10,000.00 | $0.00 | 0% | 12/10/2020 | 1 |
| Module Subtotal | | $81,300.00 | $0.00 | | | |
| **Project Total** | | $296,083.47 | $15,000.00 | 5% | | |

**From:**        Abhijit "Beej" Das <adas@trocaglobal.com>
**Sent:**        Thursday, November 12, 2020 11:45 AM
**To:**          Chad Fuller
**Subject:**     Re: Troca One

Hey Chad:

This does not have a breakdown of items by when they need to be ordered. For example, "air conditioning" is $36k but does not show when that amount needs to be deployed. I'm sure you have some internal triage worked out that says the first dollar in go to x project, the next dollars in go to y project, etc. That's what I'm looking for. While I trust you and Tom implicitly, getting visibility on what is needed on a weekly basis will be critical as I go and raise the funds from my sources, if needed.

This table really only references a data tab that is a number which was manually input from some other spreadsheet. Perhaps I'm reading it wrong -- but would appreciate a primer, if so.

Regards
Beej


---


**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

| | |
|---|---|
| **From:** | Chad Fuller <chadly48854@yahoo.com> |
| **Sent:** | Thursday, November 12, 2020 1:19 PM |
| **To:** | Abhijit "Beej" Das |
| **Subject:** | Re: Troca One |

If you look at page 2 it has parts, labor and shipping.    I have another spreadsheet with needed by dates which is now off because were past those dates now.    But it will give you a general idea.    All parts are COD no one is giving on terms anymore.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

| | |
|---|---|
| **From:** | Abhijit "Beej" Das <adas@trocaglobal.com> |
| **Sent:** | Thursday, November 12, 2020 1:42 PM |
| **To:** | Chad Fuller |
| **Subject:** | Re: Troca One |

You will have to walk me through this, Chad. I don't see what I need -- so let's discuss. I am at the office. We can do a zoom call or meet in person. Your choice.

---

**Abhijit "Beej" Das**
ATTORNEY AT LAW
*Managing Director*

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

**trocaglobal.com**

Email: adas@trocaglobal.com
Direct: +1 617-231-6551
Main: +1 617-231-6550
US Mobile: +1 617-233-5280

| | |
|---|---|
| **From:** | James Fuller <chadly48854@yahoo.com> |
| **Sent:** | Wednesday, December 2, 2020 11:55 AM |
| **To:** | Abhijit "Beej" Das; Tom Hejnicki; Thomas Hejnicki |
| **Cc:** | James Fuller |
| **Subject:** | Troca Invoices and balances. |
| **Attachments:** | Troca One Engine Only.pdf; TrocaOne_ProjectTracking.xlsx; 2020-12-01 trocahotels_invoice Beej Das 1038.pdf; Troca One Invoice 12_01_2020.pdf; Troca One 10_30_2020.pdf |

As promised, here is the balance invoice on the Troca Hotel's move, reflecting the $3000 payment, with a balance of $2650.06 remaining due.

And the updated Troca One invoice for the last trip, reflecting all the expenses, labor, diver's, Zincs, rental car, shipping charges, provisions and meals out.

As predicted and previously mentioned we still need $50,000-$55,000 this week to even remotely continue past this weekend, again, no engine parts are ordered as for it is a prepay requirement from Detroit Diesel.    I will be arriving tomorrow morning around 10:30 AM and we would like to have lunch or dinner before Tom needs to return on Friday.    Time is of the essence here and I cannot bring the crew up until we actually have something for them to do.    We have received the following as credit's towards open invoices pertaining to parts, provisions, labor and associated expenses pertaining to Troca One.


10/08/2020-10,000..00-square
10/21/2020-$5000.00-square
10/29/2020-$4650.00-Zelle
11/02/2020-$4500.00-Zelle
11/09/2020-$2000.00-Zelle
11/10/2020-$5000.00-Zelle
11/12/2020-$10,000-wire
11/13/2020-$12,500-wire

Totaling $53,650.00

With Invoices totaling $76,095.37, not including any offsets pertaining to future discussions (although this includes the most current trip with Tom working on electrical independently of the mechanical crew.)

$24,601.06-10 Day Trip
$51,494.31-14 Day Trip including Tom's current electrical trip

Things still left to complete prior to trip.

Fire Suppression
Engine Rebuild and Cleanup
Full Oil and Coolant, Oil Filters/Fuel Filters Service ($4650.00 cost on this, it's 2 drums off oil, and 2 drums off coolant, some of this cost is on engine estimate)
Full Fuel up of tanks.   $10K in fuel alone.
Provisions for trip $1500 Budget
$20K in Fuel along trip budgeted.

$10K in Crew Labor for trip, Captain, flight etc.


Chris at Marina is asking when Troca One will be departing as for he needs the slip for a winter rental for a 80' house boat….

Can you also please advise on the Troca One Report invoice,  I have sent Eric several emails and messages pertaining to that invoice to no reply.

We will need another $40,000 estimated as described above.  for a trip to Florida providing that no further engine complications arise after we actually have parts to do the rebuild of Port Engine.

Please let me know if you have any questions and look forward to getting together ASAP to discuss future of Troca One.

Thanks.

Chad

## Chad Fuller

Production Manager
Snoop Dogg/BLE COMPOUND

Chadly48854@yahoo.com
517-230-3405

SnoopDOGG.com

Attachment: Troca One Engine Only.pdf

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



# Estimate

| ADDRESS | |
|---|---|
| Troca One | |

| | |
|---|---|
| **ESTIMATE #** | 12615 |
| **DATE** | 10/25/2020 |
| **EXPIRATION DATE** | 10/30/2020 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 10/25/2020 | **MTU 16V2000M90** | Piston | 16 | 10,323.84 |
| 10/25/2020 | **MTU 16V2000M90** | Liner | 16 | 2,362.88 |
| 10/25/2020 | **MTU 16V2000M90** | 5360110359 SEAL RING | 16 | 610.56 |
| 10/25/2020 | **MTU 16V2000M90** | 0229974948 RING | 32 | 693.12 |
| 10/25/2020 | **MTU 16V2000M90** | 5410160920 HEAD GASKET | 16 | 1,742.40 |
| 10/25/2020 | **MTU 16V2000M90** | 5310160021 VALVE COVER GASKET | 16 | 170.72 |
| 10/25/2020 | **MTU 16V2000M90** | 5410160421 V/C GASK | 16 | 186.56 |
| 10/25/2020 | **MTU 16V2000M90** | 0120371418 53103701 | 16 | 724.00 |
| 10/25/2020 | **MTU 16V2000M90** | 0080379219 RING M | 16 | 564.00 |
| 10/25/2020 | **MTU 16V2000M90** | 0090373419 PISTON RING | 16 | 1,347.84 |
| 10/25/2020 | **MTU 16V2000M90** | 700429065002 SEAL | 16 | 52.00 |
| 10/25/2020 | **MTU 16V2000M90** | 700429115001 SEAL | 16 | 152.00 |
| 10/25/2020 | **MTU 16V2000M90** | 5410530226 LOCK | 64 | 92.16 |
| 10/25/2020 | **MTU 16V2000M90** | 3669900240 WASHER, VALVE SPRING | 64 | 78.08 |
| 10/25/2020 | **MTU** | 0000533558 | 64 | 273.92 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| | 16V2000M90 | SEAL | | |
| 10/25/2020 | MTU 16V2000M90 | 915011002102 BOLT, LINE | 32 | 158.72 |
| 10/25/2020 | MTU 16V2000M90 | 700429036001 O -RING | 16 | 57.92 |
| 10/25/2020 | MTU 16V2000M90 | 915011002102Bolt Banjo A 2/3 | 32 | 152.32 |
| 10/25/2020 | MTU 16V2000M90 | 700429090005O-Ring | 16 | 824.80 |
| 10/25/2020 | MTU 16V2000M90 | 9150470004100Bolt Banjo A 4/5 | 16 | 671.04 |
| 10/25/2020 | MTU 16V2000M90 | (A)5410530126 new (A)5410530226Valve Keep | 64 | 1,792.00 |
| 10/25/2020 | MTU 16V2000M90 | Cylinder Shims | 32 | 223.36 |
| 10/25/2020 | MTU 16V2000M90 | Oil Pan Gasket Set | 2 | 688.50 |
| 10/25/2020 | MTU 16V2000M90 | Oil Pan Collection Box Gasket Ste | 2 | 824.00 |
| 10/25/2020 | MTU 16V2000M90 | Oil Filters | 2 | 451.30 |
| 10/25/2020 | MTU 16V2000M90 | Fuel Filters | 4 | 267.44 |
| 10/25/2020 | MTU 16V2000M90 | Oil Drum 15W40 Shell Rotella Full Synthetic | 1 | 1,585.45 |
| 10/25/2020 | Freight and Shipping | Estimated Shipping and Freight | 1 | 3,200.00 |
| 10/25/2020 | LABOR | Labor Re-Assembly of MTU16V2000M90 and all associated replacement parts | 200 | 13,000.00 |

TOTAL                                $43,270.93

Accepted By                          Accepted Date

Attachment_TrocaOne_Project_Tracking.xlsx



## Troca One

Black Widow Boatworks

James Chad Fuller

Thomas L. Hejnicki

| | | Project Start Date: | 10/9/2020 |
| | | Scrolling Increment: | 15 |
| | | Milestone Marker: | 1 |

| Milestone Description | Assigned To | Funds Needed | Funds Received | Funding Received | Start | No. Days |
|---|---|---|---|---|---|---|
| **Travel Readiness** | | | | | | |
| Electrical Systems | TLH | $41,653.56 | $10,000.00 | 24% | 4/1/2021 | 45 |
| Engine Service | JCF | $55,247.43 | $0.00 | 0% | 4/25/2021 | 14 |
| Generator Service | JCF | $22,550.00 | $0.00 | 0% | 11/2/2020 | 10 |
| Fire Supression | JCF | $9,600.00 | $0.00 | 0% | 11/2/2020 | 3 |
| Air Conditioning | JCF | $36,533.56 | $0.00 | 0% | 11/2/2020 | 5 |
| Fuel Systems | TLH | $5,708.92 | $0.00 | 0% | 11/2/2020 | 5 |
| Preliminary Dive | JCF | $2,750.00 | $0.00 | 0% | 11/2/2020 | 1 |
| Nav Systems | TLH | $7,370.00 | $0.00 | 0% | 11/2/2020 | 5 |
| Communications | TLH | $7,370.00 | $0.00 | 0% | 11/2/2020 | 5 |
| General Maint. | JCF | $5,000.00 | $5,000.00 | 100% | 10/9/2020 | 45 |
| Module Subtotal | | $193,783.47 | $15,000.00 | | | |
| **Prep for Travel** | | | | | | |
| Captain Inspection | TLH | $2,500.00 | $0.00 | 0% | 11/28/2020 | 3 |
| Fuel Purchase | JCF | $5,000.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Provisions Stock | JCF | $1,500.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Contingency | TLH | $5,000.00 | $0.00 | 0% | 11/28/2020 | 1 |
| Florida Dockspace (first mo.) | JCF | $2,000.00 | $0.00 | 0% | 12/1/2020 | 1 |
| Crew Travel | JCF | $5,000.00 | $0.00 | 0% | 6/4/2021 | 1 |
| Module Subtotal | | $21,000.00 | $0.00 | | | |
| **Voyage to Florida** | | | | | | |
| Fuel Purchase | JCF | $22,500.00 | $0.00 | 0% | 12/10/2020 | 6 |
| Crew Wages | TLH | $19,000.00 | $0.00 | 0% | 12/11/2020 | 7 |
| Hull Service | JCF | $13,300.00 | $0.00 | 0% | 12/12/2020 | 1 |
| Florida Dockspace (ongoing) | JCF | $16,500.00 | $0.00 | 0% | 12/18/2020 | 1 |
| Contingency | TLH | $10,000.00 | $0.00 | 0% | 12/10/2020 | 1 |
| Module Subtotal | | $81,300.00 | $0.00 | | | |
| **Project Total** | | $296,083.47 | $15,000.00 | 5% | | |

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com

# INVOICE

| **BILL TO** | | |
|---|---|---|
| Beej Das | **INVOICE #** 1038 | |
| Troca Global | **DATE** 12/01/2020 | |
| | **DUE DATE** 12/01/2020 | |
| | **TERMS** Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 11/13/2020 | **LABOR** | Crew Laborers (3) | 3 | 750.00 |
| 11/13/2020 | **LABOR** | Crew lead Ethan | 1 | 350.00 |
| 11/13/2020 | **RENTAL** | Rental Truck, moving pads and dolly | 1 | 655.60 |
| 11/13/2020 | **RENTAL** | Rental car and gas | 1 | 221.46 |
| 11/13/2020 | **RENTAL** | Fuel, Rental Truck | 1 | 136.55 |
| 11/13/2020 | **LABOR** | Project Management Chad/Tom | 3 | 900.00 |
| 11/14/2020 | **LABOR** | Crew Laborers Day 2 | 4 | 1,000.00 |
| 11/14/2020 | **LABOR** | Crew Lead Carlos 2 | 1 | 350.00 |
| | **RENTAL** | Semi Tractor/53' Trailer, fuel, mileage | 1 | 1,286.45 |

| | |
|---|---|
| PAYMENT | 3,000.00 |
| BALANCE DUE | **$2,650.06** |

**Black Widow Custom's Inc.**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



# INVOICE

| BILL TO | | | | |
|---|---|---|---|---|
| Troca One | | **INVOICE #** 1039 | | |
| | | **DATE** 12/01/2020 | | |
| | | **DUE DATE** 12/01/2020 | | |
| | | **TERMS** Due on receipt | | |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 11/01/2020 | **MATERIALS for AC Loop Repairs** | 1/2" Valves, SS Clamps, 1.5" hose,1 1/2" Valves, Glycol (33), MIP Adaptors, Flow Switch and Indicator Light, loop plumbing repairs and NORMA Clamps. | 1 | 1,477.00T |
| 11/01/2020 | **Telemechanique Contactor** | Bridging Buss Contactors in Cantalupi System, NEW | 2 | 2,362.94T |
| 11/01/2020 | **Main Buss A Circut Breaker** | Main Buss A Circut Breaker damaged due to water infiltration. | 1 | 2,246.00T |
| 11/01/2020 | **Schneider Motor Starters** | Motorised Contactor cocntrollers, new | 4 | 2,367.44T |
| 11/01/2020 | **Control Panel Lightbulbs** | New .40x5mm TT Slide Bulbs for Cantalupi Control system indicators | 140 | 586.60T |
| 11/01/2020 | **Control Panel Lightbulbs** | LeD Schneider, Cantalupi | 8 | 523.76T |
| 11/01/2020 | **1HP 56J Frame 120/208 Motor** | Dayton 1HP Motor-AC Sea Water Pump Motors | 2 | 873.54T |
| 11/01/2020 | **Material Prep** | Home Depot misc receipts

Pressure Washer, parts, cleaners, oil absorb | 1 | 1,956.22T |
| 11/01/2020 | **Material Prep** | Amazon Charges | 1 | 796.56T |
| 11/01/2020 | **Generator Batteries** | Optima Blue Top Spiral Core | 4 | 1,180.00T |
| 11/01/2020 | **Onan Marine Genset B** | Fuel Injector New | 6 | 1,614.00T |
| 11/01/2020 | **Onan Marine Genset B** | Injector Pump New | 1 | 3,877.00T |
| 11/01/2020 | **Freight and Shipping** | Shipping charges, UPS/Fed EX | 1 | 344.85T |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| 11/01/2020 | **Meals and Provisions** | Food and Drink, publix, Mcdonalds, Blackmoore, etc. | 1 | 1,485.00 |
| 11/01/2020 | **RENTAL** | Rental Car 11/04-11/16/2020 trip | 1 | 619.00 |
| 11/08/2020 | **LABOR** | Ethan Labor | 14 | 3,500.00 |
| 11/08/2020 | **LABOR** | Andrew Labor | 14 | 2,100.00 |
| 11/08/2020 | **LABOR** | Thomas Hejnicki | 14 | 7,000.00 |
| 11/08/2020 | **LABOR** | Chad Fuller | 14 | 7,000.00 |
| 11/26/2020 | **Flights** | Flights Hejnicki 11/26-12/04 | 1 | 558.66 |
| 11/26/2020 | **RENTAL** | Car Rental Hejnicki | 1 | 586.65 |
| 11/26/2020 | **LABOR** | HEJNICKI Thru 12/04/2020 | 7 | 3,500.00 |
| 11/28/2020 | **LABOR** | Diver Clean and scrap boat 1ST Trip, inspection and photos with Zinc requirements. | 1 | 890.00 |
| 11/28/2020 | **Material Prep** | Zinc's for Troca One, Shafts, Flaps, Ruders and anodes on transom. | 1 | 1,500.00T |
| 11/30/2020 | **LABOR** | Diver for Zinc Installation | 1 | 770.00 |
| 11/30/2020 | **Tolls** | Toll Charges | 1 | 122.47 |
| 11/30/2020 | **Luggage** | Luggage | 6 | 300.00 |

|  |  |
|---|---|
| SUBTOTAL | 50,137.69 |
| TAX (0.0625) | 1,356.62 |
| TOTAL | 51,494.31 |
| BALANCE DUE | **$51,494.31** |



# BLACK WIDOW BOAT WORKS

| | | |
|---|---|---|
| **Invoice Num** | | 246 |
| **Date** | | Oct 30, 2020 |
| **Due Date** | | Nov 6, 2020 |
| **Terms** | | 7 days |
| | | |
| **Bill To** | | Beej Das "TROCA ONE" |

1720 MAIN STREET NE #5
PALM BAY FLORIDA 32905
(213) 444-9746

CHAD FULLER
(213) 444-9746
chadly48854@yahoo.com

| DESCRIPTION | RATE | DISCOUNT | AMOUNT |
|---|---|---|---|
| **\* Labor Tom** | **$500.00** | **$0.00** | **$5,000.00** |
| **\* Labor Chad** | **$500.00** | **$0.00** | **$5,000.00** |
| **Labor Andrew 10 DAY** | **$125.00** | **$0.00** | **$1,250.00** |
| **Electrical Contactors and parts, fuses, breakers, misc plumbing parts for Troca One Triage. Have all receipts.** | **$9,746.36** | **$0.00** | **$9,746.36** |
| **Rental Car** | **$595.00** | **$0.00** | **$595.00** |
| **\* Flights Tom, Chad, Andrew** | **$390.20** | **$0.00** | **$1,170.60** |
| **Provisions 10 days meals, groceries, water and tea for Troca One.** | **$960.47** | **$0.00** | **$960.47** |

**\* Indicates non-taxable item**

| | |
|---|---|
| **Subtotal** | **$23,722.43** |
| **Tax (7%)** | **$878.63** |
| **Total** | **$24,601.06** |
| **Paid** | **$0.00** |

## PAYMENT INFO

**Bank transfer**
Bank Name: SunTrust
Beneficiary Name: Black Widow
Account Number: XXXXXXXXXXX
063102152 Routing Number

## BALANCE DUE     $24,601.06

---

| | |
|---|---|
| **From:** | Chad Fuller <chadly48854@yahoo.com> |
| **Sent:** | Tuesday, January 5, 2021 10:56 AM |
| **To:** | Abhijit "Beej" Das; Eric Kfoury; Tom Hejnicki; Thomas Hejnicki; info@blackwidowcustomcases.com; chadly48854@yahoo.com chadly48854@yahoo.com |
| **Subject:** | Final Invoice Troca One Restoration |
| **Attachments:** | 2020-12-22 invoice Troca OneBeej DasTroca Yachts 1040 FINAL NOTICE.pdf |

Greetings.    Here is the final invoice per the spreadsheets and receipts provided previously.

Chad Fuller
PM/FOH
Snoop Dogg
213-444-9746
Chadly48854@yahoo.com
www.snoopdogg.com

Advance Document once Trial Chose BWBW Troca 1040 Final INVOICE.pdf

**Black Widow Custom Cases dba BWBW**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



# INVOICE

| | |
|---|---|
| **BILL TO** | |
| Abhijit Das Esq | |
| Troca | |
| One/TrocaGlobalAdvisors | |
| 733 Turnpike St. | |
| Suite 226 | |
| North Andover, MA  01845 | |

| | |
|---|---|
| **INVOICE #** | 1040 |
| **DATE** | 12/22/2020 |
| **DUE DATE** | 12/22/2020 |
| **TERMS** | Due on receipt |

# FINAL INVOICE

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 10/08/2020 | **PAYMENT DATES** | CREDIT CARD PAYMENT | 1 | -10,000.00 |
| 10/21/2020 | **PAYMENT DATES** | CREDIT CARD PAYMENT | 1 | -5,000.00 |
| 10/31/2020 | **October Receipts** | Materials Subtotal plus 20% Profit, original amount $9186.01 | 1 | 11,023.21 |
| 11/02/2020 | **PAYMENT DATES** | ZELLE PAYMENT CHASE | 1 | -4,500.00 |
| 11/09/2020 | **PAYMENT DATES** | ZELLE PAYMENT KAM | 1 | -2,000.00 |
| 11/10/2020 | **PAYMENT DATES** | ZELLE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -5,000.00 |
| 11/12/2020 | **PAYMENT DATES** | WIRE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -10,000.00 |
| 11/13/2020 | **PAYMENT DATES** | WIRE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -12,500.00 |
| 11/30/2020 | **MATERIALS November Receipts** | Materials Subtotal plus 20% Profit original amount $7969.59 | 1 | 9,563.51 |
| 12/06/2020 | **MATERIALS December Receipts** | Materials Subtotal plus 20% Profit original amount $1036.46 | 1 | 1,243.75 |
| 12/06/2020 | **Total** | Total Reimbursible Expenses | 1 | 8,651.52 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|------|----------|-------------|-----|--------|
| | **Reimbursuble Expenses** | | | |
| 12/06/2020 | **Total Sales Tax Paid** | Total Sales tax paid and to be reimbursed | 1 | 1,243.51 |
| 12/06/2020 | **Total Freight** | Total Freight paid to be reimbursed | 1 | 943.41 |
| 12/06/2020 | **Credit Card Fee's** | Credit Card processing fee's | 1 | 525.00 |
| 12/06/2020 | **Wire Transfer Fee's** | Wire Transfer Fee's | 1 | 30.00 |
| 12/06/2020 | **LABOR** | James Chad Fuller-labor from October thru 12/06/2020 | 493 | 54,230.00 |
| 12/06/2020 | **LABOR** | Thomas Lawrence Hejnicki-labor from October thru 12/06/2020 | 470 | 51,700.00 |
| 12/06/2020 | **LABOR** | Ethan Perry-labor from October thru 12/06/2020 | 109 | 8,175.00 |
| 12/06/2020 | **LABOR** | Andrew Bray-labor from October thru 12/06/2020 | 231.50 | 17,362.50 |
| 12/06/2020 | **LABOR** | Daniel Cheek-labor fro October thru 12/06/2020 | 44.50 | 2,447.50 |

PAST DUE/FINAL NOTICE

BALANCE DUE

# $118,138.91

# FINAL INVOICE

Exhibit E
Page 38

| | |
|---|---|
| **From:** | Tom Hejnicki <thomas.hejnicki@acousticallies.com> |
| **Sent:** | Monday, January 4, 2021 2:17 AM |
| **To:** | Abhijit "Beej" Das; Kathleen      Davis |
| **Subject:** | Re: Final Request |

Greetings -

I have already sent it to you; please check your inbox or spam folder. If you don't have the emails (3 in total), please let me know. The compressed folders were still over 10Mb each; if you have file size constraints, I might need to send you a link to Dropbox or Google drive.

Please advise.

Thank you,

Tom

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Abhijit "Beej" Das" <adas@trocaglobal.com>
Date: 1/4/21 1:31 AM (GMT-05:00)
To: Tom Hejnicki <thomas.hejnicki@acousticallies.com>, Kathleen Davis <kdavis@trocaglobal.com>
Subject: Re: Final Request

Tom

When can we expect the final documents, attestation regarding location of parts, and narrative of work completed? It was critical when we sought it originally and only more so now.

Please advise urgently.

Regards
Beej

---

Abhijit "Beej" Das
Managing Director

Troca Global Advisors LLC
10 Post Office Square, Suite 800
Boston, MA 02109 USA

trocaglobal.com

eBay: Order details

## Order information

| | |
|---|---|
| Buyer | sara48827 |
| Seller | wmc729 |
| Order placed on | Wednesday, Oct 7, 2020 |
| Payment method | PayPal |
| Payment date | Wednesday, Oct 7, 2020 |

## Shipping address

Chad Fuller/Troca One
1 Pier 8
13th Street
Charlestown MA 02129-2017
United States

## Order total

| | |
|---|---|
| Subtotal | $366.54 |
| Shipping | $20.45 |
| Tax | $22.92 |
| Total | $409.91 |

### Item(s) bought from wmc729
Order number 23-05856-21142

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 2 | 18374 - C120N Circuit Breaker, Schneider Electric - 4P - 100A - C CURVE *NEW* (291873499456) | Standard Shipping | $70.00 |

### Item(s) bought from benrayce
Order number 23-05856-21140

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 2 | ONE USED TELEMECANIQUE 2-POSITION SELECTOR SWITCH ZB2-BE101. (112856037751) | Standard Shipping | $33.00 |

### Item(s) bought from mara_industrial
Order number 23-05856-21141

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 2 | Finder 65.31 Relay 6531 65-31 (371078312418) | USPS First Class | $133.54 |

### Item(s) bought from buddabassman
Order number 23-05856-21136

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | Fluke 1520 MegOhmMeter Tester with soft case, EXCELLENT CONDITION! (143712283225) | USPS Priority Mail | $300.00 |

### Item(s) bought from ryoohki2
Order number 23-05856-21137

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 1 | Fluke 80PK-8 Pipe Clamp Temperature Probe, Type-K Thermocouple (-20°F to 300°F) (133540130041) | USPS Priority Mail Padded Flat Rate Envelope | $130.00 |

Property of Black Widow Boat Works

Exhibit E
Page 40

# Black Widow Boat Works
1720 MAIN STREET | PALM BAY, FL 32909

Date: January 13, 2021

To: TROCA ONE

CC: TY Holdings LLC

    c/o: Abhijit Das aka: "Beej Das"

    Troca Global Advisors LLC

    c/o: Abhijit Das aka: "Beej Das"

    M&T Bank

    c/o: Tom Thornton

Vessel Owner Re:    Vessel Name: Troca One

                Official Number: 1231948

                HID: VSC10503J102

## NOTICE OF INTENT TO FILE MARITIME LIEN

Dear Sir(s):

Please be advised that we have contacted you numerous times concerning the outstanding balance on your account in the amount of $118,138.91. Unless payment in full is received within seven (7) days of this notice, we will file with the United States Coast Guard Office of Documentation a Notice of Lien in the amount of $118,138.91. This lien will become a claim against the above-named vessel and may subject it to being seized by the United States Marshal and sold to satisfy this claim. In addition, your failing to resolve this matter and permitting the filing of this lien may be in violation of the terms and conditions contained in your ship's mortgage. This matter requires your immediate attention.

Sincerely,

Black Widow Boat Works

James Chad Fuller – President

Chadly48854@yahoo.com

**Black Widow Custom Cases dba BWBW**

1720 Main St, Unit 5

Palm Bay, FL  32905

321-423-0130

info@blackwidowcustomcases.com

http://www.blackwidowcustomcases.com



BLACK WIDOW
CUSTOM CASES

(321)-423-0130
BLACKWIDOWCUSTOMCASES.COM

# INVOICE

**BILL TO**

Abhijit Das Esq

Troca

One/TrocaGlobalAdvisors

733 Turnpike St.

Suite 226

North Andover, MA  01845

**INVOICE #** 1040

**DATE** 12/22/2020

**DUE DATE** 12/22/2020

**TERMS** Due on receipt

# PAST DUE/FINAL NOTICE

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 10/08/2020 | PAYMENT DATES | CREDIT CARD PAYMENT | 1 | 10,000.00 |
| 10/21/2020 | PAYMENT DATES | CREDIT CARD PAYMENT | 1 | -5,000.00 |
| 10/31/2020 | October Receipts | Materials Subtotal plus 20% Profit, original amount $9186.01 | 1 | 11,023.21 |
| 11/02/2020 | PAYMENT DATES | ZELLE PAYMENT CHASE | 1 | -4,500.00 |
| 11/09/2020 | PAYMENT DATES | ZELLE PAYMENT KAM | 1 | -2,000.00 |
| 11/10/2020 | PAYMENT DATES | ZELLE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -5,000.00 |
| 11/12/2020 | PAYMENT DATES | WIRE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -10,000.00 |
| 11/13/2020 | PAYMENT DATES | WIRE PAYMENT TROCA GLOBAL ADVISORS/DAS ZELLE | 1 | -12,500.00 |
| 11/30/2020 | MATERIALS November Receipts | Materials Subtotal plus 20% Profit original amount $7969.59 | 1 | 9,563.51 |
| 12/06/2020 | MATERIALS December Receipts | Materials Subtotal plus 20% Profit original amount $1036.46 | 1 | 1,243.75 |
| 12/06/2020 | Total | Total Reimbursible Expenses | 1 | 8,651.52 |

| DATE | ACTIVITY | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| | **Reimbursuble Expenses** | | | |
| 12/06/2020 | **Total Sales Tax Paid** | Total Sales tax paid and to be reimbursed | 1 | 1,243.51 |
| 12/06/2020 | **Total Freight** | Total Freight paid to be reimbursed | 1 | 943.41 |
| 12/06/2020 | **Credit Card Fee's** | Credit Card processing fee's | 1 | 525.00 |
| 12/06/2020 | **Wire Transfer Fee's** | Wire Transfer Fee's | 1 | 30.00 |
| 12/06/2020 | **LABOR** | James Chad Fuller-labor from October thru 12/06/2020 | 493 | 54,230.00 |
| 12/06/2020 | **LABOR** | Thomas Lawrence Hejnicki-labor from October thru 12/06/2020 | 470 | 51,700.00 |
| 12/06/2020 | **LABOR** | Ethan Perry-labor from October thru 12/06/2020 | 109 | 8,175.00 |
| 12/06/2020 | **LABOR** | Andrew Bray-labor from October thru 12/06/2020 | 231.50 | 17,362.50 |
| 12/06/2020 | **LABOR** | Daniel Cheek-labor fro October thru 12/06/2020 | 44.50 | 2,447.50 |

PAST DUE/FINAL NOTICE

BALANCE DUE

**$118,138.91**

# EXHIBIT F

 **candycrush1973** ...



     

**15 likes**

**candycrush1973** I like Big Block's and I cannot lie!  #mtu #rollsroyce  #16cylinder

September 13, 2020





   

**7 likes**

**candycrush1973** Finding fascination in all things mechanical challenges the brain.

September 16, 2020

 **candycrush1973**
The Compound
· · ·



   

**8 likes**

**candycrush1973** Ahhh...Push It!

View all 2 comments

September 15, 2020



**Chad Fuller**
October 13 ·

16 Cylinder MTU 16V2000M90
#myquarintine #tillwecanhaveliveevents



💙❤ 16                    3 Comments  194 Views

👍 Like                    💬 Comment

 **Chad Fuller** is at **Charlestown Marina**.

October 18 · 👥

@vikingyachtcompany  108' Versilcraft built. Been a cool office to be creative and bring back to life.    #covid_19 #covidofficesolutions



👍❤️😮 Kerry Ann and 15 others

👍 Like                    💬 Comment

 **Chad Fuller**
October 16 · 👥 ⋯

My office as of lately!    Something different. Something fun!



👍❤️ Kerry Ann and 80 others          17 Comments

👍 Like                          💬 Comment





   

4 likes

candycrush1973 Office Views!!!

October 19, 2020





**5 likes**

**candycrush1973** What a beautiful view.  From the other day.

November 11, 2020

 **Chad Fuller** is at **Charlestown Marina.**

November 11 · 

What a beautiful view.    From the other day.



👍 Kerry Ann and 27 others

👍 Like                    💬 Comment



**Chad Fuller** is at **Charlestown Marina.**

November 7 ·

Crab People!



Kerry Ann and 15 others          3 Comments



**James "Chad" Fuller** · 7:53 PM

**Beej Das**

Were you involved with Beej Das and Troca One yacht?

# EXHIBIT G







# DOGGYSTYLE SOUTH LOOKING FOR TALENT!

&#9679; WKND    &#9711; February 23, 2016    &#128193; News

**Snoop Dogg** has started a new label called "**Doggystyle South"** with our very own host **Chago Williams** being head of A&R.

If you are a singer, songwriter, rapper or a producer from the South and think you have what it takes, use the contact form below to send a message.

**Doggystyle South** is currently looking for new talent from the **Dirty South**.

Your Name (required)

Your Email (required)

Upload a demo (optional - max filesize 15mb)

Choose File | No file chosen

Your Message (required)

**GROUP**

# Snoop Dogg presents Doggy Style South

Put Your Vision Into Motion

## Doggy Style Records South

MUSIC | RECORD LABEL

### Label Launch

Doggystyle Records South Promo 1



Account Services

Client:
oggystyle    ecords South

Exhibit G
5

⇒ Content Creation

# BRIEF

Develop the initial content and social media launch.

Rapper, actor, media personality and entrepreneur Snoop Dogg has his hands in multiple projects and holds many accolades. **Doggy Style Records** (formerly known as **Dogghouse Records**) is an American record label founded by Snoop in 1995. It is named after Snoop Dogg's debut album, Doggystyle.

Snoop received a lot of support from the south and has been involved with many Southern artist over the years such as No Limit Records founder Master P. He decided to officially launch a southern division of his iconic Doggystyle Records label. In the initial stages we created, jump started and managed Doggy Style Records South social media as well as logo design and content creation.

## Doggystyle Records South Promo 2









## Related Work

– Snoop Dogg | LBC Movement

Work for artist compilation project by Snoop Dogg that appeared on BET and other major media outlets.

# EXHIBIT H

# Electrical System Evaluation



# M/Y Troca One

**Visited September 11, 2020 - October 19th, 2020**

**Issued October 26th, 2020**
**Boston, Massachusetts**

*Commissioned by:*
**M&T Bank Corporation,**
**TY One Holdings LLC,**
**Dr. Mukti L. Das, and Dr. Atul L. Bhat**

*Prepared by:*
**Black Widow Boat Works,**

**Thomas Hejnicki and Chad Fuller**

**Principal Engineers**



# Black Widow Boat Works
About the Principal Engineers

**Thomas Hejnicki** – Thomas Hejnicki has over thirty years of electrical, audiovisual, engineering, design, and project management experience having completed hundreds of design and installation projects around the world. Thomas holds patents and is a member of the National Academy of Inventors. Thomas is a member of the Project Management Institute, Audio Engineering Society, and the Institute for Operations Research and the Management Sciences. Thomas has a B.S. in Computer Information Systems from Florida Institute of Technology. Thomas is an active member of the U.S. Coast Guard Auxiliary, serving as flotilla staff officer for Vessel Examinations.





**Chad Fuller** – Chad Fuller is an experienced electrical and mechanical engineering expert with over twenty-thousand hours clocked on engineering practices. Chad is a licensed electrical contractor specializing in control and industrial wiring and power systems and a licensed mechanical contractor with extensive specialized training in heating ventilation, mechanical, plumbing and process piping systems. Chad holds a refrigeration license with the United States Environmental Protection EPA and is certified in five weld positions with the American Welding Society, a member of Automotive Engineering Society (SAE) and the Audio Engineering Society (AES).

## Scope of Work

This electrical system evaluation report was commissioned by M&T Bank, the lienholder of "Troca One" and Dr. Mukti L. Das and Dr. Atul L. Bhat, who represent the ownership of "Troca One."   The authors were asked to evaluate the yacht with an intended goal of recommending and implementing repairs to return "Troca One" to operating condition consistent with the manufacturer specifications.  Our evaluation below contains an analysis of the current condition of "Troca One" and a thorough analysis of the factory specifications for the yacht provided by the builder and subsequent manufacturer's technical data and engineering schematics and drawings.  In addition, we performed a review of the operation and maintenance of "Troca One" from May 11, 2018 to the current day.  We have enacted resources and questioned relevant individuals and entities involved with "Troca One" during the specified time period up to and including September 11, 2020.

A. **Initial Observations:**

1) Starboard shore power "A" retractable cable inoperative. Glendinning unit is damaged. 100A breaker for Shore power "A" is missing; leads are dangling with tape applied over conductors. There is evidence of corrosion on the DIN rail. (Please refer to Annex A.1)

2) Vessel is attached to shore power (120V/208V three phase 100A 4 wire service) via the Port "B" retractable shore power cable.

3) The vessel "B" buss is energized; "A" buss is not energized. All services related to buss "A" are offline.

4) Cantalupi systems is the designer/installer of vessel's electrical system and switchgear.

5) The vessel is outfitted with an Atlas universal shore power system; this system provides monitoring and automation of voltage selection between shore power and generators.

6) The vessel is equipped with 2x Onan 55kW generators; neither generator starts, dead batteries.

7) The Cantalupi system is designed to bridge the "A" and "B" busses for either single generator or single shore power source instances. Automated buss bridging controls are not functional.

8) Many wires in the electrical panel(s) are unterminated and covered with electrical tape. There are several non-original (these cables are not labeled, do not use ferrules, and are installed with workmanship standards uncharacteristic of the original equipment installation) wires in the electrical panel(s) currently terminated in place of the original conductors. (Please refer to Annex A.8)

9) There is a non-factory resettable circuit breaker "pendant" used to bridge protective fuses. This pendant is attached to the system via solder (soldered directly to blown fuses). (Please refer to Annex A.9)

10) There is evidence of corrosion on the buss "A" and buss "B" branch breakers in the engine room ("ER") distribution panels. There is also evidence of corrosion in the interior of the ER electrical enclosures. It is important to note that there is one observable point of moisture ingress for this location (water carrying pipes are not permitted to be installed above protected electrical equipment); there is a main-deck gangway hatch directly above the electrical switchgear in the engine room. Failure to fully close this hatch would permit the intrusion of moisture into this sensitive compartment. (Please refer to Annex A.10)

11) There are several indicator lamps and control switches missing/absent from the ER electrical system panels. (Please refer to Annex A.11)

12) Cable wireway covers are missing. Cable management appears generally untidy. (Please refer to Annex A.12)

13) The 120/208V mains control panel features do not function (shore power selection, online/offline controls for buss "A" and buss "B". Status illumination is also non-operative. (Please refer to Annex A.13)

14) The 24V distribution is functional

15) The battery charging system is not original.

16) The "House" batteries currently installed are not to the original specification.

17) The "Start" batteries currently installed are not to the original specification.

18) The "Generator" batteries currently installed are not to the original specification.

19) The house battery box contains additional unterminated conductors (aftermarket lighting circuits, etc.) Battery terminals do not have insulated protective covers. (Please refer to Annex A.19)

20) The "Start" batteries (located in the ER) have evidence of severe corrosion and other foreign debris. The battery jumpers are disconnected such to prevent electrical conduction. (Please refer to Annex A.20)

21) The "Generator" batteries (located in the ER have evidence of severe corrosion and other foreign debris. The battery jumpers are disconnected such to prevent electrical conduction. (Please refer to Annex A.21)

22) The remotely operated contactors (used to switch shore power and generator power) are disassembled, removing the motorized actuator such to expose the primary breaker handle for "manual" operation/override. (Please refer to Annex A.22)

23) The Aft Hydraulic mains breaker was moved from Buss "A" to a spare location on Buss "B". (Please refer to Annex A.23)

24) There are several unterminated wires and toroidal transformers in the "doghouse" (closet located under the primary helm station). This closet contains the ship's navigation and operation computing and processing hardware. Additionally, this space contains electrical circuit distribution for several of the vessel's occupied spaces and amenities (dining area, galley equipment, stairway lighting, etc.) which are non-functional. (Please refer to Annex A.24)

B. **Summary of Discovery:**

1) Several fuse holders are empty and no longer terminated; these fuse holders are detailed in the original builder's schematics. Two of these fuse holders exhibit evidence of internal scorching. Furthermore, one of the fuse holders has a nylon cable tie attached such to prevent inclusion with its intended circuit. (Please refer to Annex B.1)

2) There are several relays missing; relay sockets are melted with evidence of arcing and overheating (scorched distorted plastic). (Please refer to Annex B.2)

3) The fuse block containing the attached circuit breaker pendant is also non-original. However, this fuse block is detailed in the captain's manual for the vessel (known modification). (Please refer to Annex B.3)

4) The shore power bridging contactor (not the Generator Buss "A-B" bridging contactor) has a broken trip handle. The broken trip handle would disable automated shore power bridging between busses. Upon manual override (physically resetting the breaker handle), buss bridging was accomplished, allowing Buss "A" to be energized for further testing. (Please refer to Annex B.4)

5) Once energized, many observable functional Buss "A" features were restored. This includes certain Air Conditioning circuits, blower circuits, extractor circuits, windlass, occupied area sub-panels (guest quarters, helm station, etc.). Although primary service feed is restorable through override, there are many vessel features that remain disabled; this requires full restoration of primary electrical distribution prior to accurate troubleshooting. Please note that any restoration of services through manual override bypasses the control systems as intended which includes failsafe and safety circuitry; any such restoration is temporary and suitable for troubleshooting purposes only. (Please refer to Annex B.5)

C. **Engineering Notes and Inferences:**

1) The relays, contactors, fuses, and wiring that exhibit damage and/or alteration from original design intentions are ALL related to the generator buss bridging circuits and shore power online/offline switching circuits.

2) Alteration of any system load or operation creates the potential for system unbalance, instability, and unpredictable performance which are potential safety issues.

3) The original battery charging system included two (2) charging units. The first unit was connected via Mains Buss "A" and tended the engine "Start" batteries. The second charging unit was connected via Mains Buss "B" and tended the "House" batteries. This scheme provides system balance, "House" battery charging priority via shore power, and redundancy. (Please refer to Annex C.3)

4) The "House" batteries are responsible for main 24VDC operation, which includes vital vessel functions (bilge pumps, navigation lights, helm control, etc.) The original factory specification's call for Optima Red Top RTU 4.2 Spiral Core Batteries for engine starting, and Sealed cell 2 volt deep cycle gel marine batteries creating a robust 24V control system for operation of the vessel's systems.  Improperly tended (defined as the lack of charging and required maintenance) batteries would lead to battery discharge and inoperative services; specifically, the bilge pumps (there is evidence of profuse water incursion in the engine room). (Please refer to Annex C.4)

5) Improperly specified or installed replacement batteries could lead to numerous problems including decreased performance characteristics – lowered duty cycle when vessel not connected to external power, etc. (Please refer to Annex C.5)

6) The aftermarket fuse block (A.9) and associated "pendant" circuit breaker assembly are installed in place of the missing fuses (B.1); these are referenced as F1.18, F1.19, F1.20, and F.1.21 in the ship schematic diagram. Additionally, it can be seen in Annex B.1 that there is a fuse holder with a cable tie attached such to prevent the reinsertion of the fuse; this is fuse F.1.17 in the ship schematic diagram. (Please refer to Annex C.6a)

   The ship schematic clearly indicates that these fuses (F.1.17 through F.1.21) are directly involved with the Generator Buss "A/B" bridging circuit. Through a series of relay contacts the coil K.1.19 is energized which actuates the contact closure bridging Buss "A" and Buss "B" when the generator(s) is/are active (Please refer to Annex C.6b). Each of the relay contacts inline provides a path for current depending on the mode of operation (closure signal from helm, closure from Atlas, or closure from E.R. panel). The burned relay socket is associated with R.2.15 which receives coil voltage from the

24VDC buss through F.1.17; please note that this relay is an integral part of this system (Please refer to Annex C.6c).

7) The Atlas shore power system is dedicated to the supply of Buss "B"; additionally, the Atlas power system can be bridged to supply power to Buss "A". The control of which is accomplished through the means described in the previous section; however, the shore power bridging relies upon a separate contactor located in the Atlas junction box and has schematic reference I.14.16.   (Please refer to Annex C.7) Although, the bridging of Busses "A" and "B" from either of these circuits present what might be logically concluded as a similar effect (that all vessel systems receive power), the functions are entirely different and must be operated as intended. The Atlas system receives shore power and conditions the power such to be safely distributed throughout the ship. The Atlas system has the capability to match (voltage, frequency, and phase) externally connected shore power to the power produced by the ship's onboard generators (for supplemental power, etc.). The bridging of the electrical mains systems by other means than designed provide for the potential connection of the ship to untreated or mismatched power. The result of improperly bridged contacts between untreated and treated power is potentially catastrophic for any connected system load.

8) Several connections to the main generator contactors (Gen 1 and Gen 2) and Shore power (Atlas system output) contactor have been removed, covered in electrical tape, and bypassed through the installation of non-factory cables (See Annex A.8 and A.9). Specifically, wire ID 2.4 (which is visibly detached) is integral with the generator 1 contactor operation. The contactor closures provide the E.R. panels, Atlas system, and Helm station with operational information and control. Additionally, these circuits provide protection against inadvertent bridging of busses between generators and non-matching shore power. Furthermore, the non-factory wiring suggests that an attempt(s) was made to bypass the factory-installed switching control such to force a bridge connection between Buss "A" and Buss "B".

## D. Historical Narrative

1) Between August 29, 2018 through October  30, 2018 several occurrences are documented and noted as they pertain to the root cause of failure of the electrical systems. On or about August 29, 2018, the vessel was moved to Quincy, Massachusetts to Safe Harbor/Marina Bay. Please refer to Annex D.1 which indicates the ships direction when moored at Marina Bay in Quincy; showing the bow pointing in a North to slightly North East direction. During the first month the vessel was moored at Marina Bay Quincy, during the first month the vessel was moored at Marina Bay Quincy there were several instances reported by Yacht Broker Ken Krauss of Shore Point Marina and personnel from Marina Bay Quincy with photos and invoices providing a detailed picture of what took place. This along with the forensic evidence that points firmly towards the theory of water intrusion from the engine room hatch causing a catastrophic failure of the Electrical System. In particular,  Ken Krauss shared all pictures he had in his possession with one indicating "Flooded Battery Box's" – The photo is dated September 21, 2018. (Please refer to Annex D.5)

2) After speaking to the service department (Andrew) at Marina Bay Quincy, there is an invoice for work on the removal of batteries on September 21, 2018 due to the "Off Gassing" fumes in the engine compartment,  Andrew also indicated that the Door & Hatch had been left open to ventilate the engine room.  Batteries were then subsequently replaced with the improper specified batteries by Accurate Marine Service on October 9, 2018 on said invoice (Please refer to Annex D.6).  According to witnesses at Marina Bay Service Department, Andrew and technicians who performed the work, the Vessel was left without power to the battery charger and charging systems as well as flooded battery compartments and water intrusion coming from above the Cantalupi electrical control panels (Please see Annex A.10 for Water Intrusion photos).

3) It is the opinion of the authors of this report that the water intrusion into the engine compartment was caused by a combination and coincidence of the Vessel's Engine Room Hatch and Door being left open at times that local weather reports indicated significant precipitation, with damaging wind, direction and velocity that would have supported flooding and water intrusion travel down the hatch, into the cabinet off the Cantalupi electrical control systems creating catastrophic electrical damage to all control systems affected by 120/208V "A Buss" Control systems.  There were also significant after effects on the 24 Volt systems through a sustained lack of battery charging and lack of batteries in the system due to removal during the period mentioned above.  Combined, these events undermined power systems that the vessel was rendered incapable of normal operation per manufacturers specifications.

4) Although repairable and returnable to complete operation provided a proper repair schedule and replacement of all electro-mechanical operated electrical systems contained within the Cantalupi Electrical Control systems, and the adjacent ATLAS Electrical Systems and Shore Power Cord systems be returned back to manufacturers specifications.  Due to the continued lack of properly qualified personnel working on the vessel during the various timeframes from August 29, 2018 thru June 2019 the vessel has sustained significant damage of which we have identified and forensically documented.   During the move to Quincy, the vessel was driven under its own power and was of sound operational condition, with the exception of the ongoing repairs to the port engine. We spoke with Captain Wampler, who transported the vessel on August 1, 2018 from Newport Shipyard in Rhode Island to Boston. Captain Wampler stated that the vessel operated normally outside of the issues with the port engine. Both generators worked, bow and stern thrusters worked, and fire alarm systems worked.  The Captain was made aware that a few of the HVAC systems were non-operational and were scheduled to be repaired along with the port engine in Boston.   All systems were operational other than specified above.   A general lack of power and lack of battery function and low battery voltage, caused by the several acts that can best be described as unfortunate and glaring errors, has led to the failure of the electromechanical control systems of the Vessel and therefore reared it non-operational to date.

5) Additionally, an estimate of repairs back to manufacturers specifications is included, including all electrical systems, systems adjacently damaged by the improper power conversion's and hot wiring as well as the power plant generation systems for Buss A and Buss B respectively.  Since the vessel's return to Boston in August 2018 and after the failure of the electromechanical control systems of the Vessel in September/October 2018, the attempts to repair the electrical failure of the vessel have been unqualified.  It is worth noting that these repair efforts not only failed but, in some instances, further undercut the condition of the electrical system.  Some of the observations and discoveries mentioned above are evidence of these failed attempts.  Since October 2018, the vessel has remained non-operational; when it last operated under its own power and systems on August 29th, 2018.

6) Lastly, the vessel has been sitting for the better part of two years in a non-operational state. After initial inspection and a Diver's report of oysters and barnacle growth on the bottom of the vessel it is of the opinion of the authors that the vessel be pulled from the water and placed on the hard to inspect, clean and make necessary repairs to the hull of the vessel due to its inoperative state.  This would be an additional cost outside the scope of the Electrical work and will be on a separate provided estimate of marina cost and expenses associated.

## E. Conclusion

There is significant evidence of personnel not experienced with the electrical systems of such a vessel attempting service on this Vessel. This is supported by the numerous instances of altered factory wiring and the further installation of non-factory wiring in its place. This evidence further establishes mis-guided alterations of electromechanical devices such to create an irregular bridge between Buss "A" and Buss "B"; effectively creating a bypass of installed systems whereby the generator buss bridging circuitry is used to create the bridge in lieu of the dedicated contactor associated with the Atlas (shore power) system. It is likely that a simple issue such as a blown fuse, relay, or contactor prevented the normal operation through the Atlas system, as per the original design intention (this point is further examined in the next paragraph). However, the actions initiated for the purpose of forcibly bypassing regular electrical system operation have introduced additional complications. The steps of the bypass attempt(s) must be determined to effectively troubleshoot and isolate the damage contributions stemming from the various iterations and, ultimately, provide the necessary remedy. Attempts to alter or augment engineered electrical systems risk potential catastrophic damage to the Vessel and harm to the occupants.

The batteries currently installed are not the original specification, the original specification is Red Top Optima Spiral Core for starting, and 2 Volt Gel, in series, for House Batteries (Please refer to Annex #19-#21 & #C4 & #C5).  A reliable source of stored power is critical for the operation of this vessel. There are three separate battery systems; the "Start" batteries, which supply starting energy for the ship's engines; the "Generator" batteries, which supply starting energy for the ship's generators; and the "House" batteries, which supply all of the power needs for the extensive low voltage systems.  All critical systems are part of the low voltage (24VDC) system; these include navigation lights, bilge pumps, helm functions, etc.  This scheme is intentional as the battery driven systems are not reliant upon external power or moving parts – this is to provide a failsafe such that the boat will retain the minimal functions necessary absent main propulsion, generators, loss of fuel, etc.  The installation of improper batteries can potentially lead to the failure of these critical services because duty cycle, performance, and reliability are subject to deviation.  Furthermore, improperly tended (charging, maintenance, etc.) batteries would explain anomalous behavior of secondary functions.  Batteries with low voltage are unable to effectively drive attached loads.  Motors, for example - those used for the bilge pumps, will experience an increased demand for current under low voltage conditions; this would cause overcurrent protection devices such as fuses, breakers, or current-sensitive relays to trip. Not surprisingly, many of such overcurrent protective devices were observed upon inspection to be impaired in this manner.

The observation of damages due to water incursion in the engine room electrical cabinets, battery compartments, and bilge areas are very likely explained by an improperly secured exterior hatch positioned directly above the electrical enclosures. The battery compartments are immediately adjacent to the electrical enclosures. The specific areas exhibiting

water incursion are those in proximity to the exterior hatch on the starboard side of the engine room. Similar evidence is not readily observed on the port side engine room fixtures. Water damage to the electrical system from this common point of entry explains the observed corrosion in the electrical panels and the battery compartments and provide a primary point of initiation for subsequent failures (and their attempted workarounds). It is worthwhile to mention that an inoperative 24VDC system or inoperative "A" mains Buss would prevent the ship from operating under its own power. Therefore it can be concluded that the injection of these substantial issues must be retraced to the last point of known proper vessel operation, which appears to be on August 29, 2018.

The vessel is repairable and returnable to complete operation provided a proper repair schedule is maintained and replacement of all electro-mechanical operated electrical systems contained within the Cantalupi Electrical Control systems and the adjacent ATLAS Electrical Systems and Shore Power Cord systems are returned back to manufacturers specifications.  An estimate of repairs back to manufacturers specifications is attached to this report.  These repairs include all electrical systems, systems adjacently damaged by the improper power conversion's and hot wiring, as well as the power plant generation systems for Buss A and Buss B respectively.  It is of the opinion of the authors of this report that the vessel should be returned to its condition of operational characteristics when it operated under its own power and systems.

## Annex A



A.1 – Damaged Starboard Glendinning Attachment



A.1 – Shore power "A" missing breaker, exposed conductors, and corrosion.





A.8 - Conductors removed from original circuits and covered with tape.





A.8 – Questionable workmanship and non-factory jumper wire(s).







A.9 – Aftermarket circuit breaker "pendant", soldered wires to blown fuses, and modified fuse holder.







A.10 – Evidence of corrosion on Buss "A" and Buss "B" circuit breakers.





A.11 – Evidence of missing indicator(s) and switches(s).



A.12 – Wireway cover(s) missing or not installed. Cabling is generally untidy.



A.13 – Non-factory battery charger installed.



A.19 – "House" batteries are non-factory specification. Battery compartment contains aftermarket wiring.



A.20 – "Start" battery compartment contains non-factory specification batteries, evidence of corrosion and foreign contamination.



A.21 – "Generator" battery compartment contains non-factory specification batteries, evidence of corrosion and foreign contamination, it is also fair to state that the pictures indicate that the corrosion does not include the installed replacement batteries, this would establish that the compartment has not flooded since their installation.



A.22 – Main contactors with remote actuators removed.



A.23 – Aft Hydraulic breaker relocated to Buss "B"





A.24 – Unterminated cables and toroidal transformers in "doghouse" space under primary helm station.

*Annex B*



B.1 – Fuse-holders missing fuses and cabling; there is evidence of internal arc damage.



Notice *WATER INTRUSION at back of Cantalupi Panelboard as well as front!*



B.2 – Missing relay(s)



B.2 – Damaged / burned relay socket.



B.3 – Image extracted from the Captain's Manual depicting the added fuse block.



B.4 – Shore Power Buss bridging contactor, also note corrosion from water intrusion from above hatch.

## *Annex C*



C.3 – Original Battery Chargers from Captain's Manual (Please note: seven (7) total cables used for connection compared with current installation compared with four (4) currently.)



C.3 – Schematic detailing original battery charger scheme. Note the emergency charge feature available with two charging systems.



C.4 – Originally specified 2VDC deep cycle marine batteries





C.5 – Originally specified spiral deep-cell batteries for "Start" and "Generator"



C.6a – Fuse locations for F.1.17 through F.1.21



C.6b – Contactor control coil K.1.9 (top) and contacts (bottom)



C.6c – Relay R.2.15 control coil and contacts



C.7 – Schematic depiction of I.14.16 (contactor to bridge shore power Buss "B" to Buss "A")

## *Annex D*



D1-Notes the position of the vessel parked at Marina Bay in Quincy, Massachusetts.   Image obtained from Google Earth 2018 Archives.



D2 – Shows the vessel lazarette door indicating image is actually that of "Troca One" Rainfall Direction during month of September 2018 and Engine Hatch Location.

| Temperature (° F) | Max | Average | Min | ▲ | |
|---|---|---|---|---|---|
| Max Temperature | 97 | 74.63 | 59 | | |
| Avg Temperature | 82.04 | 68.38 | 56.69 | | |
| Min Temperature | 75 | 63.13 | 53 | | |
| Dew Point (° F) | Max | Average | Min | ▲ | |
| Dew Point | 75 | 59.26 | 40 | | |
| Precipitation (Inches) | Max | Average | Min | Sum | ▲ |
| Precipitation | 1.29 | 0.15 | 0.00 | 4.43 | |
| Snowdepth | 0.00 | 0.00 | 0.00 | 0.00 | |
| Wind | Max | Average | Min | ▲ | |
| Wind | 32 | 9.84 | 0 | | |
| Gust Wind | 48 | 2.02 | 0 | | |
| Sea Level Pressure | Max | Average | Min | ▲ | |
| Sea Level Pressure | 30.6 | 30.16 | 29.67 | | |

D3 – Shows Precipitation amount from historical weather data for the month of September 2018.

4.43" of Rain in the Month of September Alone with up to 48MPH Gust and a average wind of 9.84 MPH Upon Further Review in this geographical location on specified days wind was coming from South/Southeast to be noted in report.



D4 – Shows historical weather from September 1 thru September 30th 2018, data included is temperature, precipitation, and wind.    Shows Heavy Rain on September 10th & 11th, September 18th/19th & September 26th.



D5 – Shows photo of flooded battery boxes in bilge directly below Cantalupi Electrical Control Panels, Batteries appear to have exploded and are considered corrosive in nature, terminals burnt off appear to be that of flooded battery boxes.   Please note EXIF Photometric data provided indicates the photo is from September 21st at 9:51 AM. (from photo that was sent by Ken Krauss of Shore Point Marina).   Also a statement from Andrew the service manager and two technicians from Safe Harbor Marina Bay Marina service department corroborate that they removed the batteries on September 21st due to the vapors coming from the engine room compartment, as there was concern that the vapors were explosive in nature and with no power and ventilation in the engine room during this time.

**Black Widow Boat Works**
Electrical System Evaluation, 10/26/20



D6 - Battery Invoice 10/09/2018 Please read all highlighted notes.   Indicates water higher than stringer in bilge, water covered some of the batteries.

Batteries under "engine room hatch"

Battery Charger not working batts are going to go dead!

Batteries installed are NOT to the original manufacturer spec and are improper batteries for the vessel!

Battery invoice is from 10/09/2018, this is 18 Days after the photo from the 21st of September of which the battery boxes were flooded.

## Addendum 10/09/2020

Upon further inspection and analysis on 10/09/2020-10/19/2020 on our second trip to further asses the damages incurred to Troca One, we inspected the operational aspects of the water systems, heating and cooling systems and the coolant glycol loop for the heating and air conditioning system.    Upon further inspection of electrical systems, pumping systems and general water/freeze related issues we have the compiled a few photos to include in this report of findings as for they pertain to the original timeframes that conclusively point to the demise of operational status of Troca One.    Please see the following photos and their attached explanation.



E-1 Photo of the top of the Cantalupi electrical control cabinet showing water intrusion in the weld joints.



E-2 Pictures show "Freshwater" rain damage, not contributable by saltwater or brackish.



E-3 Photo shows actual cabinet size and layout also shows proximity of hatch above where water intrusion occurred.



E-4 Raw Sea Water Pump, Froze and cracked leaving its bilge area partially filled with sea water.



E-5 Shows both Raw Water Sea Pumps, and the water line,   please also note the white salt like crystals on salt water corrosion versus the NON salt like crystals on the electrical cabinet.   These pumps both need to be replaced, the motors are shot and the housings cracked due to freezing,  the pump damage was caused by freezing and then after the thaw the pumps would leak out sea water into the pump bilges respectively.



E-6 shows photo of the Starboard generator, upon inspection of the generator we found that water appeared to be pumped thru the fuel pump indicating the corrosion which has permeated to the injectors. It is apparent that last known operation of this generator in working condition was in August 1, 2020 on its delivery to Boston from R.I. shipyard.



E-7 More photos showing Top L/R Damaged (broken handle) Contactor/Breaker's and water intrusion, Bottom L/R showing melted over voltage applied contactor/breaker motor control.



E-7 Exhibits the Starboard Power Cord, this is a 5 Pin Marine Pin/Sleeve style connector rated at 100 Amps of 120/208 3 Phase shore power.   There are two of these that are to be utilized for powering a vessel this size.   This actual connector is wired improperly and appears to be tampered with at our time of our investigation.   Please also reference Annex A1 and the damaged glendenning as well as the missing breaker for starboard power cord for the Atlas system.    This further corroborates the electrical "Hot Wiring" theory and additional misfortunate events that took place from August 29th forward to today with people lacking the knowledge of a vessel of this size and complexity.

# EXHIBIT I

iMessage
9/11/20, 8:19 PM



9/19/20, 2:10 PM

Hi Kerry.   Did you get the Jacksonville boat sorted?     Hope all is well.

9/19/20, 3:16 PM

Hey Chad! Thanks for checking in. Nice to hear from you. The engine repair has been completed so now we are just waiting for the salon to be installed (Tuesday) 🤞

How are you doin gc

*Doing?

Amen.   About time it gets done.     Whats your surprise for Beej for his Birthday next Friday, Anything cool?   Doing well.   Have Snoop shows in Texas Next Friday and Saturday.  Socially Distant event.

Austin TX.

Hopefully the boat will be ready for his birthday!! If so, we will fly down to get it ready to come north. Snoop sounds awesome! Have fun and be safe.

Hopefully it will.   What
A great way to spend a Birthday.

Any-who.   I could get you in on the Snoop Austin show if you want to surprise him as well.  Option anyways.

Exhibit I

Page 1 of 58

If you need any help on Jacksonville I am only 2 hours.  I would be willing to drive up to make sure its ready.    But would have to be on Wednesday as for I fly out on Thursday for Austin.

Loved "Any-who.   I could get you in on the Snoop Austin show if you want to surprise him as well.  Option anyways.  "

That's so kind of you and THANK YOU! I will keep you posted as I learn more early next week!

Ok. Sounds good.

9/24/20, 3:17 PM

Hi chad!

Hi lady.

Hope all is well. You're probably on your way to Austin. I've been meaning to touch base with you, it's been a very hectic week with Beej's dad...there's still a chance we may be able to fly to Austin Saturday morning and back home on Sunday. I wanted to check in with you on the logistics... what time is the show, etc?

Show is tomorrow night

Emphasized "Show is tomorrow night"

Lubbock is on Saturday night

😂 ok, well that changes things a bit, I think we are out!

Yeah his birthday is tomorrow right?

Yes

You should surprise him.

How is beej's father?

Loved "You should surprise him. "

What time is the show tomorrow?

Snoop goes on at 10

Pm

Exhibit I

Page 2 of 58

I just got off with Beej.   Dads getting discharged.  Yay.

Loved "I just got off with Beej.   Dads getting discharged.  Yay.  "

He was so sick. I feel so bad for him.

How does the social distancing work at the show?



I can get you a pod.

Airports are not bad.  Mask and sanitizer.

Its pretty safe right now

That's soo cool

Loved an image

Its one of the first of its kind

9/24/20, 7:14 PM

You going to surprise him?

Kinda depends how his dad does tonight and flights, etc

Copy that.

Let me know so i can get it sorted.

Exhibit I

Page 3 of 58

9/25/20, 12:12 AM







Exhibit I

Page 4 of 58







Exhibit I

Page 5 of 58

9/25/20, 4:26 PM

Hows Beej's dad doing?

Hi! That looks awesome. Sadly, we are not going to make it to Austin. We would loooooove to attend a show in the future!!  Dad is ok but still not well...

Thank you for asking

Any show in the future no problem.

Glad dad is ok.

Loved "Glad dad is ok.  "

Loved "Any show in the future no problem.  "

Text message
9/29/20, 5:11 PM

Hi chad!

Not sure if Beej mentioned anything about the boat signage yet... Broward signs sent a paper template of the signage to Huckins... would you be able to grab the template tomorrow and make sure the placement looks ok?  Mario took the measurements a few weeks back and knows where it should be placed. You can call me if that is easier...

No. I know his mind is racing with his dad.    Let me know the Details I will get it handled.

Thank you so much.

What is your email address? I will add you to the email string with Broward.  It's a backlit led sign so I want to be sure it's sized appropriately, etc.

Chadly48854@yahoo.com

Thank you, chad! I just added you to the email.

No worries.

Exhibit I

Page 6 of 58

iMessage
9/30/20, 1:36 PM







Exhibit I

Page 7 of 58

Loved an image

Hi Uma! Momma misses you.

Loved an image

Loved an image

9/30/20, 3:12 PM



Seems like it could be a little bigger.

Beej originally wanted it on the hatch... hang on, I will send a photo



Exhibit I

Page 8 of 58





Where do you think it looks best?



Exhibit I

Page 9 of 58

Loved an image

And Boston Mass where the "My way is to round it out.   You dont want it on a hatch thay opens up.

This vessel is not like Troca One with a garage door.  It has to look classy not hillbilly.

In my opinion.

10/1/20, 1:05 PM

I told them to fix it.  Did you ever get ahold of the sign guy on his timeline?

Loved "I told them to fix it.  Did you ever get ahold of the sign guy on his timeline? "

Not yet. I will reach out now.

Where should we put "Boston"...



Do you think it should go where "My Way" currently is or "Cape Coral" ?

Where "my way"

Loved "Where "my way" "

Cape Coral too low

Exhibit I

Page 10 of 58



100%

My editing skills are impeccable

Loved "100%"

I thought it said "I love Rita" till i zoomed in.

Laughed at "I thought it said "I love Rita" till i zoomed in. "



Exhibit I

Page 11 of 58







Exhibit I

Page 12 of 58

There she is... I actually have some photos from April 2018 that I took of her sitting in that spot if you want them

Sorry, 2019

Might as well put it in "The File"

Laughed at "Might as well put it in "The File" "

2018.





Exhibit I

Page 13 of 58



What should be here??

Is there a cover missing??

Pasdarrale i believe.

Or swim ladder door

Poor girl

I want to bring her back to her former glory.

Loved "I want to bring her back to her former glory.　"



Copy that.

What does he want to do about fuel/filters and supplies deposit?

Still waiting to hear

Ok.

Exhibit I

Page 14 of 58

Ima keep the ball rolling type

Liked "Ima keep the ball rolling type "

He will give you a separate card for fuel and deposit.

Do you have an estimate for the captain to bring it up to NYC? Boston?

Yes.   Putting it together

Boston.

Thats what i was told.  Charlestown Marina.

Liked "Thats what i was told.  Charlestown Marina. "

Do you have Marios number.  Need to get filter part numbers for fuel filters and Racor filters.

No, but I can ask Jen

I can text her.

Mario's a good guy

Loved "Mario's a good guy "

I just texted her :-)

Ha.

You are beating me to the punch.   Haha

Laughed at "You are beating me to the punch.    Haha "

Mario Diaz Engine Mechanic.vcf

10/1/20, 8:24 PM



422C3E7C-8DA7-41CF-A2EB-B1DACA2F3C0A.pdf

Exhibit I

Page 15 of 58

Check this out.  This is estimated on the high side with time and fuel.

Sending to Beej.  Not sure how his day has been have not heard from him today.

Looks good! He just got home, we are just grabbing some dinner 🍽

Ok.

10/2/20, 11:03 AM

Hey Hey,   checking in,   Did the Sign Shop start on Uma?

Im still waiting to hear from Huckins on the Thruster repair, and then were good to hit the road.

Loved "Im still waiting to hear from Huckins on the Thruster repair, and then were good to hit the road."

I am still waiting for Beej to give me the green light on the signage... I get the feeling he doesn't love it, 😂 but we will see... either way, I think they will have to come to wherever the boat is at when it's ready...

Or we can install it up in Charlestown why were working on Troca One..

Thats kinda how I was seeing it playin out, being the king of foresight I am..   Haha.

Loved "Or we can install it up in Charlestown why were working on Troca One.."

Laughed at "Thats kinda how I was seeing it playin out, being the king of foresight I am..   Haha."

After you said it could be a little bigger,  I was going to ask them to send a slightly larger template

That template was originally designed to go on the hatch which I was never in favor of

I think it could be maybe an 1" to 1.5" bigger.

But not much.    Given the distance between the hatch and the window.

I'm going to ask Dave to send me new template and also the template for "Boston"

I'd like to see it all together

Exhibit I

Page 16 of 58

Does the transport fuel, captain etc seem in line….    I like feedback.   Tried to be worst case scenario.

Then save on the back end.

I think so. I'm sure Beej will get back to you today.

I think that makes more sense to not rush it.

Everything goes way smoother if its not rushed.

10/2/20, 4:57 PM



Well get her there somehow!

Haha

Laughed at an image

Update.  Part arrived this afternoon late.

Monday... then hopefully of to Charlestown.

Loved "Monday... then hopefully of to Charlestown."

10/2/20, 7:20 PM

Beej made a good point. Lets get vinyl graphics cut for uma and boston letters ahd we can apply them in Boston to see how they look on the boat.

Ok, I'll give them a call

Exhibit I

Page 17 of 58

10/3/20, 9:45 PM



Captian Snoop

Laughed at an image

That's funny



Captian Snoopy instead of Steubing

Video shoot

Hahha

Captain Kerry 👮

Exhibit I

Page 18 of 58



Loved an image

Loved "Captain Kerry 👨‍✈️"

BOSS!!!

Loved "BOSS!!!"

10/4/20, 10:12 AM



Soul Boat.   Im serious about tha boss Dogg wanting to do a movie shoot.

10/4/20, 12:43 PM

Loved "Soul Boat.   Im serious about tha boss Dogg wanting to do a movie shoot.      "

Exhibit I

Page 19 of 58

10/4/20, 2:10 PM

So cool!!! Let's make it happen!

I would love to.   Gotta get her back to Florida.



Thats today?

At least recent.  Thats how we tied off the lines

Where all the rain flooded the electrical cabinets thanks to the bank.



Can you get me a picture of that door open?

That was today... I already left...

Exhibit I

Page 20 of 58

I'll.take it next time I walk over

Ok.   Does it look ok?   Anyone touched her?

I told beej we need to secure it with locksmith and new keys.

Take control of the asset and keep unwanted tampering

were planning on coming up Thursday or Friday for 10 days.

Someone has definitely been on her bc the chairs were outside, one tipped over and the (outside) door was left open... So disrespectful to leave anyone's property in that condition...

Loved "Take control of the asset and keep unwanted tampering "

Loved "were planning on coming up Thursday or Friday for 10 days."

That's awesome! You should be here when Uma pulls into Charlestown!

Emphasized "I told beej we need to secure it with locksmith and new keys. "

Absolutely needs new

Thats the plan.   Ethan
Is my diver.  Hes padi certified

Veteran marine corps

Loved "Thats the plan.   Ethan
Is my diver.  Hes padi certified "

Nice, maybe he can retrieve the stairs?

Im going to have him dive on troca

Yup

Thats why im trying to coordinate his trip with uma  and troca service work all at the same time.

What outside door?

And there were only two chairs out when we left

Rear sliding door?

Exhibit I

Page 21 of 58

10/4/20, 6:08 PM

No the little gate

Ok.

I would like to secure it and put a new camera survielance system on her that you can log in on your phone and check it out.

Loved "I would like to secure it and put a new camera survielance system on her that you can log in on your phone and check it out. "

10/4/20, 7:56 PM



Travis from the bank was there

Soooo Travis was on T1 the other day? Makes sense

I knew it! 😂 🤠

I just sent a text to connect you with Robert who is working on the Mako

The text didn't go through

Ok.   Perfect.

Exhibit I

Page 22 of 58



Robert Alutria.vcf

And Travis only has 4 pics of the engine on troca one.   "He thought he had more".   No sir. You did not take care of anything on Troca one.  You let her rot.

Laughed at "And Travis only has 4 pics of the engine on troca one.   "He thought he had more".   No sir. You did not take care of anything on Troca one.  You let her rot.   "

Im telling you this story is like a soap opera

He's pretty useless

Im waiting to find out the Captian Joe who drove boat up from Cocoa Florida had some wild sex party 200 miles off shore will taking her to Boston.    Its gotta have a juicy ending.

Haha

Emphasized "Im waiting to find out the Captian Joe who drove boat up from Cocoa Florida had some wild sex party 200 miles off shore will taking her to Boston.    Its gotta have a juicy ending.  "

It better for being 200 miles out!!

How far out do you have to be considered international waters??

12 nautical miles

Exhibit I

Page 23 of 58

I wonder what was going on??!

If he shot straight up around NY he could get close to that off shore.

Ill chart it.  Plus once we fire up the computers on the yacht we can see where its been.

It captures a log of navigation

 sounds like he was going to Africa!!! Bermuda???

200 miles is considered international

I have his first mate and Bosuns name.  I can pull a criminal record on all 3.

Will tell me something.

Loved "I have his first mate and Bosuns name.  I can pull a criminal record on all 3. "

Probably trafficking humans

Thats another saga to investogate

Investigate



Exhibit I

Page 24 of 58







Exhibit I

Page 25 of 58

Only 4 photos travis who watches yhe boat for the bank has in his posession.   Looks like a dead engine room no lights and oil slurry under a dead engine.

Right! That's so crazy.

So it proves my theory they did not know how to power the vessel.

They let die and drown.

So crazy.

10/5/20, 12:55 PM

Uma Rita is done and in the water.

Loved "Uma Rita is done and in the water. "

10/5/20, 2:28 PM

Has beej been slammed lately?

Hows his Dad?

Yes, he seems pretty busy. I've barely seen him!

Dad is doing as well as can.be expected. He's home so that's good news but as we know his health changes like the wind!

I reached out to Dave at Broward signs about getting the vinyl letters (I copied you on the email)

Ok.

Want to get deposit on trip invoice and I can dispatch Ethan I have a cash float for him plus a company credit card.   So hoping to wrap that cc payment up today or tomorrow.

Do you need him for something? I can try to reach him

So your in the know.

Liked "Want to get deposit on trip invoice and I can dispatch Ethan I have a cash float for him plus a company credit card.   So hoping to wrap that cc payment up today or tomorrow."

He said this afternoon we would speak.

I.will.reach out to him

Exhibit I

Loved "He said this afternoon we would speak."

More so im keeping you in the know

Thank you! I appreciate it

If the sign guy can cut the vinyl we will apply it prior to charlestown.

Loved "If the sign guy can cut the vinyl we will apply it prior to charlestown.  "

I was thinking of having him send it to me in Boston and then I can send it to whichever port works best... I guess it depends how quickly he can cut it

Ok.  Let me know.  However glad to assist

Loved "Ok.  Let me know.  However glad to assist "

I left Robert a message on mako tender

Loved "I left Robert a message on mako tender"

Awesome!! Thank you

Tell Robert we want to move boat to florida.   He said he needed to talk to you.  We will get motor down here

Just in a meeting... I'll call you in a bit

No worries.

No rush

10/5/20, 9:43 PM

Found a motor in Florida for the tender.   I felt like that guy really didn't want to work on it.   "Piece of Junk" were top on his list of words.

I would like to assess the motor as for we have a engine machine shop here in florida.

10/5/20, 10:48 PM

Robert told me that the engine was not worth rebuilding. I know the boat was neglected and left in the water last year (not winterized) so I can't say I'm surprised.  Maybe it can go south with T1?

Exhibit I

Page 27 of 58

Liked "I would like to assess the motor as for we have a engine machine shop here in florida.   "

10/6/20, 7:31 AM

It needs to go south with T1.   I see no need to fix it up there.   It seems that unless you have a "Boston Whaler" up there a Mako is a Southern boat and most of the mechanics up there despise it just because its not a Boston Whaler.   Even if it wasn't winterized its a boat with no water systems.   If it was pulled out of the water thats a reasonable winterizing even if it was not covered.   Fuel systems would be the one to suffer from bad gas.   It will be interesting to see whats up with it once we get her south.

10/6/20, 9:11 AM

Loved "It needs to go south with T1.   I see no need to fix it up there.   It seems that unless you have a "Boston Whaler" up there a Mako is a Southern boat and most of the mechanics up there despise it just because its not a Boston Whaler.   Even if it wasn't winterized its a boat with no water systems.   If it was pulled out of the water thats a reasonable winterizing even if it was not covered.   Fuel systems would be the one to suffer from bad gas.   It will be interesting to see whats up with it once we get her south.   "



Wins the internet today!!!

10/7/20, 11:56 AM

Laughed at an image

There was other labor intensive repairs.    Im told that they found a screw thru the hull when they pulled the boat by the Port Engine thru hull exhaust fitting.

Exhibit I

Page 28 of 58

Call when you can or Beej.

10/7/20, 2:33 PM

Have you heard from Dave at Broward signs? I haven't heard back from him unless I'm missing his emails...

No.  Havent either

🤔 Weird...

I hope he's ok. He's usually very responsive

10/8/20, 7:33 AM





Laughed at an image

Exhibit I

Page 29 of 58

Laughed at an image



Laughed at an image



Laughed at an image

Exhibit I

Page 30 of 58



Loved an image

Is Miss Uma leaving Jax this morning?

Yes.   Im dropping kid off and grabbing Ethan and heading to Jacksonvill to shove them off.  Will send video.

Loved "Yes.   Im dropping kid off and grabbing Ethan and heading to Jacksonvill to shove them off.  Will send video. "

So exciting

Yes.  And progress moving forward on Troca One.  We fly in tomorrow morning.

11 ish at Logan

10/8/20, 9:53 AM

Loved "Yes.  And progress moving forward on Troca One.  We fly in tomorrow morning."

Exhibit I

Page 31 of 58

10/8/20, 3:04 PM





Stocking up and they are pushing off in next hour or so

Loved an image

She looks good!

Loved an image

Exhibit I

Page 32 of 58

10/8/20, 4:41 PM







Exhibit I

Page 33 of 58







Exhibit I

Page 34 of 58





Is she coming with the boat 🥰🥰🥰

Loved an image

Depends on how you like Ferrell cats.

She looks cute enough



Exhibit I

Page 35 of 58



Getting shit done!!

Loved an image



Her new home

What slip?

Let me get the number... I walked all the way over and left the key at home 😂

No worries. Was just curious



Exhibit I

Page 36 of 58

Shes on the move!

Loved a movie

I just tried calling Dave about the signage... I left a voicemail

She looks great!!!

You land at 11am tomorrow? Both you and Tom?

Yes.  And andrew.

Liked "Yes.  And andrew.  "

10/8/20, 10:12 PM

How many nights are you staying? (so beej can  book hotel)

Check out morning of 19th

Perfect

Can we stop by and check in when we get there?  Drop off luggage.  And if you could get me that key to t1.   And I think im sorted for gate key with marina. They have my COI on file.

Much appreciated in advance if we can pull that off.

Yes, I will get the key for T1 and tell Beej to get you early check-in

Ok.

Thank you so much

Loved "Thank you so much "

Is everyone staying until October 19?

Yes.

Loved "Yes. "

Plus we have Ethan and Kristen when they arrive for a night or two.

Sat/sun hopefully

Loved "Plus we have Ethan and Kristen when they arrive for a night or two. "

Exhibit I

Page 37 of 58

10/9/20, 10:02 AM

About to land in Boston.

Loved "About to land in Boston. "

Ok, I'm taking my dog to the vet... He had a small accident and hurt his paw...Beej has not gone to the hotel yet to check in.

Ok.

Do you know what hotel?

Get the pup well.  See you when we see you.   Incoukd meet you anywhere to get keys to t1

I just called the marina and spoke with Elizabeth. She will have a fob waiting for you and the key. I also have a key which I will make a copy of today and give to you. 😊

I'm not sure which hotel, I will find out.

Loved "Get the pup well.  See you when we see you.   Incoukd meet you anywhere to get keys to t1"

Thank you! He should be ok... I think it's a just sprain and he ripped his claw so he's holding it up... I have a tripod pup!!

Ok. Copy that to all above.

FYI, the slip for Uma is C 10

Starboard tie

10/10/20, 10:53 AM

Hope you are feeling better.

Thank you! I am feeling better 😊 I think the stress of yesterday got to me. It was rough seeing Skolly in pain...

Understandably so.  We have 3 fur babies.

Do you know of anymore keys for troca.

Need engine keys and davit keys or im going to have to rekey it.

Hmmm, engine key may be at the helm station or the marina may have it. Beej is going to find out.

Exhibit I

Page 38 of 58

Ok.   I have the keys from the marina.  No keys in helm

so there's no engine key?

Not that I can find yet.

Shoot... I wonder if Travis knows

Loved "Understandably so.  We have 3 fur babies. "

Ill reach out.   Picking up engine parts on Monday.

Loved "Ill reach out.   Picking up engine parts on Monday."

I'll walk over in about 1 hour



Loved an image



Exhibit I

Page 39 of 58

Loved an image







Exhibit I

Page 40 of 58





Exhibit I

Page 41 of 58



Only in Logan!

Ewwww!!!!! 🤢🤢🤢

Laughed at an image

And the father of the year award goes too...

10/10/20, 9:53 PM

Travis has engine keys

That's awesome!

Yup.    Might fire a engine up tomorrow.

Wooo hoooo

Will see.  Fuel is really bad.

I can't even imagine...

10/11/20, 1:43 PM

Happy Sunday! How's Uma doing?

Where is she at?

10/11/20, 3:06 PM

She is in the ICW near myrtle Beach but hes still heading north.

Exhibit I

Page 42 of 58

Loved "She is in the ICW near myrtle Beach but hes still heading north.    "

Spoke with ethan this morning

Is there a grocery delivery service near here?

I think Instacart

Or pea pod

They deliver to the dock?

I think they'll deliver anywhere

Ok cool.

Ill look into it.  Trying to stay on ship and not have to run errands all the time

I hear you. That's a pain.

In Boston...   not much fun.

Let me know if there's anything I can help with

Oh, do you still need to extra key made?

No. I have all the keys now.



Ok, perfect

Exhibit I

Page 43 of 58

Perfect day other than so far 500 gallons of fuel is actually water..........

Emphasized "Perfect day other than so far 500 gallons of fuel is actually water..........  "

Going to need a whole bunch of new fuel

Im not starting anything with this



500 gallons of water so far.

That's crazy. How did that happen?

Water in fuel is common but this is alot.



Finally starting to get diesel fuel.  600 gallons later

Exhibit I

Page 44 of 58

Is that the red fuel?



Fwd is all water.  Aft is ok fuel needing cleaning.



10/12/20, 9:46 AM

Good morning! If you have a minute, can you please check out the proof that Dave (Broward signs) sent for Uma? I think it looks good, just want your opinion on size.

Yes of course.

Thank you!

No problem.

Love it for temp

Exhibit I

Loved "Love it for temp"

Perfect

10/12/20, 5:00 PM

are you still at Troca

Yes maam.

Ok, I'm walking over with my sister and brother-in-law

Ok.  Sounds good.   Weve cleaned the garage up a bit.

Lots of moving parts.

Loved "Ok.  Sounds good.   Weve cleaned the garage up a bit. "

10/12/20, 7:18 PM



10/12/20, 8:18 PM

That hasn't been on in 2 years!

Loved a movie

10/13/20, 11:01 PM

https://yachtsgreece.com/sale/new-versilcraft/

10/14/20, 12:11 AM

Nice dinner tonight, nice company as well.   Thank you.

Loved "Nice dinner tonight, nice company as well.   Thank you."

10/15/20, 8:30 PM

Where oh where is Uma?

10/15/20, 10:08 PM

Middle virginia.   Bad storm coming in morning.     Shes anchor'ed

Exhibit I

Page 46 of 58

Loved "Middle virginia.   Bad storm coming in morning.    Shes anchor'ed"

Yikes!! Poor Uma... Hope everyone is safe!

Yeah. Hes good. Just protecting your boat.

10/29/20, 2:33 PM

Hi Chad

How's it going? Just checking in on you... Are you still planning g to come back on 11/1?

Also, Robert called about the Mako, he wants to touch base bc he needs to free up some space; if you're tied up I can work on it. Just let me know, he was also inquiring about the invoice.  Has beej mentioned that?? I did let him know that you had a death in the family... He sends his condolences 🙏

Planning on it.

Waiting on Beej on conference call to discuss how much money needs to be spent.    Was planning on Monday fly.    10-14 days.

Loved "Planning on it.

Waiting on Beej on conference call to discuss how much money needs to be spent.    Was planning on Monday fly.    10-14 days."

Awesome! Sounds good!

10/30/20, 11:03 AM

Snowwww

Right! It's sticking too!

11/4/20, 12:33 PM

Hi Chad! Are you flying in today?

Yes ma'am.

Loved "Yes ma'am.  "

Awesome! can you please connect with Robert? He needs to get the Mako moved from his facility... He said he could even bring it back to Charlestown.

Exhibit I

Page 47 of 58

Heading to airport now

Ok.    I will get ahold of him today.

Loved "Heading to airport now "

Loved "Ok.    I will get ahold of him today."

Thank you! I know it's a pain but I feel bad bc he's called a few times

Its not a pain.

Loved "Its not a pain.    "

Might have him bring it back to Charlestown that way we can work on it for the trip to FL.

I think we could put it behind T1

Liked "I think we could put it behind T1 "

Either that or it can sit on the hip of T1...

Loved "Might have him bring it back to Charlestown that way we can work on it for the trip to FL.   "

Or under the bow maybe.

We shall see

What a crazy election

So crazy! I'm at the hospital with Beej's dad now. Sounds like he's going to be having another procedure to remove a stone they missed... Ugh

2020 is the worst!

Well a stone would explain alot considering

Im ready for it to be over.

Im loosing $150K this year in income.

Bought my first $500K house in Florida (i know not huge number in Mass, but in Florida its a really nice place).   To only be shut down by all this craziness.   No way to make the money I am used to till we can get back to entertainment.    I feel poor again.   Haha.  Oh well.   Oh and add my daughters mother.  Yeah. 2020 can say good bye!!!!

Exhibit I

Page 48 of 58

It's so crazy! I sold my house in December 2019... I'm thankful I sold when I did bc who knows what the future will bring.

$500K can buy a lot in Florida!!!

The prices are ridiculous here!! I want to get something a little bigger and it's insane. I'm also reluctant to buy with everything going on bc anything could happen with my job as well...

You just never know.

I feel like the situation with Troca One its like we all need each other right now.   You, Beej, my crew, T1.   Its a revitalization that we all want to see happen and enjoy the work and the process to get there.

Plus, for us.   What else is there to do.   I have a college education although its not my thing.   9-5 never suited me.

Loved "You just never know.

I feel like the situation with Troca One its like we all need each other right now.   You, Beej, my crew, T1.   Its a revitalization that we all want to see happen and enjoy the work and the process to get there.    "

We will be at logan by 8:30.   Now in ATL layover.

Thank god for the Sky Lounge.

Are the lounges open again???

Yes.



Loved an image

Exhibit I

Page 49 of 58

Emphasized "We will be at logan by 8:30.   Now in ATL layover."

11/4/20, 9:03 PM

Did you see the new restrictions for Boston?

Beginning Friday, all restaurants have to close by 930PM 😏

Yeah.   Were going to hopefully get T1 fridge working and stock food

Liked "Yeah.   Were going to hopefully get T1 fridge working and stock food "

Out for lunch only

Thoughts anyways

Kinda stinks since it's going to be a nice weekend, can't even dine outdoors after 9:30

Yes we can.   On T1

Liked "Yes we can.   On T1 "

Beej is trying to reach you. He has your keys

Ok.   Monument for dinner?

Sure! The full menu stops at 10

Ok.  Were on our way

Perfect! Be there in about 10

11/6/20, 3:30 PM

Hi Chad! Do you know if anyone had a chance to look at Uma this morning?

We are onboard now

Ill come over now.

Loved "Ill come over now. "

11/6/20, 5:05 PM

Yall on your way back?

Exhibit I

Page 50 of 58

No, Just docked at seaport

Do you have Ethan's last name?

Perry

Liked "Perry"

11/6/20, 7:33 PM

Troca One sign on Blue Wave!



Can beej call the hotel and add Andrew Bray to room 802.

They are not letting him go to his room.

Yes , will call now



Ok.   Were here.

Ok. He is calling now

K.

Should be all set.

Exhibit I

Page 51 of 58

No.  They are trying to pre auth for his entire stay on Andrews card.  This girl behind the desk is a pain.

Omg, I will tell him. She said it was all set. I just saw your screenshot. I will have him call. He's just docking

K.

Im sure it will get sorted

He's on his way over now to get it dotted out

Sorted

Thank you Keery

Kerry....

Liked "Kerry...."

11/7/20, 12:37 PM

Beej mentioned that you need some cash for supplies. He's not going to be able to get to his office for a while but I can zelle you $2K... what is your email?

Chadly48854@yahoo.com

Thank you.

Trying to keep things moving till Beej gets the funding around.

Perfect



Exhibit I

Page 52 of 58

Is this you? James??

Yes.

James Chad Fuller.

Liked "James Chad Fuller. "

Perfect

Sending now

Should be in your account

Ok.  Thanks.

Liked "Ok.  Thanks. "

Did you see my other message about the radar?



Laughed at an image

Yes.  Im going to go over and look.

Awesome 👏 thank you! I just went home to shower and stuff. Beej is on the boat. Be back in about 1 hour

Ok.

11/16/20, 4:46 PM

Hows beej dad?

Exhibit I

Page 53 of 58

Hows carlos doing?

Replying to Chad Fuller, 2020-11-16 16:46:53: « Hows beej dad? »

He is ok. Heading home from his appointment with some bee meds...

Replying to Chad Fuller, 2020-11-16 16:47:20: « Hows carlos doing? »

I think he's doing ok... I'm at my unit and another company asked me to move my car so I haven't seen him. Just letting them do their thing and when they are done they can let me know. I'm on the first floor

Replying to Chad Fuller, 2020-11-16 16:46:53: « Hows beej dad? »

Loved "He is ok. Heading home from his appointment with some bee meds... "

12/2/20, 2:40 PM

You have time for a call.   I think I inadvertently pissed Beej off.    Need help.

Replying to Chad Fuller, 2020-12-02 14:40:28: « You have time for a call.   I think I inadvertently pissed Beej off.   Need help. »

Oh no! I'm actually in the office today for a board presentation... I will call you ASAP

Please help.    Frustrated.

Please keep between us.  Im trying to figure it out.

12/2/20, 3:57 PM

Its ok.  Ill be in boston tomorrow.  Going to let dust settle

Sounds good! I'm sure everything is fine. I will call you when I leave the office...

12/2/20, 7:16 PM

It went kinda nuclear.  Im going to let it settle.      Ill be in town thru Sunday.

We seem
To be answering emails in haste and not absorbing context.

So first response is not necessarily the best.

Exhibit I

Page 54 of 58

12/3/20, 12:03 PM

Hoping things have settled down.

12/3/20, 3:34 PM

Have you been in touch with him today?

Not at all.   Moving forward as best as we can.   Letting him get thru his day.    Time settles dust.

Liked "Not at all.   Moving forward as best as we can.   Letting him get thru his day.    Time settles dust. "

12/3/20, 6:41 PM

Sounded like he had another crazy day today.  Do you remember who you worked with at Huckins? Trying to get the thruster issue resolved...

PJ.  Needs pictures and a description of failure.

Liked "PJ.  Needs pictures and a description of failure. "

Thank you. Do you have any pics or info on it that I can send PJ?

12/3/20, 9:32 PM

No. I planned on going to boat to take pics

Plus fix power supply

Liked "No. I planned on going to boat to take pics "

Both generators run on T1 now.

Loved "Both generators run on T1 now.   "

New fuel pump and injectors.

Ok, Uma is at marina bay now... Idk if it will be possible before she is hauled out.

Ill crawl up in it.  We have a ladder

Actually. Is it better if she's out

Yes

Liked "Yes "

Exhibit I

12/4/20, 9:51 AM

I can go to Uma in Quincy tomorrow or Sunday to pull thruster motor and put in the power supply for radar.

And the Tender is in Quincy right??

Liked "I can go to Uma in Quincy tomorrow or Sunday to pull thruster motor and put in the power supply for radar."

Replying to Chad Fuller, 2020-12-04 10:00:52: « And the Tender is in Quincy right??  »

No, Fall River or New Bedford...

Replying to Chad Fuller, 2020-12-04 09:51:23: « I can go to Uma in Quincy tomorrow or Sunday to pull thruster motor and put in the power suppl... »

I think it's going to snow tomorrow

Ok.   Maybe road trip.   Not to bothered about snow.

Liked "Ok.   Maybe road trip.   Not to bothered about snow. "

Winters coming.

Im in a get er done kinda mood lately.

Loved "Im in a get er done kinda mood lately. "

Robert just called me...

I wish I had the funds to just get it over with.....

12/5/20, 7:27 PM

How's it going?

I spoke with Robert, he's bringing the boat over late next week. I will give him the check

Laughed at an image

I bet

12/5/20, 11:17 PM

Ok on Tender.

Exhibit I

Page 56 of 58

12/6/20, 11:27 AM

Liked "Ok on Tender.    "

12/6/20, 1:21 PM

Do you still have time to go to marina bay for Uma

I flew back home to decorate Christmas tree.   Ill be back up once we have a direction on Troca One.   Everything working on Troca One for trip south just waiting on Eric and Bank apparently.    I spent 4 days up there and changing my flight was free to change.

Loved "I flew back home to decorate Christmas tree.   Ill be back up once we have a direction on Troca One.   Everything working on Troca One for trip south just waiting on Eric and Bank apparently.    I spent 4 days up there and changing my flight was free to change.    "

I will however when I come back make it first priority rain or shine. Weather does not bother me

We cleaned every corner abd vacummed Troca One to look purdy

No worries! Have fun decorating! I have my covid test tomorrow

Loved "We cleaned every corner abd vacummed Troca One to look purdy "

Thats cool.

Im just trying to be flexible why they get money and bank figured out. Stressing me out to much.    I cant control it so i have to let it happen as it may.

And its putting me and Beej and Tom at each others throats.   So im resetting and doing trees and lights at my house

I have someone looking after Troca One to make sure power is on and heat is on.

Ok, sounds good. let's try to connect on a call later at some point.

Ok.

Im getting a covid test on way home.  15 min and a piece of mind

12/7/20, 7:07 PM

I hope your pup is ok.  I noticed your post earlier.

Exhibit I

Thank you, she's still in the hospital

She's pretty sick, she has vestibular syndrome so she cannot stand on her own.  Hopefully, it will only last a week or so

I had a German Shepard that had that.

And Siezures.

No fun.



12/8/20, 8:16 PM

Hows pup?

She just got home

She has a long road ahead of her but she is home

12/9/20, 5:06 PM

Beej was asking if you've had a chance to pull together the receipts

Delivered

Exhibit I

Page 58 of 58

# EXHIBIT J

# Black Widow Boat Works

### 1720 MAIN STREET #5 | PALM BAY, FL 32909

Dated: January 27, 2020

U.S.C.G. Office of Vessel Documentation

792 T.J. Jackson Drive

Falling Waters, WV 25419-9502


Re: Notice of Claim of Lien


Dear Sirs:

Please return one duly stamped copy of the lien to me after filing. Thank you for your assistance.


Best regards,

James C. Fuller – President

Black Widow Boat Works


Enclosed: Lien Form

1

# Black Widow Boat Works
1720 MAIN STREET #5 | PALM BAY, FL 32909

## NOTICE OF CLAIM OF LIEN

NAME OF VESSEL: TROCA ONE

VESSEL OFFICIAL NUMBER: 1231948

NAME OF CLAIMANT: Black Widow Boat Works

ADDRESS OF CLAIMANT: 1720 Main St. #5, Palm Bay, FL 32909

AMOUNT OF CLAIM: $118,138.91

DATE OF WHICH CLAIM AROSE: December 22, 2020

NATURE OF CLAIM OF LIEN:

Black Widow Boat Works was contacted to provide necessaries including but not limited to repairs and labor while docked at Charlestown Marina Boston, MA. Please see the attached summary of services and final invoice.

## DECLARATION BY CLAIMANT

The undersigned declares under penalty of perjury that:

The information contained in this notice is true and correct to the best of his knowledge, information and belief. That the undersigned has sent by U.S. mail a copy of this notice:

Vessel Name: Troca One

Vessel Official No.: 1231984

Date: January 27, 2021

Signature of Claimant:

Print Name of Claimant: James C. Fuller

President – Black Widow Boat Works

(See next page for Notary Public Form)

2

Exhibit J
2

# Black Widow Boat Works
### 1720 MAIN STREET #5 | PALM BAY, FL 32909

**NOTARY PUBLIC**

State of _Florida_

County or Judicial District _Brevard_

On this date the individual above personally appeared before me and acknowledged that this instrument was signed and sealed as a free and voluntary act and deed for the uses and purposes therein mentioned. _James Fuik_ who proved to me on the basis of satisfactory evidence to

Dated _1-27-2021_

Notary Public Signature _[signature]_

Affix Notary Seal

If required, date commission expires: _____

DAWN M LADOW
Notary Public - State of Florida
Commission # GG 116083
My Comm. Expires Jun 19, 2021
Bonded through National Notary Assn.

3

# Black Widow Boat Works

1720 MAIN STREET #5 | PALM BAY, FL 32909

Dated: January 27, 2021

To: TY Holdings LLC

    c/o: Ahbijit Das aka: "Beej Das"

    Troca Global Advisors LLC

    c/o: Ahbijit Das aka: "Beej Das"


Re: Troca One

Official Number: 1231948

## NOTICE OF MARITIME LIEN

Dear Sir:

Please be advised that we have filed a lien with the United States Coast Guard Office

of Vessel Documentation against the above-entitled vessel in the amount of

$118,138.91. A copy of the duly-filed and registered lien is attached to this

letter.


We have also notified all lien holders listed by the U.S. Coast Guard of this action and of

our intent to pursue this lien as a lien superior to all other claims.


This lien may subject your vessel to being seized by the United States Marshal and

being sold at public auction to the highest bidder. This matter requires your immediate

attention.


Sincerely,

James C. Fuller – President

Black Widow Boat Works

Copy to: M&T Bank

Enclosed: Lien Copy of Letter to Vessel Owner


4

Exhibit J

4

# Black Widow Boat Works

### 1720 MAIN STREET #5 | PALM BAY, FL 32909

Date: January 27, 2021

To: M&T Bank

    c/o: Tom Thornton


Vessel Name: Troca One

Official Number: 1231948

Registered Owner: TY Holdings LLC

                c/o: Ahbijit Das aka: "Beej Das"

                Troca Global Advisors LLC

                c/o: Ahbijit Das aka: "Beej Das"


### NOTICE OF INTENT TO FILE MARITIME LIEN

Dear Sirs:

This is to advise you that we have filed a Maritime Lien, a copy of which is attached to this letter, against the vessel and owner listed above. We have repeatedly attempted to resolve this matter with the owner but have been unsuccessful.

This lien may result in the vessel being seized by the United States Marshal and being sold at auction to the highest bidder. It is our opinion that our lien is superior to the mortgage lien claimed by your bank. The purpose of this letter is to give you fair notice of our intent to collect our lien which may result in the vessel being arrested and sold to your detriment.

If you have any questions, please contact me.

Sincerely,

James C. Fuller – President

Black Widow Boat Works

Enclosed: Lien Copy of Letter to Vessel Owner

5

## Black Widow Boat Works – Summary of Services and Status

Project: TROCA ONE
Date: January 3, 2021
Prepared by Thomas L. Hejnicki

<u>Work Performed - Mechanical</u>

- Flushed and polished fuel systems

- Cleaned and serviced fire suppression system and bilge system valves. These are the valves and manifolds used for manual bilge pumping and the emergency fire hose system (this system is also used by the anchor chain wash).

- Retrieved ladder and cleared of sea-life and debris.

- Passerelle tested and needs significant removal and repair. Leaks all over lazarette. Key switch needs replaced, and hoses needs to be serviced. Noncritical to ships operation.

- Removal of all Heating systems. Frozen system. All but 5 units have been removed. 4 are operational. We spent a week on finding all the leaks and closing the loop system. Pressure tested system to 50 psi. Operational at 15 psi. Pump for raw water systems replaced with new motor although this is just triage. Both pumps need to be completely replaced with bronze Scot Pumps for raw water.

- Chiller system started once we had loop integrity. Has been operational on one unit out of 4 to maintain heat on Troca-One during the winter months in Boston.

- Removed and rebuilt Fuel Polisher transfer pump. All works except centrifuge. Centrifuge meets overhaul kit and complete rebuild.

- Serviced fuel filters on both generators

- Replaced Fuel injector Pump on Starboard generator. Injectors are on site to be installed as well. Gensets runs. Needs oil service and filter as well as raw water pump rebuilds. Other fuel injector pump needs rebuilt. For spare.

- Found leak on Raw water pump for chain washer and fire suppression system. Location is behind Atlas cabinet under Cantalupi control panel. Needs Norma coupler installed. Coupler On site.

- Cleaned sea strainers for A/C and Heating loop and ordered gasket kits and strainer caps for both.

- Charged Sub Zero freezer drawers with R134. Door seals need to be ordered and replaced.

- Charged Refrigerator with 134. Deemed compressor failure. New compressor and filter dryer. Needs to be installed and re-assembled. Refrigerant needs to be reclaimed and flush cap line. Charge with oil and r134A

- Removed and replaced all duckbills and diaphragms on both Sealand M-Series vac pumps for guest salon's toilet systems. All toilets are non-functional, and need replaced. Vac system is now functional. Macerator toilets like main deck head unit should be installed and remove the vac system completely. Crew and Day Head function normally.

- Removed and replaced Quick 900-foot switches on port Capstan.

- Tested and found 5 out of 8 bilge pumps bad. Need replacing. (Immediate concern)

- Black water 24v pumps tested and functional although leak and need replaced.

- Tested and assessed sliding door. Needs new motion detectors and adjustment.

- Fixed Glendinning on starboard. Needs more work but functional.

- Fixed Lazarette Crane and track system.

- Hydraulic systems need fluid.

- Pink Glycol injected into heating system. Set to go Down to -30

- UPS power supplies replaced for bridge power systems.

- Installed new air compressor in engine room (horn).

- Starting batteries for both generators replaced.

- Added oil to Starboard engine, Port generator, and Starboard generator.

- Reset Alarms Panel and Fuel master shutoff.

- Hull cleaned by professional diver

- Zincs replaced on Hull and Prop Shafts (except 4)

- Pumped standing water from bilge spaces.

- Port engine parts recovered; all parts have been coated with lubricant such to attempt the prevention of further corrosion.

- Personnel have been regularly checking on Troca One absent BWBW staff.

<u>Work Performed - Electrical Systems</u>

- Burned relays and relay sockets in Cantalupi System replaced.
- Chattering and non-functional relays in Cantalupi System replaced.
- Non-functional remote relay motors in Cantalupi System replaced.
- Damaged fuse holders in Cantalupi System replaced.
- Damaged Contactors in Cantalupi System replaced.
- Blown fuses in Cantalupi System replaced.
- Replaced missing breaker on starboard shore power cord.
- Tested Port and Starboard shore power cables. Starboard is improperly terminated and requires attention (do not use until addressed).
- Replaced defective Analog Output Module in Atlas System.
- Replaced defective relay in Atlas System.
- Replaced voltage protection diodes in Cantalupi System (Nav. Lights and Wheelhouse Control Panel).
- Re-terminated improperly connected cabling in wheelhouse Cantalupi Panels.
- Re-terminated improperly connected grounding connections in Cantalupi Panels.
- Replaced damaged switches in wheelhouse Cantalupi panels.
- Replaced damaged switches in engine room Cantalupi panels.
- Replaced damaged panel indicators in wheelhouse Cantalupi panels.
- Replaced damaged panel indicators in engine room Cantalupi panels.
- Replaced bulbs for general illumination as inventory permitted.
- Performance verification of all electrical systems and follow up troubleshooting as needed.
- Removed non-factory wiring and restored Cantalupi to operational conditions.
- Re-terminated cables for Navigation Systems, Camera Systems, Radar, and Communications.

Systems Status

- Starboard Engine starts and runs normally. Transmission shifts properly and engages drive shaft/propellor.
- Port and Starboard Stabilizers function normally.
- Port and Starboard Generators function normally.
- All engine room and lazarette ventilation and extraction systems function normally.
- Steering Pump and rudder control function normally.
- Bow and Stern thrusters function normally.
- Trim tabs function normally (small hydraulic fluid leak from Port trim tab).
- Port anchor functions normally.
- Port and Starboard capstans function normally.
- MTU controls are functional from all locations (engine room, helm, flybridge, and cockpit remote docking station).
- Atlas system functioning normally.
- Cantalupi system functioning normally.
- Electrical power available on both A and B buss from Shore Power and both generators.
- Cantalupi control functions are fully available in both engine room and helm.
- Helm Radar system is functioning normally. Flybridge radar requires a new remote-control panel (verified operation with substitute panel).
- Helm Depth sounding is functioning normally. Flybridge systems are functional although the displays are weather damaged and therefore unusable.
- Helm Navigation Systems are functional. Flybridge systems are functional although the displays are weather damaged and therefore unusable.
- VHF communications are functioning normally.
- Most of the general illumination is operational; there are six zones of remote dimmers that require replacement (parts not ordered).
- Appliances are all functional unless otherwise specified (galley refrigerator).
- Horn is functional.

Notes

- Services rendered to Troca One were made as temporary and restorative such to return the vessel functions to an operational condition. The vessel was not properly maintained and requires extensive repairs to fully restore services. The vessel was to make way to Florida for a more comprehensive repair plan once the ship was returned to navigable status.

- The warranty for all components purchased new are extended to Troca One; these include the batteries and the air compressor. Due to the nature of the work performed and the condition of the vessel, there is no warranty implied or expressly granted for the services performed.

- All components purchased for Troca One as documented within the companion spreadsheets and scans are onboard and either installed or stored. This is true with the following exception(s):

  100x Panel Bulbs, Type T-5.5 24V – back ordered and will ship to the dock when available

- Tools belonging to the crew of Black Widow Boat Works remains on board and needs to be retrieved at a convenient time.

Exhibit J
11